EXHIBIT
C

# Schedule of UCC Filings and Real Estate Lien Recordings
# Exhibit C

Suburban Mortgage Associates, Inc.
7316 Wisconsin Avenue, Ste. 208
Bethesda, MD 20814

Suburban Mortgage Associates, Inc. &
The Secretary of Housing and Urban Development
7316 Wisconsin Avenue, Ste. 208
Bethesda, MD 20814

HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Blackstone Valley Office Systems
6 Blackstone Valley Place, Ste. 203
Lincoln, RI 02865

Midland Loan Services, Inc.
10851 Mastin Street, Suite 700
Overland Park, KS 66210

Internal Revenue Service
68 Seawall Street/40 West
Augusta, ME 04330-6350

Internal Revenue Service
380 Westminster Street
Providence, RI 02903

Division of Taxation State of RI
1 Capitol Hill, Ste 7
Providence, RI 02909

Rhode Island Depositors Economic Protection Corporation
832 Dyer Avenue
Cranston, RI 02920