IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO,<br><br>Plaintiff<br><br>v.<br><br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br><br>Defendant | : | Civil Action No. 08-48/S |
| UNITED STATES OF AMERICA<br><br>Interpleader-Plaintiff<br><br>v.<br><br>ANTONIO L. GIORDANO,<br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br>and JOSEPH FERRUCCI, ESQUIRE, as Receiver | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Jeffrey S. Brenner, Esquire, and Nixon Peabody LLP hereby enter an appearance on behalf of Suburban Mortgage Associates, Incorporated.

Suburban Mortgage Associates, Incorporated
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Dated: February 13, 2008

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within Entry of Appearance and Request for Notice by regular mail, postage prepaid to the following parties on this 13th day of February, 2008:

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th floor
Providence, RI 02903

Joseph Avanzato, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street
Providence, RI 02903

Jonathan N. Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Ly T. Nguyen, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan, Esq.
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

/s/ Jeffrey S. Brenner