**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,** <br> **Plaintiff** <br><br> **v.** <br><br> **MT. ST. FRANCIS ASSOCIATES, L.P.,** <br> **Defendant** | : | **Civil Action No.: 08-48/S** |
| **UNITED STATES OF AMERICA,** <br> **Interpleader-Plaintiff** <br><br> **v.** <br><br> **ANTONIO L. GIORDANO,** <br> **MT. ST. FRANCIS ASSOCIATES, L.P.** <br> **and JOSEPH FERRUCCI, ESQUIRE,** <br> **as Receiver** | : | |

**ENTRY OF APPEARANCE**

I, Joseph P. Ferrucci, Esq., of Ferrucci Russo, P.C., hereby enter my appearance as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P., and not in my individual capacity.

Respectfully submitted,

/s/ Joseph P. Ferrucci
Joseph P. Ferrucci, Esq. (#4231)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: 401-455-1000
Fax: 401-455-7778
Email: jferrucci@frlawri.com

Date: February 14, 2008

## CERTIFICATION

I hereby certify that on this 14th day of February, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
**James E. Brown, Esq**. – james.e.brown2@usdoj.gov

The following was served upon **Joseph Avanzato, Esq**. and **Edward Maggiacomo, Esq**., Adler Pollock & Sheehan, P.C., One Citizens Plaza, Suite 800, Providence, Rhode Island 02903, **Christopher Little, Esq**., Little, Medeiros, Kinder, Bulman & Whitney, 72 Pine Street, Providence, Rhode Island 02903, **Ly T. Nguyen, Esq.,** Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, **Allan M. Shine, Esq.**, Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, Rhode Island 02903, **John N. Savage, Esq.** and **Douglas A. Giron, Esq.**, Schechtman Halperin Savage, 1080 Main Street, Pawtucket, Rhode Island 02860 **, Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Marc D. Wallick, Esq**., Wallick & Associates, Ltd., 51 Jefferson Boulevard, Warwick, Rhode Island 02888, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Charles A. Lovell, Esq**., Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, **Deborah B. Buffi, Esq**., Deputy Chief Legal Counsel, R.I. Department of Human Services, 600 New London Avenue, BDG. 57, Cranston, Rhode Island 02920, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903**, Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Joseph P. Ferrucci