PDF Complete
Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

STATES DISTRICT COURT
CT OF RHODE ISLAND

ANTONIO L. GIORDANO, )
Plaintiff )
)
v. )
)
MT. ST. FRANCIS ASSOCIATES, L.P., )
Defendant )

C.A. 08-048S

UNITED STATES OF AMERICA, )
Interpleader/Plalintiff )
)
v. )
)
ANTONIO L. GIORDANO, )
MT. ST. FRANCIS ASSOCIATES, L.P., )
and JOSEPH FERRUCCI, ESQUIRE as )
Receiver, )
Interpleader/Defendants )

**ENTRY OF APPEARANCE**

Christopher H. Little of Little Medeiros Kinder Bulman & Whitney, P.C. hereby enters his appearance on behalf of O. Ahlborg & Sons, Inc.

O. AHLBORG & SONS, INC.
By its attorneys,

/s/ Christopher H. Little
Christopher H. Little (#1789)
clittle@lmkbw.com
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: February 14, 2008

PDF Complete
Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

IFICATE OF SERVICE

I hereby certify that on this 14th day of February, I served a copy of the within Entry of Appearance by regular mail, postage prepaid, to the following parties:

| | | |
|---|---|---|
| Jeffrey Brenner, Esquire<br>Nixon Peabody, LLP<br>One Citizens Plaza<br>Suite 500<br>Providence, RI 02903 | Deborah B. Buffi, Esquire<br>Deputy Chief Legal Counsel<br>RI Dept. of Human Services<br>600 New London Avenue, BDG 57<br>Cranston, RI 02920 | Genevieve M. Martin, Esquire<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Maureen Hobson, Esquire<br>R.I. Department of Health<br>3 Capitol Hill<br>Room 404<br>Providence, RI 02909 | Allan M. Shine, Esquire<br>Winograd Shine & Zacks<br>123 Dyer Street<br>Providence, RI 02903 | Edward L. Maggiacomo, Esqui<br>Robert I. Stoltzman, Esquire<br>Joseph Avanzato, Esquire<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903 |
| Douglas A. Giron, Esquire<br>Jonathan Savage, Esquire<br>Schechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02806 | Jane E. Joly<br>Accounting Manager Client Rep.<br>MMJUA of RI<br>10 Weybosset Street, Suite 502<br>Providence, RI 02903 | Terry Biafore, Sr., Esquire<br>Babcock & Hellwell, Inc.<br>138 Main Street<br>Wakefield, RI 02879 |
| Robert Farrell, Esquire<br>Housing & Urban Development<br>Thomas P. OôNeill Jr. Federal Bldg.<br>Room 310<br>10 Causeway Street<br>Boston, MA 02222 | Joseph Crisafulli<br>Housing & Urban Development<br>121 South Main Street<br>Suite 300<br>Providence, RI 02903 | Lisa Daniels-Burgo, Esquire<br>Housing & Urban Developmen<br>121 South Main Street<br>Suite 300<br>Providence, RI 02903 |
| Charles A. Lovell, Esquire<br>Partridge Snow & Hahn, LLP<br>180 South Main Street<br>Providence, RI 02903 | Dulce Donovan, Esquire<br>Ly Nguyen, Esquire<br>Assistant U.S. Attorneys<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903 | Marc D. Wallick, Esquire<br>Wallick & Associates Ltd.<br>51 Jefferson Boulevard<br>Warwick, RI 02888 |
| Division of Taxation<br>State of Rhode Island<br>1 Capitol Hill<br>Suite 7<br>Providence, RI 02909 | Joseph P. Ferrucci, Esquire<br>Ferrucci Russo, P.C.<br>55 Pine Street<br>4th Floor<br>Providence, RI 02903 | |

/s/Christopher H. Little__________