UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| | : | Case No. 1:08-cv-00048-S-LDA |
| Plaintiff | : | Honorable William E. Smith |
| | : | Referral Judge: Honorable Lincoln D. |
| v. | : | Almond |
| | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P., | : | |
| | : | |
| Defendant | : | |

-----------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Intervenor-Plaintiff | : |
| | : |
| v. | : |
| | : |
| ANTONIO L. GIORDANO, MT. ST. FRANCIS ASSOCIATES, L.P., and JOSEPH FERRUCCI, ESQUIRE, as Receiver, | : |
| | : |
| Intervenor-Defendants | : |

**NOTICE OF APPEARANCE**

Please enter the appearance of James E. Brown, Trial Attorney, U.S. Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

ROBERT CLARK CORRENTE
United States Attorney

*<u>/s/ James E. Brown</u>*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF APPEARANCE has been made on this 14th day of February, 2008, by filing a copy with the Clerk of Court using the CM/ECF system. There are no parties that require conventional service.

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov