IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTONIO L. GIORDANO,
Plaintiff

v.

Civil Action No. 08-48/S

MT. ST. FRANCIS ASSOCIATES, L.P.
Defendant

---

UNITED STATES OF AMERICA
Interpleader-Plaintiff

Vs.

ANTONIO L. GIORDANO, MT. ST. FRANCIS ASSOCIATES, L.P., and JOSEPH FERRUCCI, ESQUIRE, as Receiver

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Allan M. Shine, Esquire, and Winograd, Shine & Zacks, PC hereby enter an appearance on behalf of Health Facilities Associates, L.P.

Health Facilities Associates, L.P.
By its Attorney,

/s/ Allan M. Shine
Allan M. Shine, Esq. (Bar #0383)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
E-mail: ashine@wszlaw.com
Dated: February 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the within Entry of Appearance and Request for Notice by regular mail, postage prepaid, to the following parties on this 15th day of February, 2008:

Edward Maggiacomo, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903

And by electronic mail to the following parties:

Joseph Ferrucci, Esq. jferrucci@frlawri.com
Jeffrey Brenner, Esq. jbrenner@nixonpeabody.com
James E. Brown, Esq. James.E.Brown@usdoj.gov,northern.taxcivil@usdoj.gov
Dulce Donovan, Esq. dulce.donovan@usjoj.gov
Christopher Little, Esq. clittle@lmkbw.com
Ly Nguyen ly.nguyen@usdoj.gov

/s/ Allan M. Shine