**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ANTONIO L. GIORDANO,<br><br>Plaintiff,<br><br>vs.<br><br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br><br>Defendant. | Case No. 08-cv-48 S-LDA |
| UNITED STATES OF AMERICA,<br><br>Interpleader-Plaintiff<br><br>vs.<br><br>ANTONIO L. GIORDANO, MT. ST. FRANCIS ASSOCIATES, L.P., and JOSEPH FERRUCCI, ESQUIRE, as Receiver | |

**ENTRY OF APPEARANCE**

Joseph Avanzato of Adler Pollock & Sheehan P.C. hereby enters his appearance on behalf of Antonio L. Giordano.

/s/ Joseph Avanzato
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
Dated: February 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance through the ECF system on the 15th day of February, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 08-cv-48 S-LDA, and upon the following counsel by regular mail:

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer St.
Providence, RI 02903

Jonathan N. Savage, Esq.
Schechtman Halperin Savage
1080 Main St.
Pawtucket, RI 02860

/s/ Joseph Avanzato

*444868_1*