**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANTONIO L. GIORDANO,

Plaintiff,

vs.

MT. ST. FRANCIS ASSOCIATES, L.P.,

Defendant.

UNITED STATES OF AMERICA,

Interpleader-Plaintiff

vs.

ANTONIO L. GIORDANO, MT. ST. FRANCIS ASSOCIATES, L.P., and JOSEPH FERRUCCI, ESQUIRE, as Receiver

Case No. 08-cv-48 S-LDA

**ENTRY OF APPEARANCE**

I, Geoffrey W. Millsom, hereby enter my appearance on behalf of Antonio L. Giordano in the above-captioned case.

Dated: Providence, Rhode Island
February 15, 2008

/s/ Geoffrey W. Millsom
Geoffrey W. Millsom, Esq. (# 6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance through the ECF system on the 15th day of February, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 08-cv-48 S-LDA and upon the following counsel by regular mail:

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer St.
Providence, RI 02903

Jonathan N. Savage, Esq.
Schechtman Halperin Savage
1080 Main St.
Pawtucket, RI 02860

/s/ Geoffrey W. Millsom

*444839_1.doc*