**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANTONIO L. GIORDANO
Plaintiff

v.

MT. ST. FRANCIS ASSOCIATES, L.P.
Defendant

C. A. NO.: 048S

UNITED STATES OF AMERICA,
Interpleader-Plaintiff

v.

ANTONIO L. GIORDANO,
MT. ST. FRANCIS ASSOCIATES, L.P.,
and JOSEPH FERRUCCI, ESQUIRE, as
Receiver,
Interpleader-Defendants

**ENTRY OF APPEARANCE**

Douglas A. Giron and Jonathan N. Savage of Shechtman Halperin Savage, LLP, hereby enter their appearance on behalf of American Senior Living Communities RI I, LLC, in the above-captioned action.

Respectfully submitted,
By attorneys for American Senior Living Communities RI I, LLC,

SHECHTMAN HALPERIN SAVAGE, LLP.

*/s/ Douglas A. Giron*
*/s/ Jonathan N. Savage*

Douglas A. Giron (#2943)
Jonathan N. Savage (#3081)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: February 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, I have caused a true and accurate copy of the within Entry of Appearance to be served via electronic mail to:

Joseph Avanzato
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
javanzato@apslaw.com

Jeffrey S. Brenner
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
jbrenner@nixonpeabody.com

James E Brown
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
James.E.Brown2@usdoj.gov

Dulce Donovan
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
dulce.donovan@usdoj.gov

Joseph P. Ferrucci
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841
jferrucci@frlawri.com

Christopher H. Little
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine St.
5th Floor
Providence, RI 02903
clittle@lmkbw.com

Edward L. Maggiacomo
Adler Polloc & Sheehan, PC
One Citizens Plaza
8th Floor
Providence, RI 02903
emaggiacomo@apslaw.com

Geoffrey W. Millsom
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
gmillsom@apslaw.com

Christopher M. Mulhearn
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841
cmulhearn@frlawri.com

Ly Nguyen
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
ly.nguyen@usdoj.gov

Allan M. Shine
Winograd, Shine & Zacks
123 Dyer Street
Providence, RI 02903 ashine@wszlaw.com

*<u>/s/ Douglas A. Giron</u>*