UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTONIO L. GIORDANO,
Plaintiff

v.

MT. ST. FRANCIS ASSOCIATES, L.P.,
Defendant

C.A. 08-048S

UNITED STATES OF AMERICA,
Interpleader/Plalintiff

v.

ANTONIO L. GIORDANO,
MT. ST. FRANCIS ASSOCIATES, L.P.,
and JOSEPH FERRUCCI, ESQUIRE as
Receiver,
Interpleader/Defendants

**ENTRY OF APPEARANCE**

R. Thomas Dunn of Little Medeiros Kinder Bulman & Whitney, P.C. hereby enters his appearance on behalf of O. Ahlborg & Sons, Inc.

O. AHLBORG & SONS, INC.
By its attorneys,

/s/ R. Thomas Dunn
R. Thomas Dunn (#7612)
tdunn@lmkbw.com
Christopher H. Little (#1789)
clittle@lmkbw.com
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: February 19, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, I served a copy of the within Entry of Appearance by regular mail, postage prepaid, or by electronic mail, to the following parties:

| | | |
|---|---|---|
| Jeffrey Brenner, Esquire<br>Nixon Peabody, LLP<br>One Citizens Plaza<br>Suite 500<br>Providence, RI 02903 | Deborah B. Buffi, Esquire<br>Deputy Chief Legal Counsel<br>RI Dept. of Human Services<br>600 New London Avenue<br>BDG 57<br>Cranston, RI 02920 | Genevieve M. Martin, Esquire<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Maureen Hobson, Esquire<br>R.I. Department of Health<br>3 Capitol Hill<br>Room 404<br>Providence, RI 02909 | Allan M. Shine, Esquire<br>Winograd Shine & Zacks<br>123 Dyer Street<br>Providence, RI 02903 | Edward L. Maggiacomo, Esquire<br>Joseph Avanzato, Esquire<br>Geoffrey W. Millsom, Esquire<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903 |
| Douglas A. Giron, Esquire<br>Jonathan Savage, Esquire<br>Schechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02806 | Jane E. Joly<br>Accounting Manager Client Rep.<br>MMJUA of RI<br>One Turks Head Place<br>Suite 200<br>Providence, RI 02903 | Terry Biafore, Sr., Esquire<br>Babcock & Hellwell, Inc.<br>138 Main Street<br>Wakefield, RI 02879 |
| Robert Farrell, Esquire<br>Housing & Urban Development<br>Thomas P. O'Neill Jr. Federal Bldg.<br>Room 310<br>10 Causeway Street<br>Boston, MA 02222 | Joseph Crisafulli<br>Housing & Urban Development<br>121 South Main Street<br>Suite 300<br>Providence, RI 02903 | Lisa Daniels-Burgo, Esquire<br>Housing & Urban Development<br>121 South Main Street<br>Suite 300<br>Providence, RI 02903 |
| Charles A. Lovell, Esquire<br>Partridge Snow & Hahn, LLP<br>180 South Main Street<br>Providence, RI 02903 | Dulce Donovan, Esquire<br>Ly Nguyen, Esquire<br>Assistant U.S. Attorneys<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903 | Marc D. Wallick, Esquire<br>Wallick & Associates Ltd.<br>51 Jefferson Boulevard<br>Warwick, RI 02888 |
| Division of Taxation<br>State of Rhode Island<br>1 Capitol Hill<br>Suite 7<br>Providence, RI 02909 | Joseph P. Ferrucci, Esquire<br>Christopher M. Mulhearn, Esq.<br>Ferrucci Russo, P.C.<br>55 Pine Street<br>4th Floor<br>Providence, RI 02903 | James E. Brown, Trial Attorney<br>US Department of Justice<br>Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 |

/s/R. Thomas Dunn_________

F:\MIB\AHLBORG\Mt. St. Francis\Entry of Appearance RTD.doc