STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PB-2006-3301 ANTONIO L GIORDANO V MT ST FRANCIS ASSOCIATES

Filing Date: 06-21-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER MISCELLANEOUS PETITION
Status Date: 02-25-2008

Plaintiff: ANTONIO GIORDANO
ID: @10847086

Attorney: EDWARD MAGGIACOMO

Defendant: MT. SAINT FRANCIS ASSOCIATES L.P.
ID: @10847089

Defendant: HEALTH FACILITIES ASSOCIATES ,LP
ID: @10865372

Attorney: ALLAN SHINE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 09-21-2006 | OTHER<br>APPROVED | P CRT17 | SILVERSTEIN |
| 10-27-2006 | OTHER<br>APPROVED | P CRT17 | SILVERSTEIN |
| 01-23-2007 | OTHER<br>ORDER TO ENTER | P CRT17 | SILVERSTEIN |
| 02-15-2007 | OTHER<br>ORDER TO ENTER | P CRT17 | SILVERSTEIN |
| 07-02-2007 | OTHER<br>GRANTED | P CRT17 | SILVERSTEIN |
| 07-02-2007 | RECEIVERSHIP PROCEEDINGS<br>CASE CONT BY AGREEMENT | P CRT17 | SILVERSTEIN |
| 09-28-2007 | STATUS CONFERENCE<br>CASE CONT BY AGREEMENT | P CRT17 | SILVERSTEIN |
| 10-18-2007 | STATUS CONFERENCE<br>PASSED | P CRT17 | SILVERSTEIN |
| 01-04-2008 | MOTION<br>CASE CONT BY AGREEMENT | P CRT17 | SILVERSTEIN |
| 01-11-2008 | MOTION<br>ORDER TO ENTER | P CRT17 | SILVERSTEIN |
| 02-11-2008 | MOTION<br>CONTINUED FOR FURTHER HEARING | P CRT17 | SILVERSTEIN |
| 02-11-2008 | OTHER<br>CONTINUED FOR FURTHER HEARING | P CRT17 | SILVERSTEIN |
| 02-14-2008 | MOTION<br>PASSED | P CRT17 | SILVERSTEIN |
| 02-14-2008 | OTHER<br>PASSED | P CRT17 | SILVERSTEIN |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PB-2006-3301 ANTONIO L GIORDANO V MT ST FRANCIS ASSOCIATES

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228620. |
| 06-21-2006 | COMPLAINT FILED | |
| 06-21-2006 | PETITION FILED | TO APPOINT RECEIVER |
| 06-21-2006 | ORDER ENT APPT TEMP RECEIVER | SILVERSTEIN,J - JOSEPH FERRUCCI ESQ APPOINTED |
| 06-22-2006 | ORDER ENTERED | SILVERSTEIN,J - RECEIVER AUTHORIZED TO ENTER INTO MANAGEMENT SERVICES AGREEMENT |
| 06-22-2006 | ADVERTISED | PRO JO ON OR BEFORE 6/28/06 |
| 06-22-2006 | FEE FOR CITATION | |
| 06-22-2006 | Payment Applied | A Payment of -$25.00 was made on receipt SCP228761. |
| 06-29-2006 | AFFIDAVIT FILED | OF FILING OF BOND. |
| 07-06-2006 | AFFIDAVIT OF NOTICE | |
| 07-12-2006 | ORDER ENT APPT PERM REC'R | SILVERSTEIN, J. |
| 07-12-2006 | RECEIVERSHIP NOTICE ENTERED | |
| 07-12-2006 | PETITION FILED | EXPARTE FOR INSTRUCTIONS |
| 07-12-2006 | ORDER ENTERED | BY SILVERSTEIN , J. GRANTING RECEIVER'S EXPARTE PETITION FOR INSTRUCTIONS. |
| 07-12-2006 | ORAL MOTION EVENT | SILVERSTEIN, J MTN APPT RECEIVER--GRANTED, ORDER ENTERED |
| 07-14-2006 | ENTRY OF APPEARANCE | JEFFERY S. BRENNER ENTERS FOR SUBURBAN MORTAGAE |
| 07-14-2006 | ADVERTISED | IN THE PROVIDENCE JOURNAL ON OR BEFORE JULY 19,2006. |
| 07-14-2006 | ORDER ENT APPT PERM REC'R | SILVERSTEIN, J. |
| 07-20-2006 | ENTRY OF APPEARANCE | BY ATTORENY CHARLES A LOVELL FOR BEACON MUTUAL INSURANCE CO. |
| 07-24-2006 | ENTRY OF APPEARANCE | BY ATTY IANNOTTI ON BEHALF OF US DEPT OF HOUSING AND URBAN DEVELOPMENT. |
| 08-04-2006 | AFFIDAVIT OF NOTICE | CHRISTINE L ROSSI |
| 08-07-2006 | ADVERTISED | RECEIVERSHIP NOTICE IN PROVIDENCE JOURNAL (07-19-06) |
| 08-20-2006 | REQUEST | FOR SERVICE |
| 09-11-2006 | AFFIDAVIT FILED | OF MAILING |
| 09-21-2006 | ORDER ENTERED | APPROVING RECEIVERS PETITION FOR CLARIFICATION. |
| 09-21-2006 | APPROVED | |
| 09-26-2006 | ENTRY OF APPEARANCE | BY ATTORNEY ALLAN M SHINE. Affiliated: HEALTH FACILITIES ASSOCIATES ,LP |
| 09-27-2006 | CASE REC'D FROM SUPREME COURT | |
| 10-16-2006 | AFFIDAVIT FILED | |
| 10-25-2006 | AFFIDAVIT OF NOTICE | AMENDED |
| 10-27-2006 | ORDER ENTERED | SILVERSTEIN,J - RECEIVER'S FIRST INTERIM REPORT ALL ACTS, DOINGS, DISBURSEMENTS APPROVED, CONFIRMED |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PB-2006-3301 ANTONIO L GIORDANO V MT ST FRANCIS ASSOCIATES

