STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANTONIO L. GIORDANO,
Plaintiff

PM No. P.B. 06-3301

v.

MT. ST. FRANCIS ASSOCIATES, L.P.
Defendant

**O. AHLBORG & SONS, INC.'S LIMITED AND CONDITIONAL OBJECTION TO ANTONIO L. GIORDANO'S MOTION TO PROVE ADMINISTRATIVE CLAIM AND MOTION TO ATTACH**

O. Ahlborg & Sons, Inc. ("Ahlborg") respectfully submits this Limited and Conditional Objection to Plaintiff Antonio L. Giordano's ("Plaintiff") Motion to Prove Administrative Claim. Further, and in relation to its objection, Ahlborg also moves that this Court attach a portion of the proceeds that would otherwise be paid to Plaintiff, assuming this Court grants Plaintiff's motion. In support of its objection and motion to attach, Ahlborg states as follows:

1. Ahlborg was the general contractor which erected the buildings presently standing on the receivership estate, under a contract with Mt. St. Francis Associates, L.P.

2. Mt. St. Francis lacked funds to fully compensate Ahlborg for the work it provided. Consequently, Plaintiff, as general partner of Mt. St. Francis, executed and issued a promissory note to Ahlborg for the outstanding amount due. A copy of the promissory note is attached hereto as **Exhibit A** (the "Note").

3. Mt. St. Francis made payments under the Note until March 2004, after which no further payments were made. Due to its failure to make payments since March 2004, Mt. St. Francis defaulted under the Note.

4. Ahlborg has made demand on Mt. St. Francis and Plaintiff for the outstanding balance due under the Note. Further, pursuant to the terms of the Note, Ahlborg had the right to

accelerate payment in full of the entire remaining debt, without demand, in the event of insolvency or the appointment of a receiver over Mt. St. Francis' assets.

5. As of January 31, 2008, Ahlborg was due $109,948.23 under the Note, according to its terms. This amount includes accrued interest, but does not include attorneys' fees. Ahlborg is also entitled to attorneys' fees from Plaintiff under the terms of the Note.

6. No challenge has ever been made to the validity of the Note, nor to the amount due.

7. Ahlborg has submitted its Proof of Claim to the Receiver in this matter, but also maintains its claim against Plaintiff personally in his role as general partner of Mt. St. Francis.

8. A general partner is personally liable for all partnership obligations. R.I. Gen. Laws § 7-12-26(a). See also Epstein v. Dimeo, 1995 WL 941501 at *3 (R.I. Super 1995 (Gibney, J.).

9. Plaintiff, individually, is clearly liable to Ahlborg under the Note.

10. Upon information and belief, Plaintiff is incarcerated in federal prison as of the date of this submission.

11. Upon information and belief, Plaintiff has no apparent financial resources, other than amounts subject to his administrative claim to satisfy the outstanding amount due to Ahlborg under the Note.

12. Superior Court Rule 4(m)(3) provides that a motion for attachment shall be granted upon a showing of probability of a judgment being rendered in favor of the Plaintiff and a need for security. Ahlborg is likely to succeed in an action against Plaintiff under the terms of the Note, and based upon his present state of incarceration and uncertain financial status, security for Ahlborg's claim is necessary to ensure recovery.

13. In the event that the administrative claim is approved by this Court, Ahlborg respectfully requests that this Court direct the Receiver to withhold $130,000.00 from Plaintiff, representing the principal amount due under the Note, in addition to interest and an allotment for Ahlborg's reasonable attorneys' fees.

14. Ahlborg further requests that the monies withheld from Plaintiff be held by the Receiver pending a determination of Ahlborg's claim.

15. To the extent Plaintiff asserts that security agreements entered into between him and his immediate family members preclude any right of Ahlborg in the circumstances, such agreements should be disregarded because it would be improper and inequitable to allow such claims to have priority over Ahlborg's claims. Accordingly, any secured claims of Plaintiff's family should be subrogated to Ahlborg.

16. To the extent Plaintiff's administrative claim would be allowed without an attachment, Ahlborg objects, as unsecured creditor of Defendant, inasmuch as it would be improper and inequitable to allow Plaintiff to receive funds at the expense of the unsecured creditors.

WHEREFORE, Ahlborg respectfully requests that this Court grant the equitable relief it seeks hereunder.

O. AHLBORG & SONS, INC.
By its attorneys,

Christopher H. Little (#1789)
Michael D. Williams (#6702)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, I served by fax and first-class mail a true copy of the within to the individuals on the attached list, with the exception of the Receiver, Joseph P. Ferrucci, to whom delivery was made by hand.

F:\MDW\Ahlborg\Mt. St. Francis\Limited Objection and Motion to Attach (CHL).doc

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

Robert I. Stolzman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Ly Nguyen, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Maureen Hobson, Esq.
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Douglas A. Giron, Esq.
Schechtman Halperin Savage
LLP
1080 Main Street
Pawtucket, RI 02806

Robert Farrell, Esq.
HUD Thomas P. O'Neill Jr. Fed Bldg.
Room 310
10 Causeway Street
Boston, MA 02222-1092

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Joseph Avanzato, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
RI Dept. of Human Services
600 New London Ave., BDG 57
Cranston, RI 02920

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Jane E. Joly
Accounting Manager Client Rep.
MMJUA of RI
10 Weybosset Street, Ste. 502
Providence, RI 02903

Joseph Chrisafulli
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Michael P. Iannotti, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza 8th Floor
Providence, RI 02903

Division of Taxation State of RI
1 Capitol Hill Ste 7
Providence, RI 02909

Michael Williams, Esq.
Little Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903