# EXHIBIT A

$200,000.00 December 20, 1995

**PROMISSORY NOTE**

**FOR VALUE RECEIVED**, the undersigned unconditionally promises to pay upon Demand to O. Ahlborg & Sons Inc. ("Lender") or order, at its office at 48 Molter Street Cranston, RI or at such other place as may be designated in writing by the holder hereof, the principle sum of $200,000.00 (two hundred thousand dollars), together with interest in arrears from the date hereof on the unpaid balances hereunder, at the rate per annum of 10% (ten percent).

All payments received hereunder shall be applied first to the payment of accrued interest and any expenses or charges payable hereunder and the balance only applied to principle. Notwithstanding anything herein to the contrary, in no event shall the interest charged, reserved and/or taken on the loan evidenced hereby exceed the maximum allowed by and determined in accordance with applicable law.

Each of the undersigned, any endorser hereof, any other party hereto and any guarantor hereof (collectively "Obligors"): (i) waives presentment, demand, notice of demand, protest, notice of protest and notice of nonpayment and any other notice required to be given under the law to any of Obligors in connection with the delivery, acceptance, performance, default or enforcement of this Note, any endorsement or guaranty of this Note or any document or instrument evidencing any security for payment of this Note; (ii) consents to any and all delays, extensions, renewals or other modifications of this Note or waivers of any term hereof or release or discharge by Lender of any Obligors or release, substitution or exchange of any security for the payment hereof or the failure to act on the part of Lender or any other indulgence shown by Lender from time to time and in one more instance (without notice to or further assent from any of Obligors) and agrees that no such action, failure to act or failure to exercise any right or remedy on the part of Lender shall in any way affect or impair the obligations of any Obligor or be construed as a waiver by Lender of, or otherwise affect, any of Lender's rights under this note, under any endorsement or guaranty of this Note or under any document or instrument evidencing any security for payment of this Note; and (iii) jointly and severally agrees to pay, on demand, all costs and expenses of collection of this Note or of any endorsement or any guaranty hereof and/or the enforcement of Lender's rights

with respect to, or the administration, supervision, preservation, protection of, or realization upon, any property securing payment hereof, including reasonable attorneys fees and agrees that Lender shall have the right to set off without notice any and all sums at any time owed by or due from Lender to any of Obligors, whether or not matured.

In the event of: (i) default in the payment due hereunder; or (ii) insolvency of, business failure of, the appointment of or taking possession by a receiver, liquidator, assignee, trustee, custodian, sequestrator (or other similar official) for or for any of the creditors by or the filing of a petition against or the entry of an Order For Relief with respect to the undersigned under the Federal Bankruptcy Laws as now or hereafter constituted or any other applicable Federal or State Bankruptcy, insolvency, or similar law or any readjustment of indebtedness, composition or extension by or against the undersigned; then, in any of the foregoing events, the entire balance outstanding hereunder shall, at the option of the Holder, become forthwith due and payable, without presentment, notice, protest or demand of any kind for the payment of the whole of any part hereof.

This Note is delivered in and shall be construed under the laws of the State of Rhode Island, without reference to its conflict of laws, principals, and in any litigation in connection with, or enforcement off, this Note, or any endorsement or guaranty of this Note or any security given for payment hereof, each of Obligors waives trial by Jury and consents to and confers personal jurisdiction on Courts of the State of Rhode Island or of the Federal Government. The term "Lender" shall include Lender's successors, endorsee and assigns.

By: [signature] G.P.

Mount St. Francis Health Center

Antone L. Giordano
General Partner