**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Interpleader-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver** | |

**ASSENTED TO MOTION FOR ENTRY OF AN ORDER CONFIRMING THE APPOINTMENT OF JOSEPH P. FERRUCCI RECEIVER AND TO CONFIRM ALL PREVIOUS ORDERS OF THE RHODE ISLAND SUPERIOR COURT**

NOW COMES the Rhode Island Superior Court's ("State Court") Permanent Receiver (the "Receiver"), Joseph P. Ferrucci, by and through counsel, and hereby moves this Court for entry of an Order confirming (i) his appointment as Receiver of Mt. St. Francis Associates, L.P. in this proceeding with all powers incidental thereto and to his previous appointment as the State Court Receiver; and (ii) all of the previous orders of the State Court in that matter styled *Antonio L. Giordano v. Mt. St. Francis Associates, L.P. v. United States of America*, P.M. No.: P.B. 06-3301, including the orders authorizing the Receiver to engage American Senior Living Communities RI, I, LLC as manager of Mt. St. Francis Associates, L.P.'s senior care facility.

There is no need for oral argument or an evidentiary hearing on this assented to motion.

The grounds for the instant assented to motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Date: March 6, 2008

# CERTIFICATION

I hereby certify that on this 6th day of March, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
J**ames E. Brown, Esq**. – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq. –** javanzato@apslaw.com
**Edward Maggiacomo, Esq. –** emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq. –** ashine@wszlaw.com
**Jon N. Savage, Esq. –** jsavage@shslawfirm.com
**Douglas A. Giron, Esq. –** dag@shslawfirm.com
**Marc Wallick, Esq. –** wallicklaw@aol.com
**Charles A. Lovell, Esq. –** cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq. –** gmillsom@apslaw.com
**James E. Brown, Esq. –** james.e.brown2@usdoj.gov
**Robert Stolzman, Esq. –** rstolzman@apslaw.com

The following was served upon **Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903**, Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Christopher M. Mulhearn