**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ANTONIO L. GIORDANO,** :
**Plaintiff** :
: **C.A. No.: 08-48/S**
**v.** :
:
**MT. ST. FRANCIS ASSOCIATES, L.P.,** :
**Defendant** :
:
:
**UNITED STATES OF AMERICA,** :
**Interpleader-Plaintiff** :
:
**v.** :
:
**ANTONIO L. GIORDANO,** :
**MT. ST. FRANCIS ASSOCIATES, L.P.** :
**and JOSEPH FERRUCCI, ESQUIRE,** :
**as Receiver** :

**MEMORANDUM IN SUPPORT OF THE STATE COURT PERMANENT RECEIVER'S ASSENTED TO MOTION FOR ENTRY OF AN ORDER CONFIRMING THE APPOINTMENT OF JOSEPH P. FERRUCCI RECEIVER AND TO CONFIRM ALL PREVIOUS ORDERS OF THE RHODE ISLAND SUPERIOR COURT**

NOW COMES the State Court Permanent Receiver (the "Receiver"), Joseph P. Ferrucci, by and through counsel, and hereby files this memorandum in support of his Assented to Motion for entry of an Order confirming (i) the appointment of Joseph P. Ferrucci as the Permanent Receiver of Mt. St. Francis Associates, L.P. herein with all powers incidental thereto and to his previous appointment as the State Court Receiver by the Rhode Island Superior Court (the "State Court"); [1] and (ii) all of the previous orders

[1] This Court also may *sua sponte*, appoint a receiver in this matter. *See In re Armstrong Glass Co., Inc., 502* F.2d 159 (6th Cir. 1974); *see also* 8 Fed. Proc., L. Ed. § 21:51. Further, according to the factors typically considered by a federal court in appointing a receiver, the appointment of a receiver would clearly be warranted in the instant situation. *See Brill & Harrington Investments v. Vernon Sav. & Loan Ass'n, 787 F.Supp. 250, 253 -254 (D.D.C. 1992) (citing New York Life Ins. Co. v. Watt West Invest. Corp., 755*

of the State Court in that matter styled *Antonio L. Giordano v. Mt. St. Francis Associates, L.P. v. United States of America*, P.M. No.: P.B. 06-3301, including the orders authorizing the Receiver to engage American Senior Living Communities RI, I, LLC ("ASLC") as manager of Mt. St. Francis Associates, L.P.'s senior care facility.

The grounds for this assented to motion are as follows:

1. All interested parties present at the recently conducted chambers conference assent to entry of an order confirming (i) the appointment of Joseph P. Ferrucci as Receiver for Mt. St. Francis Associates, L.P., and (ii) the Receiver's engagement of ASLC as manager of Mt. St. Francis Associates, L.P.'s senior care facility on the same terms and conditions as set forth in that certain Management Services Agreement dated June 21, 2006, as modified and extended from time to time by order of the State Court.

2. Upon remand, previously entered state court orders, unless specifically set aside by court order, continue in full force and effect. *See Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70*, 415 U.S. 423, 436 (1974) ("Congress clearly intended to preserve the effectiveness of state court orders after removal"). Thus, once a state court matter is removed to federal court "the state court orders issued prior to removal . . . remain binding until they are set aside." *Payne for Hicks v. Churchich*, 161 F.3d 1030, 1037 -1038 (7th Cir. 1998) (citing 28 U.S.C. § 1450); *see also Coleman v. Guy F. Atkinson Co., Inc.*, 887 F.Supp. 49, 52 (D.R.I. 1995); *F.D.I.C. v. Bay Street Development Corp.*, 1992 WL

---

*F.Supp. 287, 292 (E.D.Cal.1991)).*

677889, *6 (D.Mass. 1992).

3. The Receiver respectfully requests that this Court enter an order ratifying and confirming the Receiver's previous appointment as Receiver in the State Court and specifically adopt and approve all previous orders of the State Court including the orders authorizing the Receiver to engage ASLC as manager of Mt. St. Francis Associates, L.P.'s senior care facility on the same terms and conditions as set forth in that certain Management Services Agreement dated June 21, 2006, as modified and extended from time to time by order of the State Court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Honorable Court grant this Assented to Motion For Entry of an Order Confirming the Appointment of Joseph P. Ferrucci Receiver and to Confirm all Previous Orders of the Rhode Island Superior Court, and to grant such further relief that this Court deems just.

Respectfully submitted,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Date: March 6, 2008

## CERTIFICATION

I hereby certify that on this 6th day of March, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
**James E. Brown, Esq**. **–** james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq. –** javanzato@apslaw.com
**Edward Maggiacomo, Esq. –** emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq. –** ashine@wszlaw.com
**Jon N. Savage, Esq. –** jsavage@shslawfirm.com
**Douglas A. Giron, Esq. –** dag@shslawfirm.com
**Marc Wallick, Esq. –** wallicklaw@aol.com
**Charles A. Lovell, Esq. –** cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq. –** gmillsom@apslaw.com
**James E. Brown, Esq. –** james.e.brown2@usdoj.gov
**Robert Stolzman, Esq. –** rstolzman@apslaw.com

The following was served upon **Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903**, Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Christopher M. Mulhearn