**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,** <br> **Plaintiff** <br><br> **v.** <br><br> **MT. ST. FRANCIS ASSOCIATES, L.P.,** <br> **Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,** <br> **Interpleader-Plaintiff** <br><br> **v.** <br><br> **ANTONIO L. GIORDANO,** <br> **MT. ST. FRANCIS ASSOCIATES, L.P.** <br> **and JOSEPH FERRUCCI, ESQUIRE,** <br> **as Receiver** | : | |

**ORDER APPROVING ASSENTED TO MOTION TO CONFIRM THE APPOINTMENT OF JOSEPH P. FERRUCCI RECEIVER AND TO CONFIRM ALL PREVIOUS ORDERS OF THE RHODE ISLAND SUPERIOR COURT**

This above-entitled proceeding having come before the Honorable William E. Smith on Receiver Joseph P. Ferrucci's Assented to Motion For Entry of an Order Confirming the Appointment of Joseph P. Ferrucci Receiver and to Confirm all Previous Orders of the Rhode Island Superior Court, and after considering the papers and pleadings in this matter, as well as the statements and representations of counsel, it is hereby

**ORDERED, ADJUDGED & DECREED, THAT**

1. The Receiver's Motion For Entry of an Order Confirming the Appointment of Joseph P. Ferrucci Receiver and to Confirm all Previous Orders of the Rhode Island Superior Court is GRANTED as prayed for therein;

2. All Rhode Island Superior Court orders entered in *Antonio L. Giordano v. Mt. St. Francis Associates, L.P. v. United States of America*, P.M. No.: P.B. 06-3301 shall remain in full force and effect unless they are specifically set aside by order of this Court;

3. The Rhode Island Superior Court's Order Appointing Joseph P. Ferrucci as Permanent Receiver of Mt. St. Francis Associates, L.P. is hereby ratified and confirmed in this proceeding, with said Order, a copy of which is attached hereto as *Exhibit A* ("State Court Order"), continuing in full force and effect as if entered in this proceeding;

4. That the Receiver be and hereby is authorized, empowered and directed to take any and all actions afforded him and consistent with the State Court Order, and that said Receiver continue to discharge his duties and trusts hereunder until further order of this Court; and

5. That the Receiver be and hereby is vested with all such other powers, rights and trusts incidental to his appointment as Receiver by this Court and incidental to this Court's general equitable powers.

Prepared by,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

| | |
|---|---|
| ENTERED: | PER ORDER: |
| ______________________________ | ______________________________ |
| Dated: March ____, 2008 | Dated: March ____, 2008 |

**CERTIFICATION**

I hereby certify that on this 6th day of March, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
J**ames E. Brown, Esq**. – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq. –** javanzato@apslaw.com
**Edward Maggiacomo, Esq. –** emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq. –** ashine@wszlaw.com
**Jon N. Savage, Esq. –** jsavage@shslawfirm.com
**Douglas A. Giron, Esq. –** dag@shslawfirm.com
**Marc Wallick, Esq. –** wallicklaw@aol.com
**Charles A. Lovell, Esq. –** cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq. –** gmillsom@apslaw.com
**James E. Brown, Esq. –** james.e.brown2@usdoj.gov
**Robert Stolzman, Esq. –** rstolzman@apslaw.com

The following was served upon **Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903**, Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Christopher M. Mulhearn