**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Interpleader-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver** | : | |

**ORDER APPROVING ASSENTED TO MOTION TO CONFIRM THE APPOINTMENT OF JOSEPH P. FERRUCCI RECEIVER AND TO CONFIRM ALL PREVIOUS ORDERS OF THE RHODE ISLAND SUPERIOR COURT**

This above-entitled proceeding having come before the Honorable William E. Smith on Receiver Joseph P. Ferrucci's Assented to Motion For Entry of an Order Confirming the Appointment of Joseph P. Ferrucci Receiver and to Confirm all Previous Orders of the Rhode Island Superior Court, and after considering the papers and pleadings in this matter, as well as the statements and representations of counsel, it is hereby

**ORDERED, ADJUDGED & DECREED, THAT**

1. The Receiver's Motion For Entry of an Order Confirming the Appointment of Joseph P. Ferrucci Receiver and to Confirm all Previous Orders of the Rhode Island Superior Court is GRANTED as prayed for therein;

Case 1:08-cv-00048-S-LDA Document 16 Filed 03/06/2008 Page 2 of 3

2. All Rhode Island Superior Court orders entered in *Antonio L. Giordano v. Mt. St. Francis Associates, L.P. v. United States of America*, P.M. No.: P.B. 06-3301 shall remain in full force and effect unless they are specifically set aside by order of this Court;

3. The Rhode Island Superior Court's Order Appointing Joseph P. Ferrucci as Permanent Receiver of Mt. St. Francis Associates, L.P. is hereby ratified and confirmed in this proceeding, with said Order, a copy of which is attached hereto as *Exhibit A* ("State Court Order"), continuing in full force and effect as if entered in this proceeding;

4. That the Receiver be and hereby is authorized, empowered and directed to take any and all actions afforded him and consistent with the State Court Order, and that said Receiver continue to discharge his duties and trusts hereunder until further order of this Court; and

5. That the Receiver be and hereby is vested with all such other powers, rights and trusts incidental to his appointment as Receiver by this Court and incidental to this Court's general equitable powers.

Prepared by,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

ENTERED:
WSM
Dated: March 11, 2008

PER ORDER:
Karen Baldwell
Dated: March ____, 2008