GOVERNMENT EXHIBIT 3

# Mt. St. Francis Agreement

THIS MT. ST. FRANCIS AGREEMENT (the "*Agreement*") is made this 19 day of June, 2006 (the "*Execution Date*") by and among **Mt. St. Francis Associates, L.P.**, a Rhode Island limited partnership ("*MSF*"), with a business address at 190 Broad Street, Providence, Rhode Island 02903, **Antonio L. Giordano, of North Kingstown, RI ("Mr. Giordano")** and **American Senior Living Communities RI I, LLC**, a Rhode Island limited liability company, with a business address at 3 College Avenue, Suite 3, Frederick, Maryland 21701 ("*ASLC*") (MSF, Mr. Giordano and ASLC are sometimes hereinafter collectively referred to as the "*Parties*").

WITNESSETH

WHEREAS, MSF owns and operates a healthcare facility located at 4 St. Joseph Street, Woonsocket, Rhode Island commonly known as "Mt. St. Francis Health Center" (the "*Facility*"); and

WHEREAS, ASLC desires to immediately take over the management of the Facility from MSF and thereafter desires to purchase and acquire all right, title and interest in and to the Facility from MSF and MSF desires to allow ASLC to manage the Facility, and thereafter to sell all right, title and interest in and to the Facility to ASLC; and

WHEREAS, among the other approvals, governmental or otherwise, the Parties must obtain (i) approval from the Rhode Island Department of Health ("*RIDOH*") as to a "Change of Effective Control" of the operations of the Facility from MSF to ASLC (the "*DOH Approval*"); (ii) approval (the "*HUD Approval*") from the United States Department of Housing and Urban Development (the "*HUD*"); and (iii) approval of MSF's sole limited partner, Health Facilities Associates, L.P., a Rhode Island limited partnership ("*Health Facilities*"), as a condition precedent to the managing and acquisition of the Facility by ASLC; and

WHEREAS, to approve any such sale Health Facilities must obtain the approval of its various limited partners ("*Health Facilities' Approval*"); and

WHEREAS, the Parties anticipate that the DOH Approval, the HUD Approval and Health Facilities' Approval will take approximately sixty (60) to one hundred eighty (180) days to obtain; and

WHEREAS, MSF will not be able to maintain its current business operations at the Facility for the time period required to obtain such approvals; and

WHEREAS, MSF will voluntarily file a petition to place itself into receivership under the laws of the State of Rhode Island (the "*Receivership*"); and

WHEREAS, the Parties hereby mutually desire to set forth certain terms and conditions as to the management and sale of the Facility and the, Receivership.

NOW, THEREFORE, in consideration of the premises, and the mutual agreements and conditions contained herein, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

**Section 1. Receivership**

(a) Within five (5) days of the Execution Date, MSF will file a petition with the Rhode Island Superior Court (the "*Court*") requesting that a receiver be appointed to take over the business affairs and operations of the Facility. In the event that MSF fails to file the voluntary receivership petition within said five (5) day period, this Agreement shall terminate automatically and shall be null and void.

(b) The Parties shall agree as to a mutually acceptable individual to be recommended for appointment by the Court to act as receiver in the Receivership (the "*Receiver*"). Should one of the Parties not be satisfied with the Court's selection of the Receiver, then this Agreement may be terminated by such party and shall be null and avoid with no further force or effect.

(c) After the commencement of the Receivership, the Parties hereby agree to use best efforts to obtain the recommendation of the Receiver and approval of the Court as to the terms and conditions set forth herein.

**Section 2. Management of the Facility.** Upon the appointment of the Receiver, ASLC shall submit an offer to the Receiver to takeover the management of the Facility. Said offer shall be accompanied by.a management agreement (the "*Management Agreement*") to be entered into with the Receiver, which shall be acceptable to ASLC and shall include, but not limited to, the following provisions: (i) the terms and conditions as set forth in this Section 2 of this Agreement; and (ii) a provision allowing a "break-up fee" (acceptable to ASLC) payable to ASLC in the event ASLC is not the successful bidder in connection with the acquisition of the Facility in accordance with the terms contained in Section 3 of this Agreement.

