UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTONIO L. GIORDANO,<br><br>Plaintiff<br><br>v.<br><br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br><br>Defendant | Civil Action No. 08-48/S |
| UNITED STATES OF AMERICA,<br><br>Interpleader-Plaintiff<br><br>v.<br><br>ANTONIO L. GIORDANO,<br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br>and JOSEPH FERRUCCI, ESQUIRE,<br>as Receiver | |

**SUBURBAN MORTGAGE ASSOCIATES, INCORPORATED'S RESPONSE TO THE UNITED STATES' OBJECTION TO MOTION TO PROVE ADMINISTRATIVE CLAIM**

Suburban Mortgage Associates, Incorporated hereby joins the Receiver's Response to the United States' Objection to Motion to Prove Administrative Claim dated March 19, 2008 (docket number 19).

Suburban Mortgage Associates, Incorporated
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Dated: March 19, 2008

10948695.1

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system on this 19th of March, 2008.

**Notice via ECF system to the following:**

| | |
|---|---|
| **Joseph Avanzato** | javanzato@apslaw.com, vlanctot@apslaw.com |
| **James E Brown** | James.E.Brown2@usdoj.gov, northern.taxcivil@usdoj.gov |
| **Dulce Donovan** | dulce.donovan@usdoj.gov, gale.james@usdoj.gov, kellyann.anderson@usdoj.gov, nancy.a.diquinzio@usdoj.gov, paulette.gamache@usdoj.gov, usari-ecf@usdoj.gov |
| **R. Thomas Dunn** | tdunn@lmkbw.com |
| **Joseph P. Ferrucci** | jferrucci@frlawri.com, cmulhearn@frlawri.com, gabodeely@frlawri.com, jsmith@frlawri.com |
| **Douglas A. Giron** | dgiron@shslawfirm.com, asalvaggio@shslawfirm.com, dsmith@shslawfirm.com, phalperin@shslawfirm.com |
| **Christopher H. Little** | clittle@lmkbw.com, mbranco@lmkbw.com, spomeroy@lmkbw.com |
| **Geoffrey W. Millsom** | gmillsom@apslaw.com, stheriault@apslaw.com |
| **Christopher M. Mulhearn** | cmulhearn@frlawri.com, lverria@frlawri.com |
| **Ly Nguyen** | ly.nguyen@usdoj.gov, Ann.D'Arpino@hud.gov |
| **Allan M. Shine** | ashine@wszlaw.com, efile@wszlaw.com, egarant@wszlaw.com |

/s/ Jeffrey S. Brenner