UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTONIO L. GIORDANO, | : |
| | : Case No. 1:08-cv-00048-S-LDA |
| Plaintiff, | : Honorable William E. Smith |
| | : Referral Judge: Honorable Lincoln D. |
| v. | : Almond |
| | : |
| MT. ST. FRANCIS ASSOCIATES, L.P., | : |
| | : (Formerly Rhode Island Superior Court |
| Defendant. | : P.M. No. P.B. 06-3301) |

**JOINT PROPOSED FINDINGS OF FACT**

1. In or about 2006, Defendant Mount St. Francis Associates, L.P. ("MSF") owned and operated the healthcare facility located at 4 St. Joseph Street, Woonsocket, Rhode Island, commonly known as "Mt. St. Francis Health Center" (the "Facility").

2. In or about 2006, Plaintiff Antonio L. Giordano ("Mr. Giordano"), Defendant MSF, and American Senior Living Corporation ("ASLC") were negotiating a potential purchase of MSF's assets by ASLC.

3. On June 19, 2006, MSF, ASLC and Mr. Giordano entered into an agreement (the "Nursing Home Agreement") concerning ASLC's potential acquisition of MSF's assets through a receivership proceeding.

4. On or about June 21, 2006, Mr. Giordano filed a petition in the Rhode Island Superior Court for the appointment of a receiver for MSF.

5. Pursuant to Mr. Giordano's petition, the Superior Court appointed Joseph Ferrucci, Esquire, as Receiver, and ASLC has been managing the Facility ever since.

6. On February 11, 2008, the Superior Court permitted the United States to intervene in these proceedings, and on February 13, 2008, the United States removed the case to this Court. Docket # 1.

7. On March 12, 2008, this Court entered an order appointing Joseph P. Ferrucci, Esquire, as the Receiver of MSF, and confirming all previous orders of the Rhode Island Superior Court. Docket # 17.

Respectfully submitted,

ANTONIO L. GIORDANO
By his Attorneys:

*/s/ with consent of Joseph Avanzato*
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
EDWARD L. MAGGIACOMO (#0438)
ROBERT I. STOZMAN (#3530)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: 401-274-7200
Fax: 401-751-0604
Dated: March 21, 2008

ROBERT CLARK CORRENTE
United States Attorney

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing JOINT PROPOSED FINDINGS OF FACT, has been made on this 24th day of March, 2008, by filing a copy with the Clerk of Court using the CM/ECF system, which should send electronic copies of the filing to the following CM/ECF participants:

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Douglas A. Giron, Esq.
Schechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02906

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Ste. 500
Providence, RI 02903

Joseph Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

I FURTHER CERTIFY that service of the foregoing JOINT PROPOSED FINDINGS OF FACT, has been made on this 24th day of March, 2008, by depositing a copy in the United States mail, first class postage prepaid, addressed to the following:

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
R.I. Department of Human Services
600 New London Ave., BDG 57
Cranston, RI 02920

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

Maureen Hobson, Esq.
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

MMJUA of Rhode Island
1 Turks Head Building, Suite 200
Providence, Rhode Island 02903

Division of Taxation
State of Rhode Island
1 Capitol Hill, Ste. 7
Providence, RI 02909

*/s/ James E. Brown*

JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov