UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| | : | Case No. 1:08-cv-00048-S-LDA |
| Plaintiff, | : | Honorable William E. Smith |
| | : | Referral Judge: Honorable Lincoln D. |
| v. | : | Almond |
| | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P., | : | |
| | : | (Formerly Rhode Island Superior Court |
| Defendant. | : | P.M. No. P.B. 06-3301) |

----------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Intervenor-Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MT. ST. FRANCIS ASSOCIATES, L.P., and JOSEPH FERRUCCI, ESQUIRE, as Receiver, | : |
| | : |
| Intervenor-Defendants. | : |

**UNITED STATES' COMPLAINT IN INTERVENTION**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, pursuant to the provisions of 26 U.S.C. §§ 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this complaint in intervention. For its Complaint, the United States alleges as follows:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

2. Mt. St. Francis Associates, L.P., has an address of 190 Broad Street, Providence, Rhode Island 02903.

3. Joseph Ferrucci, Esquire, has an address at 55 Pine Street, Providence, Rhode Island 02903, and has been appointed as Receiver in the above-captioned receivership proceeding to administer the property and rights to property of Mt. St. Francis Associates, L.P.

4. On the dates set forth in the attached proof of claim (under the heading "Date Tax Lien Arose"), a delegate of the Secretary of the Treasury of the United States of America made assessments against the defendant Mt. St. Francis Associates, L.P., with respect to unpaid federal payroll taxes, of the types and for the taxable periods set forth in the attached proof of claim.

5. On, or about the date of each assessment, a delegate of the Secretary of the Treasury of the United States of America gave notice of the assessment to and made demand for payment of the assessment upon Mount St. Francis Associates, L.P.

6. Despite said notices and demands for payment, Mt. St. Francis Associates, L.P. has failed, neglected, or refused to pay the amount of the assessments, plus statutory accruals, in full, and, as a result, there remains due and owing with respect thereto $6,658,415.97, plus statutory interest and other additions provided by law accruing thereto from July 12, 2006.

7. The failure, neglect or refusal of Mt. St. Francis Associates, L.P., to pay the amounts assessed against it following notice of each assessment and demand for payment of the same gave rise, as of the date of each assessment, to a lien in favor of the United States, pursuant to 26 U.S.C. §§ 6321 and 6322, upon all of the property and rights to property of Mt. St. Francis Associates, L.P., in an amount equal to the unpaid assessment, plus interest and other accruals permitted by law.

8. Notices of the United States' federal tax liens were filed with the City of Woonsocket's Clerk's Office between the dates of July 2000 and December 2005, as set forth in the attached Internal Revenue Service Facsimile Federal Tax Lien Documents.

WHEREFORE, the United States of America demands judgment against the defendant, Mt. St. Francis Associates, L.P., in the amount of $6,658,415.97, plus interest and other additions provided by law accruing thereto from July 12, 2006, and prays for the following additional relief:

A. That the Court determine and adjudge that the United States has valid and subsisting federal tax liens upon all property and rights to property of the defendant Mt. St. Francis Associates, L.P., including the property and rights to property being administered by the Receiver, Joseph Ferrucci, Esquire;

B. That the United States shall receive the distribution to which it is entitled in the above-captioned receivership proceeding, according to the priorities of the United States and other creditors determined by this Court; and

C. That the United States shall recover its costs in the action, and be awarded such other and further relief as the court determines is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service (under Rule 5 of the Federal Rules of Civil Procedure, and not under Rule 4) of the foregoing UNITED STATES' COMPLAINT IN INTERVENTION, has been made on this 25th day of March, 2008, by filing a copy with the Clerk of Court using the CM/ECF system, which should send electronic copies of the filing to the following CM/ECF participants:

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Douglas A. Giron, Esq.
Schechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02906

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Ste. 500
Providence, RI 02903

Joseph Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

I FURTHER CERTIFY that service (under Rule 5 of the Federal Rules of Civil Procedure, and not under Rule 4) of the foregoing UNITED STATES' COMPLAINT IN INTERVENTION, has been made on this 25th day of March, 2008, by depositing a copy in the United States mail, first class postage prepaid, addressed to the following:

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
R.I. Department of Human Services
600 New London Ave., BDG 57
Cranston, RI 02920

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

MMJUA of Rhode Island
1 Turks Head Building, Suite 200
Providence, Rhode Island 02903

Maureen Hobson, Esq.
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Division of Taxation
State of Rhode Island
1 Capitol Hill, Ste. 7
Providence, RI 02909

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov