3862 COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 07/10/2000 - 11:45AM
Recording Number:
UCC Number :
Liber : 1130
Page : 301

GOVERNMENT EXHIBIT 2

District: Providence | IRS Serial Number: 60069412

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES A PARTNERSHIP, a Partnership
ANTONIO L GIORDANO, A PARTNER

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895-5416

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/1999 | 05-0404824 | 09/06/1999 | 10/06/2009 | 35419.52 |
| 941 | 09/30/1999 | 05-0404824 | 12/20/1999 | 01/19/2010 | 8350.59 |
| 941 | 12/31/1999 | 05-0404824 | 03/13/2000 | 04/12/2010 | 337828.39 |
| 941 | 03/31/2000 | 05-0404824 | 06/12/2000 | 07/12/2010 | 246719.34 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 628317.84

This notice was prepared and executed at Providence, RI
on this, the 06th day of July, 2000.

Authorizing Official:
ALEX PASSARELLI

Title:
REVENUE OFFICER 06-01-3507

3862 COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 11/16/2000 - 11:10AM<br>Recording Number:<br>UCC Number :<br>Liber : 1140<br>Page : 658 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 60075598 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership
ANTONIO L GIORDANO, A PARTNER

Residence :
4 SAINT JOSEPH STREET
WOONSOCKET, RI 02895-5416

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2000 | 05-0404824 | 10/02/2000 | 11/01/2010 | 218458.90 |

| | | |
|---|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total | $ 218458.90 |

This notice was prepared and executed at MANHATTAN, NY
on this, the 13th day of November, 2000.

| | |
|---|---|
| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER 06-01-3507 |

3862 COURT RECORD. DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 01/28/2002 - 10:22AM
Recording Number:
UCC Number :
Liber : 1192
Page : 089

Area: SMALL BUSINESS/SELF EMPLOYED #1
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 60289894

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2000 | 05-0404824 | 05/07/2001 | 06/06/2011 | 15734.79 |
| 941 | 06/30/2001 | 05-0404824 | 09/10/2001 | 10/10/2011 | 271551.63 |
| 941 | 09/30/2001 | 05-0404824 | 09/10/2001 | 10/10/2011 | 298130.00 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 585416.42

This notice was prepared and executed at MANHATTAN, NY
on this, the 18th day of January, 2002.

Authorizing Official:
ALEX PASSARELLI

Title:
REVENUE OFFICER 21-09-3507

3862 COURT RECORD. G DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 05/02/2003 - 11:07AM<br>Recording Number:<br>UCC Number :<br>Liber : 1272<br>Page : 139 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 60306994 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2000 | 05-0404824 | 12/18/2000 | 01/17/2011 | 254223.27 |
| 941 | 09/30/2001 | 05-0404824 | 12/17/2001 | 01/16/2012 | 298130.00 |
| 941 | 12/31/2001 | 05-0404824 | 03/25/2002 | 04/24/2012 | 382337.83 |
| 941 | 03/31/2002 | 05-0404824 | 07/08/2002 | 08/07/2012 | 143305.16 |
| 941 | 06/30/2002 | 05-0404824 | 10/07/2002 | 11/06/2012 | 116722.24 |

| | |
|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total $ 1194718.50 |

This notice was prepared and executed at MANHATTAN, NY
on this, the 29th day of April, 2003.

| | |
|---|---|
| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER 21-09-3507 |

3862 COURT RECORD. S DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 07/31/2003 - 11:26AM<br>Recording Number:<br>UCC Number :<br>Liber : 1294<br>Page : 169 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 60309924 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership
PETER CASTRIOTTA

