UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:-8-cv-00048-S-LDA |
| | : | |
| v. | : | |
| | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P., | : | |
| | : | |
| Defendant. | : | (Formerly Rhode Island Superior Court |
| | : | P.M. No. P.B. 06-3301) |

**ENTRY OF APPEARANCE**

I, Stephen M. Prignano, hereby enter my appearance on behalf of Midland Loan Services, Inc. in the above-entitled matter.

MIDLAND LOAN SERVICES, INC.

By its Attorney,

_/s/ Stephen M. Prignano______________________
Stephen M. Prignano (3649)
EDWARDS ANGELL PALMER & DODGE, LLP
2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATION OF SERVICE**

I hereby certify that on March 26th, 2008, I caused a copy of the within Entry of Appearance to be filed with the Clerk of Court using the CM/ECF system, which should send electronic copies of the filing to the following CM/ECF participants:

| | |
|---|---|
| Christopher Little, Esq.<br>Little, Medeiros Kinder, Bulman & Whitney, P.C.<br>72 Pine Street, 5th Floor<br>Providence, RI 02903 | Allan M. Shine, Esq.<br>Winograd Shine & Zacks<br>123 Dyer Street<br>Providence, RI 02903 |

| | |
|---|---|
| Douglas A. Giron, Esq.<br>Schechtman Halperin Savage LLP<br>1080 Main Street<br>Pawtucket, RI 02906 | Jeffrey Brenner, Esq.<br>Nixon Peaboy LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903 |
| Joseph Ferrucci, Esq.<br>Ferrucci Russo P.C.<br>55 Pine Street<br>Providence, RI 02903 | Joseph Avanzato, Esq.<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345 |

I further certify on March 26th, 2008, I caused a copy of the within Entry of Appearance to be mailed, by first-class mail, postate prepaid to the following:

| | |
|---|---|
| Edward L. Maggiacomo, Esq.<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, Ri 02903-1345 | Charles A. Lovell<br>Partridge Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 |
| Genevieve M. Martin, Esq.<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903 | Jonathan Savage, Esq.<br>Schechtman Halperin Savage<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Terry Biafore, Sr.<br>Babcock & hellwell, Inc.<br>138 Main Street<br>Wakefield, RI 02879 | Deborah B. Buffi, Esq.<br>Deputy Chief Legal Counsel<br>R.I. Department of Human Services<br>600 New London Ave., BDG 57<br>Cranston, RI 02920 |
| James E. Brown<br>Trial Attorney<br>U.S. Department of Justice, Tax Division<br>P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044 | Marc D. Wallick, Esq.<br>Wallick & Associates Ltd.<br>51 Jefferson Boulevard<br>Warwick, RI 02888 |
| MMJUA of Rhode Island<br>1 Turks Head Building, Suite 200<br>Providence, RI 02903 | Maureen Hobson, Esq.<br>R.I. Department of Health<br>3 Capital Hill, Room 404<br>Providence, RI 02903 |

| | |
|---|---|
| Division of Taxation<br>State of Rhode Island<br>1 Capitol Hill, Suite 7<br>Providence, RI 02909 | Lisa Daniels-Burgo, Esq.<br>HUD<br>121 South Main Street, Suite 300<br>Providence, RI 02903 |

_/s/ Stephen M. Prignano_____________________