IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTONIO L. GIORDANO,
Plaintiff

v.

MT. ST. FRANCIS ASSOCIATES, L.P.,
Defendant

Civil Action No. 08-48/S

UNITED STATES OF AMERICA
Interpleader-Plaintiff

v.

ANTONIO L. GIORDANO,
MT. ST. FRANCIS ASSOCIATES, L.P.,
and JOSEPH FERRUCCI, ESQUIRE, as
Receiver

**WITHDRAWAL OF APPEARANCE**

Jeffrey S. Brenner, Esquire, and Nixon Peabody LLP hereby withdraw their appearance on behalf of Suburban Mortgage Associates, Incorporated ("Suburban"). As grounds, Suburban states that it is no longer an interested party in this matter because the United States Department of Housing and Urban Development ("HUD") has accepted the elections to assign the underlying mortgages as requested by Midland Loan Services, Inc. ("Midland").

Suburban Mortgage Associates, Incorporated
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Dated: May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system on this 19th of May, 2008.

Notice via ECF system to the following:

| | |
|---|---|
| Joseph Avanzato | javanzato@apslaw.com, vlanctot@apslaw.com |
| James E Brown | James.E.Brown2@usdoj.gov, northern.taxcivil@usdoj.gov |
| Dulce Donovan | dulce.donovan@usdoj.gov, gale.james@usdoj.gov, kellyann.anderson@usdoj.gov, nancy.a.diquinzio@usdoj.gov, paulette.gamache@usdoj.gov, usari-ecf@usdoj.gov |
| R. Thomas Dunn | tdunn@lmkbw.com |
| Joseph P. Ferrucci | jferrucci@frlawri.com, cmulhearn@frlawri.com, gabodeely@frlawri.com, jsmith@frlawri.com |
| Douglas A. Giron | dgiron@shslawfirm.com, asalvaggio@shslawfirm.com, dsmith@shslawfirm.com, phalperin@shslawfirm.com |
| Christopher H. Little | clittle@lmkbw.com, mbranco@lmkbw.com, spomeroy@lmkbw.com |
| Geoffrey W. Millsom | gmillsom@apslaw.com, stheriault@apslaw.com |
| Christopher M. Mulhearn | cmulhearn@frlawri.com, lverria@frlawri.com |
| Ly Nguyen | ly.nguyen@usdoj.gov, Ann.D'Arpino@hud.gov |
| Allan M. Shine | ashine@wszlaw.com, efile@wszlaw.com, egarant@wszlaw.com |

/s/ Jeffrey S. Brenner