**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Interpleader-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver** | |

**RECEIVER'S MOTION TO ENTER INTO AN EXTENSION AGREEMENT**

NOW COMES Joseph P. Ferrucci, Esq. (the "Receiver") in his capacity as duly appointed Receiver of the Defendant, Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and hereby moves this Court for permission to enter into an extension agreement with ASLC Management of RI, I, LLC (the "Manager"). In support of this motion, the Receiver respectfully states as follows:

1. On June 21, 2006, the Receiver was appointed Temporary Receiver of Mt. St. Francis by the Rhode Island Superior Court ("State Court") sitting in Providence and thereafter appointed Permanent Receiver by the State Court on July 12, 2006.

2. On February 13, 2008, this matter was removed to the United States District Court for the District of Rhode Island.

3. On March 11, 2008, the Receiver's appointment was confirmed by this Court as were all orders entered by the State Court in *Antonio L. Giordano v. Mt. St. Francis Associates, L.P. v. United States of America*, P.M. No.: PB 06-3301, unless specifically set aside by order of this Court.

4. Mt. St. Francis operates Mt. St. Francis Health Center (the "Facility") located at 4 St. Joseph Street, Woonsocket, Rhode Island.

5. The Receiver has determined that it would protect and enhance the value of the business and assets of the instant receivership estate to attempt to sell such business as a going concern. Accordingly, your Receiver and the Manager entered into, with State Court approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, a copy of which is attached hereto as Exhibit A, wherein the Receiver engaged the Manager to manage the Facility.

6. On December 19, 2006, the Receiver and Manager entered into an extension agreement (the "First Extension Agreement"), subsequently approved by the State Court, extending the term of the Agreement for a six (6) month period, *to wit*, up to and including June 21, 2007. Pursuant to the First Extension Agreement, the terms and conditions of the Agreement as set forth therein, were affirmed and ratified in all respects, except as set forth in the First Extension Agreement. A copy of the First Extension Agreement and Order are attached hereto as Exhibit B and Exhibit C, respectively.

7. On June 22, 2007, the Receiver and Manager entered into a Second Extension Agreement (the "Second Extension Agreement"), subsequently approved by the State Court, which Court Order extended the term of the Agreement up to and

including January 4, 2008. Pursuant to the Second Extension Agreement, the terms and conditions of the Agreement and Extension Agreement as set forth therein, were affirmed and ratified in all respects, except as set for in the Second Extension Agreement. A copy of the Second Extension Agreement and the Order are attached hereto as Exhibit D and Exhibit E, respectively.

8. On December 14, 2007, the Receiver and the Manager entered into a Third Extension Agreement (the "Third Extension Agreement") subsequently approved by the State Court, extending the Term of the Agreement through April 4, 2008, on the same terms as were in effect during the original term, except as provided in the Third Extension Agreement. A copy of the Third Extension Agreement and the Order are attached hereto as Exhibit F and Exhibit G, respectively.

9. The Manager and the Receiver have acted consistent with the terms of the Management Agreement, as extended, from the expiration of the Third Extension Agreement to the present.

10. The Receiver and the Manager desire to enter into a fourth extension agreement (the "Fourth Extension Agreement") *nunc pro tunc*, attached hereto as Exhibit H, which will extend the Term of the Agreement on the terms identified therein, so that the Receiver can continue to pursue and, hopefully, complete a sale of the Facility on terms beneficial to the receivership estate.

11. The continuation of the Management Agreement is critical to the well-being of the Facility, the residents and the employees of the Facility as well as to the interests of creditors pending completion of the sale process.

12. Without an appropriate manager for the facility, substantial financial and health risks could result causing material dimunition to the value of the estate.

WHEREFORE, the Receiver respectfully moves that the Court grant the within motion and authorize the Receiver to enter into the Fourth Extension Agreement with the Manager and grant such other and further relief as is just.

/s/ Joseph P. Ferrucci

Joseph P. Ferrucci, Esquire (#4231) in his capacity as Receiver of Mt. St. Francis Associates, L.P., and not individually.
55 Pine Street
Providence, RI 02903
Telephone 401-455-1000
Fax 401-455-7778
jferrucci@frlawri.com

Date: June 9, 2008

**CERTIFICATION**

I hereby certify that on this 9th day of June, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq.** – javanzato@apslaw.com
**Edward Maggiacomo, Esq.** – emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq.** – ashine@wszlaw.com
**Jon N. Savage, Esq.** – jsavage@shslawfirm.com
**Douglas A. Giron, Esq.** – dag@shslawfirm.com
**Marc Wallick, Esq.** – wallicklaw@aol.com
**Charles A. Lovell, Esq.** – cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq.** – gmillsom@apslaw.com
**Robert Stolzman, Esq.** – rstolzman@apslaw.com
**John Leonard, Esq.** – jleonard@mdmc-law.com
**Scott Flynn, Esq.** – sflynn@mdmc-law.com
**Bruce Boyer, Esq.** – bruceboyer@aol.com
**Stephen Prignano, Esq.** – sprignano@eapdlaw.com
**R. Thomas Dunn, Esq.** – tdunn@lmkbw.com
**Mark W. Freel, Esq.** – mfreel@eapdlaw.com

The following was served upon **Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903**, Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Joseph P. Ferrucci