EXHIBIT
B

# EXTENSION AGREEMENT

This extension agreement is entered into as of this 19th day of December, 2006, by and between **ASLC Management of RI, I, LLC** (the "Manager") and **Joseph P. Ferrucci, Esq., in and only in his capacity as the duly appointed Receiver of Mt. St. Francis Associates, L.P.** (the "Receiver").

WITNESSETH:

WHEREAS, the Receiver was appointed by the Rhode Island Superior Court sitting in Providence as Temporary Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis") on June 21, 2006, and as Permanent Receiver of Mt. St. Francis on July 12, 2006; and

WHEREAS, the Manager and the Receiver entered into and executed, with Court approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, wherein, *inter alia,* the Receiver engaged the Manager to manage the Mt. St. Francis Health Center, located in Woonsocket, Rhode Island; and

WHEREAS, the Agreement, by its terms, expires six (6) months from the date of execution, *to wit*, December 21, 2006; and

WHEREAS, the Receiver and the Manager desire to extend the Term of the Agreement, as defined therein, for an additional six (6) month period.

NOW, THEREFORE, in consideration of the mutual promises herein contained, and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, it is hereby agreed:

1. That the Term of the Agreement is hereby extended for an additional six (6) month period, *to wit,* up to and including June 21, 2007;
2. The Manager shall cooperate in good faith with the Receiver in any Court action necessary or deemed appropriate by the Receiver for approval and/or ratification of the within Agreement and extensions thereof; and
3. In all respects, except as set forth herein, the terms and conditions of the Agreement as set forth therein are hereby affirmed and ratified; and
4. This Agreement is subject to approval by the Rhode Island Superior Court.

[signatures appear on next page]

**IN WITNESS WHEREOF,** the parties hereto have signed this Extension Agreement as of the day and year first above written.

ASLC Management of RI I, LLC

Witness

By:
Jeffrey A. Barnhill, Esq.

Witness

Joseph P. Ferrucci, Esq., as Receiver and only as Receiver for
Mt. St. Francis Associates, L.P.