EXHIBIT
C

STATE OF RHODE ISLAND AND PLANTATIONS, SC : SUPERIOR COURT PROVIDENCE

ANTONIO L. GIORDANO
Plaintiff

v.

MT. ST. FRANCIS ASSOCIATES, L.P.
Defendant

P.M. No.: P.B. 06-3301

**ORDER GRANTING RECEIVER PERMISSION TO ENTER INTO AN EXTENSION AGREEMENT**

The above-entitled matter having come before the Honorable Associate Justice Michael A. Silverstein on this 23 day of January, 2007, upon Joseph P. Ferrucci, Esq.'s (the "Receiver"), in his capacity as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and not in his individual capacity, Motion to Enter Into an Extension Agreement ("Extension Agreement") with ASLC Management of RI, I, LLC ("ASLC"), and after considering the papers and pleadings in this matter, as well as the representations of the Receiver, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Notice as provided in the Affidavit of Notice filed herein is sufficient and appropriate;
2. All acts and doings of the Receiver including his execution of the Extension Agreement dated December 19, 2006, are hereby ratified and confirmed.
3. ASLC has continuously acted as manager under the Management Services Agreement dated June 21, 2006 and there has been no cessation or interruption of the Manager's management services being provided thereunder.

ENTERED as an Order of this Court on the ____ day of January, 2007.

BY ORDER:

Associate Justice Silverstein
Dated: 1/30/07

ENTER:

Deputy Clerk, Superior Court
Dated: 1/30/07

Prepared by:

Joseph P. Ferrucci, Esq. (#4231)
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2007 JAN 30 P 2:02