EXHIBIT
D

# SECOND EXTENSION AGREEMENT

This Second Extension Agreement is entered into as of this 22nd day of June, 2007, by and between **ASLC Management of RI, I, LLC** (the "Manager") and **Joseph P. Ferrucci, Esq., in and only in his capacity as the duly appointed Receiver of Mt. St. Francis Associates, L.P.** (the "Receiver").

WITNESSETH:

WHEREAS, the Receiver was appointed by the Rhode Island Superior Court sitting in Providence as Temporary Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis") on June 21, 2006, and as Permanent Receiver of Mt. St. Francis on July 12, 2006; and

WHEREAS, the Manager and the Receiver entered into and executed, with Court approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, wherein, *inter alia,* the Receiver engaged the Manager to manage the Mt. St. Francis Health Center (the "Facility"), located in Woonsocket, Rhode Island; and

WHEREAS, the Agreement, by its terms, expired six (6) months from the date of execution, *to wit*, December 21, 2006; and

WHEREAS, on December 19, 2006, the Receiver and the Manager entered into an Extension Agreement (the "Extension Agreement"), subsequently approved by the Court, extending the Term of the Agreement for six (6) months, or through and until June 21, 2007, on the same terms as were in effect during the original term;

WHEREAS, the Receivership has now continued for almost one year, and the Receiver continues to pursue a possible sale of the Facility;

WHEREAS, the Receiver desires to further extend the Term of the Agreement for an additional six (6) month period, so that he can continue his efforts to sell the Facility on terms beneficial to the Receivership Estate;

WHEREAS, the Manager has made a substantial investment by continuing to serve as manager despite the uncertainty surrounding the Facility and by lending the Receivership Estate approximately $500,000.00 to date, the collection of which is, and continues to be, Manager's risk;

WHEREAS, the Manager is willing to continue as Manager, provided it receives additional compensation in recognition of the investment it has made;

WHEREAS, the Receiver desires to continue to employ the Manager on the terms set forth herein for an additional term of six (6) months.

NOW, THEREFORE, in consideration of the mutual promises herein contained, and other good and valuable consideration, the receipt and adequacy of which each party hereby acknowledges, it is hereby agreed:

1. That the Term of the Agreement and Extension Agreement is hereby extended for an additional six (6) month period, *to wit*, up to and including December 21, 2007;

2. The Manager shall cooperate in good faith with the Receiver in any Court action necessary or deemed appropriate by the Receiver for approval and/or ratification of the within Agreement and extensions thereof or matters incidental to this proceeding;

3. In consideration for the Manager's investment in the Facility and management of the Facility to date, and in consideration for Manager's efforts to preserve the value of the Receivership Estate, and as an inducement for the Manager to continue as manager during the term of this Second Extension, Manager shall receive from the Receivership Estate, to the extent available after appropriate reserves, or an appropriate credit at closing on a sale of the Facility to the extent Manager is purchaser of the Facility, as compensation in addition to the Fee specified in Article V of the Agreement, the sum of $15,000 per month during the term hereof;

4. In all other respects, except as set forth herein, the terms and conditions of the Agreement and Extension Agreement as set forth therein are hereby affirmed and ratified; and

5. This Second Extension Agreement is subject to approval by the Rhode Island Superior Court.

**IN WITNESS WHEREOF,** the parties hereto have signed this Second Extension Agreement as of the day and year first above written.

ASLC Management of RI, I, LLC

______________________________
Witness

By: ______________________________
Jeffrey A. Barnhill, Member

______________________________
Witness

______________________________
Joseph F. Ferrucci, Esq., as Receiver
and only as Receiver for
Mt. St. Francis Associates, L.P.