EXHIBIT E

| | | |
|---|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, SC | : | SUPERIOR COURT |
| ANTONIO L. GIORDANO, Plaintiff | : | P.M. No.: P.B. 06-3301 |
| v. | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P., Defendant | : | |

**ORDER GRANTING RECEIVER PERMISSION TO ENTER INTO A SECOND EXTENSION AGREEMENT**

The above-entitled matter having come before the Honorable Associate Justice Michael A. Silverstein on this 2nd day of July, 2007, upon Joseph P. Ferrucci, Esq.'s (the "Receiver"), in his capacity as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and not in his individual capacity, Motion ("Motion") to Enter Into a Second Extension Agreement ("Second Extension Agreement") with ASLC Management of RI, I, LLC ("ASLC"), and after considering the papers and pleadings in this matter, as well as the representations of the Receiver, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Notice as provided in the Affidavit of Notice filed herein is sufficient and appropriate;
2. All acts and doings of the Receiver including his execution of the Second Extension Agreement, in the form attached to the Motion, are hereby ratified, confirmed and approved *nunc pro tunc* to June 22, 2007;
3. ASLC has continuously acted as manager under the Management Services Agreement dated June 21, 2006 as well as the Extension Agreement dated December 19, 2006, and there has been no cessation or interruption of ASLC's management services being provided thereunder;
4. The Second Extension Agreement is effective through Friday, January 4, 2008;
5. A status conference shall be held before the Court on Friday, September 28, 2007, and the Receiver shall update the Court in connection with this proceeding, after which, any party in interest may file whatever pleading(s) it deems appropriate in this proceeding;
6. Counsel to ASLC will keep the Receiver and other parties in interest apprised of its dealings with the Internal Revenue Service; and
7. Nothing herein shall prohibit the Receiver or any other party to move this Court for relief in the event that circumstances arise which make such request appropriate.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2007 JUL -3 A 11: 18

ENTERED as an Order of this Court on the 3rd day of July, 2007.

BY ORDER:

Associate Justice Silverstein J. Asst Supervisory

Dated: 7/3/07

ENTER:

Jean Maggiacomo

Clerk, Superior Court

Dated: 7-3-07

Prepared by:

Joseph P. Ferrucci /ga
Joseph P. Ferrucci, Esq. (#4231)
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -3 A 11: 18