EXHIBIT F

tabbies

# THIRD EXTENSION AGREEMENT

This Third Extension Agreement is entered into as of this 14th day of December, 2007, by and between **ASLC Management of RI, I, LLC** (the "Manager") and **Joseph P. Ferrucci, Esq., in, and only in, his capacity as the duly appointed Receiver of Mt. St. Francis Associates, L.P.** (the "Receiver").

WITNESSETH:

WHEREAS, the Receiver was appointed by the Rhode Island Superior Court sitting in Providence as Temporary Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis") on June 21, 2006, and as Permanent Receiver of Mt. St. Francis on July 12, 2006; and

WHEREAS, the Manager and the Receiver entered into and executed, with Court approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, wherein, *inter alia,* the Receiver engaged the Manager to manage the Mt. St. Francis Health Center (the "Facility"), located in Woonsocket, Rhode Island; and

WHEREAS, the Agreement, by its terms, expired six (6) months from the date of execution, *to wit*, December 21, 2006; and

WHEREAS, on December 19, 2006, the Receiver and the Manager entered into an Extension Agreement (the "Extension Agreement"), subsequently approved by the Court, extending the Term of the Agreement for six (6) months, or through and until June 21, 2007, on the same terms as were in effect during the original term;

WHEREAS, on June 22, 2007, the Receiver and Manager entered into a Second Extension Agreement, subsequently approved by the Court, extending the Term of the Agreement through January 4, 2008, on the same terms as were in effect during the original term, except as provided in the Second Extension Agreement;

WHEREAS, the Receiver continues to pursue a possible sale of the Facility;

WHEREAS, the Receiver desires to further extend the Term of the Agreement for an additional six (6) month period, so that he can continue his efforts to sell the Facility on terms beneficial to the Receivership Estate;

WHEREAS, the Manager is willing to continue as Manager;

WHEREAS, the Receiver desires to continue to employ the Manager on the terms set forth in the Agreement as well as any and all extensions thereto, for an additional term of six (6) months.

NOW, THEREFORE, in consideration of the mutual promises herein contained, and other good and valuable consideration, the receipt and adequacy of which each party hereby acknowledges, it is hereby agreed:

D Giron by Meirav Wertel

1. That the Term of the Agreement and Extension Agreement is hereby extended for an additional ~~six~~ ~~(6)~~ three 3 month period, *to wit*, up to and including ~~Monday~~, ~~June 23~~, ~~2008~~; Friday, April 4, 2008

2. The Manager shall cooperate in good faith with the Receiver in any Court action necessary or deemed appropriate by the Receiver for approval and/or ratification of the within Agreement and extensions thereof or matters incidental to this proceeding;

3. In all other respects, except as set forth herein, the terms and conditions of the Agreement, the Extension Agreement and Second Extension Agreement, as set forth therein are hereby affirmed and ratified; and

4. This Third Extension Agreement is subject to approval by the Rhode Island Superior Court.

**IN WITNESS WHEREOF,** the parties hereto have signed this Third Extension Agreement as of the day and year first above written.

Witness

ASLC Management of RI, I, LLC

By: ______________________
Jeffrey A. Barnhill, Esquire 12/4/07

Witness

______________________
Joseph P. Ferrucci, Esq., as Receiver
and only as Receiver for
Mt. St. Francis Associates, L.P.