EXHIBIT
G

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, SC

SUPERIOR COURT

ANTONIO L. GIORDANO
Plaintiff

v.

MT. ST. FRANCIS ASSOCIATES, L.P.
Defendant

P.M. No.: P.B. 06-3301

**ORDER GRANTING RECEIVER PERMISSION TO ENTER INTO A THIRD EXTENSION AGREEMENT**

The above-entitled matter having come before the Honorable Associate Justice Michael A. Silverstein on this 11th day of January, 2008, upon Joseph P. Ferrucci, Esq.'s (the "Receiver"), in his capacity as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and not in his individual capacity, Motion ("Motion") to Enter Into a Third Extension Agreement ("Third Extension Agreement") with ASLC Management of RI, I, LLC ("ASLC"), and after considering the papers and pleadings in this matter, as well as the representations of the Receiver, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The Third Extension Agreement, in the form attached to the Motion, is hereby ratified, confirmed and approved;

2. ASLC has continuously acted as manager under the Management Services Agreement dated June 21, 2006, the Extension Agreement dated December 19, 2006, the Second Extension Agreement dated June 22, 2007 and there has been no cessation or interruption of ASLC's management services being provided thereunder;

3. The Third Extension Agreement is effective through Friday, April 4, 2008; and

4. Nothing herein shall prohibit the Receiver or any other party to move this Court for relief in the event that circumstances arise which make such request appropriate.

5. ASLC shall not be obligated to continue to make monthly mortgage payments to Midland Loan Services, Inc., assignee of Suburban Mortgage Associates Incorporated ("Lender"), pursuant to those promissory notes of Defendant in favor of Lender ("Notes"), until the closing date of the real estate or forty-five (45) days from January 11, 2008, whichever shall first occur. Such suspended monthly payments shall be added to the end of the current term of the Notes.

FILED

2008 JAN 18 P 2:51

ENTERED as an Order of this Court on the ___ day of January, 2008.

BY ORDER:

Sylvester J. Deputy
Associate Justice
Dated: 1/17/08

ENTER:

Kristal St Jacques
Clerk, Superior Court
Dated: ______________

Prepared by:

Joseph P. Ferrucci, Esq. (#4231)
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

SUPERIOR COURT
FILED
HENRY S. KINCH JR. CLERK
2008 JAN 18 P 2:52