EXHIBIT H

## FOURTH EXTENSION AGREEMENT

This Fourth Extension Agreement is entered into as of this 9 day of June, 2008, by and between **ASLC Management of RI, I, LLC** (the "Manager") and **Joseph P. Ferrucci, Esq., in, and only in, his capacity as the duly appointed Receiver of Mt. St. Francis Associates, L.P.** (the "Receiver").

WITNESSETH:

WHEREAS, the Receiver was appointed by the Rhode Island Superior Court ("State Court") sitting in Providence as Temporary Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis") on June 21, 2006, and as Permanent Receiver of Mt. St. Francis on July 12, 2006; and

WHEREAS, the Manager and the Receiver entered into and executed, with Court approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, wherein, *inter alia,* the Receiver engaged the Manager to manage the Mt. St. Francis Health Center (the "Facility"), located in Woonsocket, Rhode Island; and

WHEREAS, the Agreement, by its terms, expired six (6) months from the date of execution, *to wit,* December 21, 2006; and

WHEREAS, on December 19, 2006, the Receiver and the Manager entered into an Extension Agreement (the "Extension Agreement"), subsequently approved by the State Court, extending the Term of the Agreement for six (6) months, or through and until June 21, 2007, on the same terms as were in effect during the original term;

WHEREAS, on June 22, 2007, the Receiver and the Manager entered into a Second Extension Agreement, subsequently approved by the State Court, extending the Term of the Agreement through January 4, 2008, on the same terms as were in effect during the original term, except as provided in the Second Extension Agreement;

WHEREAS, on December 14, 2007, the Receiver and the Manager entered into a Third Extension Agreement, subsequently approved by the State Court, extending the Term of the Agreement through April 4, 2008, on the same terms as were in effect during the original term, except as provide in the Third Extension Agreement;

WHEREAS, the Manager and the Receiver have acted consistent with the Management Agreement from the expiration of the Third Extension Agreement to the present;

WHEREAS, on February 13, 2008, this matter was removed to the United States District Court for the District of Rhode Island ("Federal Court");

WHEREAS, on March 11, 2008, the Federal Court entered an order adopting all orders entered by the State Court;

WHEREAS, the Receiver continues to pursue a possible sale of the Facility;

WHEREAS, the Manager is willing to continue as Manager;

WHEREAS, the Receiver desires to continue to employ the Manager on the terms set forth in the Agreement as well as any and all extensions thereto, for an additional term as described herein.

NOW, THEREFORE, in consideration of the mutual promises herein contained, and other good and valuable consideration, the receipt and adequacy of which each party hereby acknowledges, it is hereby agreed:

1. That the Term of the Agreement, as previously extended is hereby extended for the period from April 5, 2008, up to and including September 30, 2008, *nunc pro tunc*;

2. The Manager shall cooperate in good faith with the Receiver in any court action necessary or deemed appropriate by the Receiver for approval and/or ratification of the within Agreement and extensions thereof or matters incidental to this proceeding;

3. That if the Closing contemplated under the Real Estate Purchase and Sale Agreement being submitted contemporaneously herewith is not completed by September 30, 2008, despite the Buyer's diligent efforts, the Manager shall have the right, in its sole and absolute discretion, either (i) to terminate the Management Agreement upon notice to the Receiver, subject, in all respects, to responsible closure of the Nursing Home Facility, in which case the Management Agreement shall be null and void, and of no further force or effect; or (ii) to extend the Management Agreement on a month-to-month basis for up to a total of three consecutive months (or up until and including December 31, 2008). Manager shall elect to extend or terminate the Management Agreement by providing written notice to the Receiver of such election on or before September 15, 2008, and at least fifteen calendar days prior to the first day of any month thereafter while the Management Agreement remains in effect;

4. That Manager, at any time after the Court approves the purchase contemplated herein, may, upon twenty (20) days written notice to the Receiver, terminate the Management Agreement, subject, in all respects, to responsible closure of the Nursing Home Facility, in which case the Management Agreement shall be null and void, and of no further force or effect.

5. In all other respects, except as set forth herein, the terms and conditions of the Agreement, and all previous extensions are hereby affirmed and ratified; and

6. This Fourth Extension Agreement is subject to approval by the Federal Court.

**IN WITNESS WHEREOF,** the parties hereto have signed this Fourth Extension Agreement as of the day and year first above written.

Witness

Witness

ASLC Management of RI, I, LLC

By: ____________________

~~Jeffrey A. Barnhill, Esq.~~
JAMES FLANAGAN ESQ FOR CC

____________________

Joseph P. Ferrucci, Esq. as Receiver
and only as Receiver for
Mt. St. Francis Associates, L.P.