| | | |
|---|---|---|
| | | & RATIFIED. RECEIVER AUTHORIZED TO PAY $85,750.70 TO HIMSELF FOR SERVICES. |
| 10-30-2006 | APPROVED | |
| 01-22-2007 | AFFIDAVIT OF NOTICE | |
| 01-23-2007 | ORDER TO ENTER | |
| 01-30-2007 | ORDER ENTERED | SILVERSTEIN, J. GRANTING RECEIVER PERMISSION TO ENTER INTO AN EXTENTION AGREEMENT. |
| 02-06-2007 | RECEIVERS INTERIM REPORT FILED | 2ND & REQUEST FOR FEES |
| 02-14-2007 | AFFIDAVIT OF NOTICE | |
| 02-15-2007 | ORDER TO ENTER | |
| 02-16-2007 | PETITION FILED | EX-PARTE, FILED BY RECEIVER, FOR INSTRUCTIONS -- NO HEARING DATE |
| 02-16-2007 | ORDER ENTERED | SILVERSTEIN, J. GRANTING RECEIVER EX-PARTE PETITION FOR INSTRUCTIONS |
| 06-25-2007 | AFFIDAVIT OF NOTICE | BY GINA ABODEELY |
| 07-02-2007 | GRANTED | |
| 07-02-2007 | CASE CONT BY AGREEMENT | |
| 07-03-2007 | ORDER ENTERED | SILVERSTEIN, JGRANTING RECEIVER PERMISSION TO ENTER INTO A SECOND EXTENSION AGREEMENT |
| 09-28-2007 | CASE CONT BY AGREEMENT | |
| 10-02-2007 | REPORT FILED | OF RECEIVERSHIP CONTROL CALENDAR |
| 10-02-2007 | RECVERSHIP CNTRL CALNDAR RPT | |
| 10-18-2007 | PASSED | |
| 01-03-2008 | CASE CONT BY AGREEMENT | |
| 01-11-2008 | ORDER TO ENTER | |
| 01-22-2008 | AFFIDAVIT OF NOTICE | |
| 01-28-2008 | MOTION | TO PROVE THE ADMINISTRATIVE CLAIM OF ANTOINIO L GIORANO TO BE HEARD BY SILVERSTEIN , J<br>Affiliated: GIORDANO, ANTONIO L |
| 01-30-2008 | AFFIDAVIT OF NOTICE | |
| 01-30-2008 | AFFIDAVIT OF NOTICE | |
| 01-30-2008 | AFFIDAVIT OF NOTICE | |
| 02-05-2008 | OBJECTION FILED | CONDITIONAL OBJECTION TO RECEIVER'S PETITION TO SELL REAL ESTATE AND BUSINESS ASSETS FREE AND CLEAR OF LIENS<br>Affiliated: GIORDANO, ANTONIO L |
| 02-07-2008 | MOTION TO INTERVENE | UNITED STATES |
| 02-07-2008 | OBJECTION FILED | O. AHLBORG & SONS, INC'S LIMITED AND CONDITIONAL OBJECTION TO ANTONIO L. GIORDANO'S MOTION TO PROVE ADMINISTRATIVE CLAIM AND MOTION TO ATTACH |
| 02-07-2008 | OBJECTION FILED | UNITED STATES OBJECTION TO MOTION TO PROVE CLAIM AND MOTION TO SELL REAL ESTATE |
| 02-07-2008 | OBJECTION FILED | OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT TO MOTION TO PROVE THE ADMISTRATIVE CLAIM OF ANTONIO L. GIORDANO |
| 02-08-2008 | OBJECTION FILED | OF SUBURBAN MORTGAGE ASSOCIATES IN CORPORATED'S LIMITED OBJECTION TO MOTION TO |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PB-2006-3301 ANTONIO L GIORDANO V MT ST FRANCIS ASSOCIATES

| | | |
|---|---|---|
| | | PROVE THE ADMINISTRATIVE CLAIM OF ANTOINIO L GIORDANO |
| 02-11-2008 | CONTINUED FOR FURTHER HEARING | |
| 02-11-2008 | CONTINUED FOR FURTHER HEARING | |
| 02-13-2008 | NOTICE OF REMOVAL | UNITED STATES OF AMERICA |
| 02-14-2008 | PASSED | |
| 02-14-2008 | PASSED | |
| 02-25-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 48S |
| 02-25-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island