(a) Operational Responsibilities. ASLC hereby agrees to undertake, pay and perform all the day-to-day supervision and management of the Facility, pay its accounts, collect its receivables and otherwise operate and care for the Facility until it acquires the Facility from MSF as set forth herein. ASLC must provide sufficient and qualified management personnel, and the necessary expertise to effectively and efficiently manage, oversee and supervise the administrator and departmental managers of the Facility so as to provide a suitable, congenial and attractive environment for residents of the Facility ("*Residents*").

(b) Financial Responsibilities. ASLC shall:

(i) oversee the collection of all amounts due to the Facility from all sources, including, but not limited to, amounts due from the Residents, and due under Medicare, Medicaid or other governmental or private insurance programs (the "*Receivables*"), as set forth on **Exhibit A**, which is attached hereto and incorporated herein by reference;

(ii) maintain records concerning, and assume the payment of, all accounts payable, and all amounts owing, by the Facility from the funds of the Facility or otherwise from funds of ASLC;

(iii) pay all bills, payables, accounts, charges and demands of the Facility, without limitation, from funds of the Facility or otherwise funds of ASLC to assure that all payables, accounts, charges and demands of the Facility arising after the date of the Receivership are paid in full or as otherwise agreed to by the specific vendors;

(iv) pay all mortgage and institutional financing charges related to the Facility and keep such payments current or as otherwise agreed to by HUD or the mortgagee of the Facility;

(v) pay all taxes, including but not limited to payroll taxes owed to the State of Rhode Island and United States of America Department of the Treasury Internal Revenue Service due and payable accruing as of the effective date of the Management Agreement (the "*Management Agreement Effective Date*"); and

(vi) pay those certain pre-petition accounts payables set forth on **Exhibit B,** which is attached hereto and incorporated herein by reference.

(c) The management responsibilities as set forth in this Section 2 shall terminate upon the sooner to occur of: (i) ASLC acquires all right title, and interest in the Facility and its business and assets from the Receiver; or (ii) at the option of ASLC, at any time after six (6) months from the Management Agreement Effective Date or as otherwise set forth in the Management Agreement; provided that ASLC shall continue to manage the Facility for such time as is reasonably necessary for a replacement manager to be appointed by the Receiver to manage the Facility.

(d) Notwithstanding anything herein to the contrary, any funds paid by ASLC toward the operation of the Facility shall be deemed to be loans to the Facility on behalf of the Receiver, and are not loans, indebtedness or obligations to or for the benefit of Mr. Giordano.

**Section 3. Purchase of the Facility**

(a) ASLC may, at its election, submit an offer to purchase the Facility, and all but not less than all, of the business and assets of every kind and description related to the Facility, to Receiver, upon the following terms and conditions (the "ASLC Offer"):

(i) ASLC shall assume any and all indebtedness relating to the that certain promissory note granted by MSF in favor of Suburban Mortgage Associates, Inc. as secured by a mortgage on the Facility; plus

(ii) ASLC shall pay the Internal Revenue Service on behalf of MSF an amount that satisfies any and all taxes, fines and penalties owed by MSF, Mr. Giordano or John

Montecalvo, as past due or pursuant to any court order or lien, as of the date hereof (the "*IRS Obligations*"); plus

(iii) ASLC shall assume all liabilities or other obligations, commercial or otherwise, of the MSF, known or unknown, fixed or contingent, choate or inchoate, liquidated or unliquidated, secured or unsecured or otherwise the payment of all accounts payable and have the right to collect all accounts receivable, other than the IRS Obligations.

(iv) pay those certain pre-petition accounts payables set forth on **Exhibit C**, which is attached hereto and incorporated herein by reference.

(b) Any and all assets acquired by ASLC relating to the Facility shall be acquired in "AS-IS" condition with no express or implied warranties.

(c) ASLC hereby covenants and agrees with the MSF and Mr. Giordano, that should ASLC or any affiliate or related party fail to acquire the Facility from the Receiver pursuant to the terms of this Agreement, ASLC or any affiliate or related party shall be prohibited from submitting any subsequent bid (or multiple bids, as the case maybe) to the Receiver to otherwise acquire the Facility.