Residence :
190 BROAD ST
PROVIDENCE, RI 02903-4029

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2002 | 05-0404824 | 03/24/2003 | 04/23/2013 | 787.10 |
| 941 | 12/31/2000 | 05-0404824 | 03/19/2001 | 04/18/2011 | 169532.82 |
| 941 | 03/31/2001 | 05-0404824 | 06/11/2001 | 07/11/2011 | 249303.08 |
| 941 | 12/31/2001 | 05-0404824 | 03/25/2002 | 04/24/2012 | 382337.83 |
| 941 | 09/30/2002 | 05-0404824 | 01/06/2003 | 02/05/2013 | 290057.27 |

| Filed at: | CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total | $ 1092018.10 |
|---|---|---|---|

This notice was prepared and executed at MANHATTAN, NY
on this, the 25th day of July, 2003.

| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER | 21-09-3507 |
|---|---|---|

3862 COURT RECORDI... DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 11/24/2003 - 11:40AM<br>Recording Number:<br>UCC Number :<br>Liber : 1323<br>Page : 542 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 60313735 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2001 | 05-0404824 | 03/25/2002 | 04/24/2012 | 382337.83 |
| 941 | 12/31/2002 | 05-0404824 | 03/24/2003 | 04/23/2013 | 22775.24 |
| 941 | 03/31/2003 | 05-0404824 | 06/23/2003 | 07/23/2013 | 3584.72 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 408697.79

This notice was prepared and executed at MANHATTAN, NY
on this, the 18th day of November, 2003.

| Authorizing Official: | Title: | |
|---|---|---|
| ALEX PASSARELLI | REVENUE OFFICER | 21-09-3507 |

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 12/04/2003 - 11:22AM
Recording Number:
UCC Number :
Liber : 1326
Page : 190

Area: SMALL BUSINESS/SELF EMPLOYED #1
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 60314016

This Lien Has Been Filed in Accordance with Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2003 | 05-0404824 | 09/29/2003 | 10/29/2013 | 22111.08 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 22111.08

This notice was prepared and executed at MANHATTAN, NY on this, the 26th day of November, 2003.

Authorizing Official:
ALEX PASSARELLI

Title:
REVENUE OFFICER 21-09-3507

3862 COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 05/27/2004 - 11:29AM
Recording Number:
UCC Number :
Liber : 1360
Page : 59

Area: SMALL BUSINESS/SELF EMPLOYED #1
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 173976104

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2003 | 05-0404824 | 12/29/2003 | 01/28/2014 | 24961.57 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 24961.57

This notice was prepared and executed at MANHATTAN, NY
on this, the 24th day of May, 2004.

Authorizing Official:
ALEX PASSARELLI

Title:
REVENUE OFFICER 21-09-3507

3862 COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 07/16/2004 - 12:51PM
Recording Number:
UCC Number :
Liber : 1371
Page : 302

Area: SMALL BUSINESS/SELF EMPLOYED #1
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 181371604

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2003 | 05-0404824 | 04/05/2004 | 05/05/2014 | |
| 941 | 12/31/2003 | 05-0404824 | 05/31/2004 | 06/30/2014 | 252005.84 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 252005.84

This notice was prepared and executed at MANHATTAN, NY
on this, the 12th day of July, 2004.

Authorizing Official:
ALEX PASSARELLI

Title:
REVENUE OFFICER 21-09-3507

3862 COURT RECORD...G DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 10/01/2004 - 12:40PM<br>Recording Number:<br>UCC Number :<br>Liber : 1387<br>Page : 0264 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 193263504 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2004 | 05-0404824 | 07/05/2004 | 08/04/2014 | 33666.49 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 33666.49

This notice was prepared and executed at MANHATTAN, NY on this, the 23rd day of September, 2004.

| Authorizing Official: | Title: |
|---|---|
| ALEX PASSARELLI | REVENUE OFFICER 21-09-3507 |

3862 COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 11/05/2004 - 10:15AM<br>Recording Number:<br>UCC Number :<br>Liber : 1394<br>Page : 694 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 198243104 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2004 | 05-0404824 | 10/04/2004 | 11/03/2014 | 246116.26 |

| | | |
|---|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total | $ 246116.26 |