**Section 4. Assignment**

This Agreement shall inure to the benefit of and shall be binding upon the Parties and their respective successors and assigns.

**Section 5. Notices**

All demands, notices and communications hereunder shall be in writing and shall be given by hand delivery, United States mail (certified, return receipt requested), overnight courier service or other means, in each case with all postage or delivery charges prepaid, to the party entitled thereto at such party's address set forth herein or at such other address as such party may hereafter furnish to the other party by notice conforming to the provisions hereof. All demands, notices or communications hereunder shall be effective when received.

**Section 6. Miscellaneous**

**(a)** Applicable Law. This Agreement shall be governed by the laws of the State of Rhode Island without reference to its conflict of laws principals.

**(b)** Further Assurances. Each of the parties hereto shall execute and deliver any and all additional documents or instruments and provide other assurances, obtain any additional approvals required, and shall do any and all acts as and things reasonably necessary, to carry out the intent of the parties hereto and to confirm the continued effectiveness of this Agreement.

(c) Modification or Amendments. The Parties may amend, change or modify this Agreement; provided, that such amendment, change or modification is in writing and signed by all the Parties.

(d) Entire Agreement. This Agreement, together with its exhibits, constitutes the entire understanding and agreement of the parties with respect to its subject matter, and effective upon the execution of this Agreement by the respective parties hereof and thereto, any and all prior agreements, understandings or representations with respect to this subject matter are hereby terminated and cancelled in their entirety and are of no further force or effect.

(e) Non-Waiver. No waiver by any party hereto of a breach of any provision of this Agreement shall constitute a waiver of any preceding or succeeding breach of the same or any other provision hereof.

(f) Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Agreement shall be effective when all parties hereto shall have executed at least one counterpart, whether or not all of the parties shall have executed the same counterpart.

(g) Number and Gender. In this Agreement, the masculine, feminine or neuter gender, and the singular or plural number, shall each be deemed to include the others whenever the context so requires.

(h) Captions. The captions appearing at the commencement of the sections hereof are descriptive only and for convenience in reference. Should there be any conflict between any such caption and the section at the head of which it appears, the section and not such caption shall control and govern in the construction of this Agreement.

(i) Representations. MSF hereby represents to ASLC that no other party or person, including the limited partner of MSF, has the option to purchase the Facility.

(j) Health Facilities' Approval. Immediately upon the Execution Date, MSF shall use best efforts to obtain the Health Facilities' Approval relating to transactions contemplated by this Agreement.

***Signatures Appear on the Following Page***

IN WITNESS WHEREOF, the Parties have duly executed this Agreement below where indicated as of the date first above written.

**MT. ST. FRANCIS, L.P.**

By: ______________________
Antonio L. Giordano, General Partner

______________________
Antonio L. Giordano, in his individual capacity

**AMERICAN SENIOR LIVING COMMUNITIES RI I, LLC**

By: ______________________
Name: JEFFREY D. GOODHILL
Title: CFO

*383735_3.doc*

JUN-19-2006 MON 04:20 PM STANLEY BUILDING FAX NO. 26 P. 02

DATE: 06/15/2006 MOUNT SAINT FRANCIS PAGE: 82
CODE: AR300 ACCOUNTS RECEIVABLE AGED TRIAL BALANCE

EXHIBIT "A"