This notice was prepared and executed at MANHATTAN, NY
on this, the 28th day of October, 2004.

| | |
|---|---|
| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER 21-07-3507 |

3862 COURT RECORD_ G DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | |
|---|---|
| | Lien Recorded : 05/02/2005 - 11:26AM<br>Recording Number:<br>UCC Number :<br>Liber : 1434<br>Page : 017 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 225208405 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2004 | 05-0404824 | 12/27/2004 | 01/26/2015 | 338560.77 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 338560.77

This notice was prepared and executed at MANHATTAN, NY
on this, the 27th day of April, 2005.

| Authorizing Official: | Title: |
|---|---|
| ALEX PASSARELLI | REVENUE OFFICER 21-07-3507 |

3862 COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 06/13/2005 - 12:15PM<br>Recording Number:<br>UCC Number :<br>Liber : 1444<br>Page : 126 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 231549505 |

This Lien Has Been Filed in Accordance with Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2001 | 05-0404824 | 04/04/2005 | 05/04/2015 | 382337.83 |

| | |
|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total \| $ 382337.83 |

This notice was prepared and executed at MANHATTAN, NY on this, the 07th day of June, 2005.

| | |
|---|---|
| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER 21-07-3507 |

3862 COURT RECORD_ G DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 06/13/2005 - 12:16PM<br>Recording Number:<br>UCC Number :<br>Liber : 1444<br>Page : 127 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 231837805 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2004 | 05-0404824 | 04/04/2005 | 05/04/2015 | 181009.62 |

| | |
|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total \| $ 181009.62 |

This notice was prepared and executed at MANHATTAN, NY
on this, the 08th day of June, 2005.

| | |
|---|---|
| Authorizing Official:<br>ALEX PASSARELLI | Title:<br>REVENUE OFFICER 21-07-3507 |

3862 COURT RECORD..G DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 09/30/2005 - 10:50AM<br>Recording Number:<br>UCC Number :<br>Liber : 1469<br>Page : 608 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 249112205 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2001 | 05-0404824 | 07/04/2005 | 08/03/2015 | 325632.07 |

| Filed at: | CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total | $ 325632.07 |
|---|---|---|---|

This notice was prepared and executed at MANHATTAN, NY
on this, the 21st day of September, 2005.

| Authorizing Official: | Title: | |
|---|---|---|
| ALEXANDER PASSARELLI | REVENUE OFFICER | 21-07-3507 |

3862 COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 10/12/2005 - 12:22PM<br>Recording Number:<br>UCC Number :<br>Liber : 1472<br>Page : 449 |
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 250906705 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2005 | 05-0404824 | 07/04/2005 | 08/03/2015 | 325632.07 |

| | | |
|---|---|---|
| Filed at: CITY CLERK<br>WOONSOCKET CITY HALL<br>WOONSOCKET, RI 02895 | Total | $ 325632.07 |

This notice was prepared and executed at MANHATTAN, NY
on this, the 29th day of September, 2005.

| | |
|---|---|
| Authorizing Official:<br>ALEXANDER PASSARELLI | Title:<br>REVENUE OFFICER 21-07-3507 |

3862 COURT RECORL .G DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 12/12/2005 - 13:59PM<br>Recording Number: 120655<br>UCC Number :<br>Liber : 1483<br>Page : 404 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 261942205 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
MT SAINT FRANCIS ASSOCIATES, a Partnership

Residence :
4 SAINT JOSEPH ST
WOONSOCKET, RI 02895

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2001 | 05-0404824 | 09/26/2005 | 10/26/2015 | 267676.61 |

Filed at: CITY CLERK
WOONSOCKET CITY HALL
WOONSOCKET, RI 02895

Total | $ 267676.61

This notice was prepared and executed at MANHATTAN, NY
on this, the 01st day of December, 2005.

| Authorizing Official: | Title: | |
|---|---|---|
| ALEXANDER PASSARELLI | REVENUE OFFICER | 21-02-3507 |