AGEING DATE: 06/15/2006
CUTOFF DATE: NONE
CHRG TYPES : ALL

| CHG TYPE | CHARGE TYPE DESCRIPTION | BALANCE | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|---|
| A | BLUE CHIP | 37824.19 | .00 | .00 | .00 | 8761.87- | .00 | 46586.06 |
| B | Medicare B | 25350.48 | .00 | 1448.56 | 77.50- | 617.75 | 2214.12 | 21147.55 |
| C | WORKERS COMP | 575.56- | .00 | .00 | .00 | .00 | .00 | 575.56- |
| D | MEDICAID PENDING | 80155.80 | .00 | 20002.18 | 14670.32 | 2196.87 | 13656.22 | 29630.21 |
| E | BLUE CHIP PART B | 1860.58 | .00 | 1580.45 | .00 | .00 | .00 | 280.13 |
| G | Medigap | 27950.74 | .00 | 2876.76 | 159.78 | 358.80 | 4955.32 | 19700.08 |
| H | Hospice | 36071.62 | .00 | 44354.59 | 1500.00- | .00 | 1202.97- | 5580.00- |
| M | Medicare A | 230981.70 | .22 | 133461.30 | 18615.66 | .00 | 7957.88 | 70946.64 |
| O | OTHER PRIVATE INS | 13613.51 | .00 | 952.00 | 295.72- | .00 | 6.40 | 12950.83 |
| P | Private | 63956.09 | .00 | 6128.00 | .00 | 4940.00 | .00 | 52888.09 |
| Q | Resource | 16302.49- | .00 | 11593.29 | 6889.94 | 5042.97 | 3121.48- | 36707.31- |
| R | RESPITE | 1270.34 | .00 | .00 | .00 | .00 | .00 | 1270.34 |
| U | UNITED HEALTH | 108873.52 | .00 | 21814.00 | 14773.00 | 2123.68 | 1250.00 | 68912.84 |
| W | Medicaid | 491153.73 * | .00 | 481850.36 | 8114.24 | 226.30- | 1989.50- | 3404.83 |
| * | *** GRAND TOTALS *** | 1102184.25 | .22 | 726061.49 | 61349.73 | 6192.00 | 23725.99 | 284854.83 |

Less Payment Rec'd 6/14/06 (466,817) - MEDICAID

ADD: A/R - 6/1/06 - 6/15/06 267,265.63

TOTAL A/R 902,632.88

DATE: 06/15/2006
CODE: FP530

A/P AGED TRIAL BALANCE
MOUNT SAINT FRANCIS

PAGE: 1

Exhibit B Marked (B) w/underlined amount

Exhibit B + Exhibit "C" = Exhibit C are balance ~~(unless noted otherwise)~~ ~~(Amount Underlined)~~

AGEING DATE : 06/30/2006
TRIAL BALANCE PERIOD: 06/2006

| VENDOR | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|
| 00023 AAA | 2296.67 | .00 | .00 | .00 | .00 | .00 | 2296.67 |
| 00021 ABACUS BUSINESS SYSTEMS. | 5040.00 | .00 | 315.00 | .00 | 315.00 | 315.00 | 4095.00 |
| 00377 ALTAF A. GIRACH, MD | 3930.50 | .00 | 1965.25 | 1965.25 | .00 | .00 | .00 |
| 00060 ANCHOR PRINTING CO. | 503.39 | .00 | .00 | .00 | .00 | .00 | 503.39 |
| 00031 ANGELL STREET PSYCHIATRY, | 1200.00 | .00 | 400.00 | 400.00 | 400.00 | .00 | .00 |
| 00044 ARCADIA HEALTH CARE-PROV | 73122.83 | .00 | .00 | .00 | .00 | .00 | 73122.83 |
| 00564 ARCH WIRELESS (B) | 97.92 | .00 | .00 | 97.92 | .00 | .00 | .00 |
| 00063 AT&T (B) | 146.16 | .00 | .00 | 146.16 | .00 | .00 | .00 |
| 00064 ATWOOD PHYSICIAN SUPPLIES | 400.00 | .00 | .00 | .00 | .00 | .00 | 400.00 |
| 00062 AUTOMATIC HEATING EQUIP | 942.86 | .00 | .00 | .00 | .00 | .00 | 942.86 |
| 00101 BESAM AUTOMATED ENTRANCE | 699.75 | .00 | .00 | .00 | .00 | .00 | 699.75 |
| 00074 BEST PLUMBING SPECIALTIES | 345.72 | .00 | 345.72 | .00 | .00 | .00 | .00 |
| 00111 BLACKSTONE V OFFICE SYS. | 2216.40 | .00 | 428.93 | 451.03 | 433.57 | 639.09 | 265.78 |
| 00125 BOISCLAIR LOCK & SAFE (B) | 37.56 | .00 | .00 | 37.56 | .00 | .00 | .00 |
| 00138 BOSTON ORTHOTICS, INC. | 343.00 | .00 | .00 | .00 | .00 | .00 | 343.00 |
| 00140 BRIGGS CORPORATION | 442.98 | .00 | .00 | 155.62 | 197.68 | 89.68 | .00 |
| 00399 CASEY EMI | 970.74 | .00 | .00 | .00 | .00 | .00 | 970.74 |
| 00191 CENTRAL SCALE COMPANY | 497.50 | .00 | .00 | .00 | 497.50 | .00 | .00 |
| 00180 CHAMBER OF COMMERCE | 481.74 | .00 | 160.58 | .00 | 160.58 | 160.58 | .00 |
| 00990 CITY OF WOONSOCKET | 17256.11 | .00 | .00 | .00 | .00 | 4826.08 | 12430.03 |
| 00992 CITY TREASURER | 27932.47 | .00 | .00 | .00 | 4075.37 | .00 | 23857.10 |
| 00995 CLAFLIN | 360.00 | .00 | .00 | .00 | .00 | .00 | 360.00 |
| 00213 COLONIAL MEDICAL | 582.49 | .00 | 59.91 | 482.83 | 39.75 | .00 | .00 |
| 00248 COX COMMUNICATIONS (B) | 108.55 | .00 | .00 | 108.55 | .00 | .00 | .00 |
| 00236 CREATIVE JUICE CONCENTRA | 6015.00 | .00 | 613.00 | 1689.00 | 1228.00 | 1235.00 | 1250.00 |

DATE: 06/15/2006 A/P AGED TRIAL BALANCE PAGE: 2
CODE: AP530 MOUNT SAINT FRANCIS

| VENDOR | | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|---|
| 00243 | CREST HEALTHCARE SUPPLY (CONTINUED) | | | | | | | |
| 00243 | CREST HEALTHCARE SUPPLY | 1138.61 | .00 | 394.58 | .00 | .00 | 323.45 | 420.58 |
| 00311 | D LARSEN & SONS | 840.13 | .00 | .00 | .00 | .00 | .00 | 840.13 |
| 00708 | D&H THERAPY | 155792.56 | .00 | .00 | 27426.41 | .00 | .00 | 128366.15 |
| 00259 | DELTA DENTAL | 4315.11 | .00 | 4315.11 | .00 | .00 | .00 | .00 |
| 00260 | DELTA ELEVATOR SERVICE | 1936.50 | .00 | .00 | .00 | .00 | 1936.50 | .00 |
| 00278 | DEPT. OF HUMAN SERVICES | 90.01 | .00 | .00 | .00 | .00 | .00 | 90.01 |
| 00272 | DIVISION OF TAXATION | 12438.76 | .00 | 9340.62 | 3098.14 Pg 1 | .00 | .00 | .00 |
| 00333 | EAST SIDE CLINICAL LAB., | 4135.00 | .00 | .00 | 1177.50 | 847.50 | 535.00 | 1575.00 |
| 00339 | ECOLAB | 805.18 | .00 | .00 | .00 | 805.18 | .00 | .00 |
| 00338 | FIRE SUPPRESSION SERVICES | 23876.66 | .00 | 101.65 | .00 | 16975.01 | 6520.00 | 280.00 |
| 00400 | FONTANA'S FLOWERS & GHS (3) | 173.34 | .00 | .00 | 173.34 | .00 | .00 | .00 |
| 01038 | GAYMAR INDUSTRIES | 16585.00 | .00 | .00 | .00 | 1070.00 | 535.00 | 14980.00 |
| 00066 | GEORGE E. BABCOCK ESQUIRE | 6775.41 | .00 | .00 | .00 | .00 | .00 | 6775.41 |
| 00368 | GERIATRIC MEDICAL SUPPLY (3) | 18817.79 | .00 | 2246.98 | 4741.91 | 4209.97 | 3848.27 | 3770.66 |
| 00402 | GLENN G. FORT, M.D. | 8400.00 | .00 | .00 | .00 | .00 | .00 | 8400.00 |
| 00376 | GRAYBAR | 260.40 | .00 | 170.44 | 89.96 | .00 | .00 | .00 |
| 00900 | HALLSMITH-SYSCO | 32857.79 | .00 | 13208.61 | 19649.18 | .00 | .00 | .00 |
| 00409 | HEALTHCARE SERVICES GROUP | 63686.00 | .00 | 31843.00 | 31843.00 | .00 | .00 | .00 |
| 00414 | HILL-ROM | 20045.69 | .00 | .00 | .00 | .00 | .00 | 20045.69 |
| 00416 | HINCKLEY, ALLEN & SNYDER | 34785.83 | .00 | .00 | .00 | .00 | .00 | 34785.83 |
| 00429 | HYGRADE BUSINESS GROUP | 616.64 | .00 | .00 | .00 | .00 | 616.64 | 00 |
| 00433 | INTERNAL REVENUE SERVICE | 51339.40 | .00 | .00 | .00 | .00 | .00 | 51339.40 |
| 00783 | INTERNAL REVENUE SERVICES | 4083243.76 | .00 | 72177.96 | 97558.64 | 69648.42 233417.55 pd 6-1 | .00 | 3843858.74 |
| 00458 | IntelliStaf HealthCare | 379.75 | .00 | .00 | .00 | 379.75 | .00 | .00 |
| 00294 | J.P. SERPA CREAMERY, INC. (3) | 4790.70 | .00 | 1768.06 | 3022.64 | .00 | .00 | .00 |

DATE: 06/15/2006
CODE: AP530

A/P AGED TRIAL BALANCE
MOUNT SAINT FRANCIS



| VENDOR | | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|---|
| 00847 | KCI USA (CONTINUED) | | | | | | | |
| 00847 | KCI USA | 1678.51 | .00 | .00 | 1678.51 | .00 | .00 | .00 |
| 00172 | KRYSTAL KLEER (S) | 327.39 | .00 | .00 | 327.39 | .00 | .00 | .00 |
| 00281 | LAIDLAW TRANSIT SERVICES | 25.00 | .00 | .00 | .00 | .00 | .00 | 25.00 |
| 00450 | LANDMARK OCCUP. MED. | 1188.32 | .00 | .00 | .00 | .00 | .00 | 1188.32 |
| 00442 | LOCED (S) | 59400.00 | .00 | 20824.00 | 30293.00 | .00 | 8283.00 | .00 |
| 00446 | LIFETIME MED. HOME CARE | 12832.31 | .00 | .00 | .00 | .00 | .00 | 12832.31 |
| 00451 | LONG TERM CARE | 2376.00 | .00 | .00 | .00 | .00 | .00 | 2376.00 |
| 00452 | LONG TERM CARE PHARMACY | 20739.62 | .00 | .00 | .00 | .00 | .00 | 20739.62 |
| 00815 | LONG TERM CARE PSYCHIATRY | 1500.00 | .00 | .00 | .00 | .00 | .00 | 1500.00 |
| 00491 | MAS MEDICAL STAFFING (S) | 19618.93 | .00 | 1432.43 | 1048.89 | 3744.15 | 3386.58 | 10006.88 |
| 00511 | MAXIM HEALTHCARE SERVICES | 2064.50 | .00 | .00 | .00 | .00 | 427.50 | 1637.00 |
| 00523 | MED TECH AMBULANCE SERV. | 1876.30 | .00 | .00 | 116.30 | .00 | .00 | 1760.00 |
| 00594 | MEDICAL STAFFING NETWORK, | 1876.39 | .00 | .00 | .00 | .00 | .00 | 1876.39 |
| 00537 | MEDLINE INDUSTRIES INC. (S) | 51976.78 | .00 | 4309.64 | 20907.90 | 14018.22 | 9140.67 | 3600.35 |
| 00545 | METACOM MEDICAL ASSOC, | 13125.00 | .00 | .00 | .00 | .00 | .00 | 13125.00 |
| 00894 | MOBILEX USA | 1115.16 | .00 | .00 | 737.68 | 377.48 | .00 | .00 |
| 00706 | NADINE T. PRICE, J.D., | 2576.00 | .00 | .00 | .00 | .00 | .00 | 2576.00 |
| 00558 | NEIGHBORCARE (S) | 13482.32 | .00 | .00 | 1868.58 | 2871.14 | 2059.42 | 6683.18 |
| 00557 | NEIGHBORCARE, INC. (S) | 5312.71 | .00 | .00 | 1308.00 | 1445.50 | 1508.00 | 1051.21 |
| 00670 | NETWORK SERVICES COMPANY | 5420.21 | .00 | 1410.56 | 4009.65 | .00 | .00 | .00 |
| 00562 | NEW ENGLAND AMBULANCE (S) | 4393.65 | .00 | .00 | 1577.75 | 675.60 | 1098.30 | 1042.00 |
| 00950 | NEW ENGLAND GAS CO. (S) | 26425.21 | .00 | .00 | 10105.06 | 16320.15 | .00 | .00 |
| 00595 | NEW ENGLAND SURGICAL INC. | 127.20 | .00 | .00 | 127.20 | .00 | .00 | .00 |
| 00643 | NORTHEAST PEST CONTROL | 239.88 | .00 | 164.88 | 75.00 | .00 | .00 | .00 |
| 00589 | NURSEfinders (S) | 16350.00 | .00 | .00 | 6134.00 | 3223.00 | 6993.00 | .00 |

DATE: 06/15/2006
CODE: AP530

A/P AGED TRIAL BALANCE
MOUNT SAINT FRANCIS



| VENDOR | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|
| 00110 National Grid (CONTINUED) | | | | | | | |
| 00110 National Grid | 61004.59 | .00 | .00 | 8556.01 | 8366.16 | .00 | 44082.42 |
| 00559 OMNICARE (S) | 112345.65 | .00 | .00 | 14620.28 | .00 | .00 | 97725.37 |
| 00630 P&L SALES | 4924.87 | .00 | 761.90 | 1080.97 | 797.10 | 1079.15 | 1205.75 |
| 00673 PATRIOT DISPOSAL CO. (S) | 3155.35 | .00 | 75.00 | 1610.95 | 1019.40 | 250.00 | .00 |
| 00666 POLAR CORP. | 262.15 | .00 | .00 | .00 | .00 | .00 | 262.15 |
| 00667 POSITIVE PROMOTIONS | 45.35 | .00 | .00 | .00 | 45.35 | .00 | .00 |
| 00707 PRIME CARE SERVICES | 5084.59 | .00 | 892.30 | 2603.50 | 1588.79 | .00 | .00 |
| 00712 PRN HEALTH SERVICES, INC. (S) | 2989.88 | .00 | .00 | 1345.13 | 1262.25 | 382.50 | .00 |
| 00817 R.I.H.H.J.U.A. | 5186.13 | .00 | 2583.66 | 2602.47 | .00 | .00 | .00 |
| 00741 READYNURSE | 1223.13 | .00 | .00 | .00 | .00 | .00 | 1223.13 |
| 00821 REALTY ON THE HILL | 5007.41 | .00 | .00 | .00 | .00 | .00 | 5007.41 |
| 00770 RELIZON COMPANY, THE | 603.39 | .00 | .00 | .00 | 603.39 | .00 | .00 |
| 00753 RESPIRATORY HEALTH SERV. | 9149.16 | .00 | .00 | 2220.01 | 2107.04 | 2442.08 | 2380.03 |
| 00780 RHODE ISLAND HEALTH CARE | 14038.56 | .00 | .00 | .00 | .00 | .00 | 14038.56 |
| 00818 RIST | 9438.81 | .00 | .00 | .00 | .00 | .00 | 9438.81 |
| 00819 ROBINSON TIME SERVICE | 105.80 | .00 | 105.80 | .00 | .00 | .00 | .00 |
| 00800 ROSS PRODUCTS | 1512.60 | .00 | .00 | .00 | .00 | .00 | 1512.60 |
| 00851 S&S WORLDWIDE, INC. | 93.05 | .00 | .00 | 37.56 | 55.49 | .00 | .00 |
| 00802 SAMMONS PRESTON | 675.70 | .00 | .00 | 184.79 | .00 | 391.03 | 99.88 |
| 00823 SARA LEE COFFEE & TEA (S) | 1188.60 | .00 | 302.28 | 886.32 | .00 | .00 | .00 |
| 00828 SCOPE MEDICAL SERVICES | 950.27 | .00 | .00 | .00 | .00 | .00 | 950.27 |
| 00804 SHRED-IT | 99.00 | .00 | 99.00 | .00 | .00 | .00 | .00 |
| 00790 SIZEWISE RENTALS | 11427.60 | .00 | 1990.20 | 1621.05 | 6468.15 | 1348.20 | .00 |
| 00848 SPECIALTY MEDICAL EQUIP | 1196.00 | .00 | .00 | 403.00 | 390.00 | 403.00 | .00 |
| 00090 STANLEY R. BALON, MD | 1500.00 | .00 | .00 | .00 | .00 | .00 | 1500.00 |

DATE: 06/15/2006
CODE: AP530

A/P AGED TRIAL BALANCE
MOUNT SAINT FRANCIS

PAGE: 5

| VENDOR | | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|---|
| 00872 | STAT TRAVELERS HEALTH (CONTINUED) | | | | | | | |
| 00872 | STAT TRAVELERS HEALTH | 3888.00 | .00 | .00 | .00 | .00 | .00 | 3888.00 |
| 00132 | STATE OF RHODE ISLAND (B) | 188.12 | .00 | .00 | 188.12 | .00 | .00 | .00 |
| 00871 | STERICYCLE INC. (B) | 289.84 | .00 | 144.92 | .00 | 144.92 | .00 | 00 |
| 00895 | SUNCHOICE | 283.55 | .00 | .00 | .00 | .00 | .00 | 283.55 |
| 00890 | SUNDANCE REHABILITATION | 458264.71 | .00 | .00 | .00 | .00 | .00 | 458264.71 |
| 00896 | SYSTRAN FINANCIAL SERVICE | 4676.75 | .00 | .00 | .00 | .00 | .00 | 4676.75 |
| 00133 | TAX ADMINISTRATOR (B) | 40748.72 | .00 | .00 | 40748.72 | .00 | .00 | .00 |
| 00423 | THE HOME DEPOT SUPPLY | 689.11 | .90 | 186.13 | 502.98 | .00 | .00 | .00 |
| 00903 | TLC MEDICALS INC. | 1710.74 | .00 | .00 | .00 | .00 | .00 | 1710.74 |
| 00945 | TROPIC JUICE CO., INC. | 703.83 | .00 | 277.88 | 425.95 | .00 | .00 | .00 |
| 00948 | UNITED HEALTHCARE INS. CO | 54687.67 | .00 | 54687.67 | .00 | .00 | .00 | .00 |
| 00951 | VANGUARD H.M.E. | 2438.01 | .00 | .00 | .00 | .00 | .00 | 2438.01 |
| 00076 | VERIZON | 1773.35 | .00 | .00 | 1773.35 | .00 | .00 | .00 |
| 00363 | VIRTUAL-IT.NET | 255.00 | .00 | .00 | .00 | .00 | .00 | 255.00 |
| 00960 | W. B. MASON COMPANY | 4112.35 | .00 | .00 | 579.86 | 895.35 | 674.23 | 1962.91 |
| 00973 | WELD/POWER SERVICE CO. | 336.50 | .00 | 336.50 | .00 | .00 | .00 | .00 |
| 00974 | WNRI RADIO STATION | 1200.00 | .00 | .00 | .00 | .00 | .00 | 1200.00 |
| 00961 | WOLTERS KLUWER FINANCIAL | 946.62 | .00 | 211.58 | .00 | .00 | 183.76 | 551.28 |
| 00785 | ZEP MANUFACTURING CO. | 193.10 | .00 | .00 | .00 | 193.10 | .00 | .00 |

Giordano loan (B) 45,000.00

(payable $5,000/mo.)

AGING DATE : 06/30/2006
TRIAL BALANCE PERIOD: 06/2006

*** GRAND TOTALS ***

VENDORS : 1034

| | | |
|---|---|---|
| FUTURE | : | .00 |
| CURRENT | : | 230651.73 |
| 30 DAYS | : | 356820.57 |
| 60 DAYS | : | 167895.01 |
| 90 DAYS | : | 61630.71 |
| 120 DAYS | : | 4973741.34 |
| TOTAL | : | 5790739.36 |