STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE Sc. SUPERIOR COURT

ANTONIO L. GIORDANO )
)
Vs. ) PB/06-3301
)
MT. ST. FRANCIS ASSOCIATES, L.P.)

HEARD BEFORE THE HONORABLE JUSTICE MICHAEL SILVERSTEIN
ON JANUARY 11, 2008

APPEARANCES:

JEFFREY BRENNER, ESQUIRE
FOR SUBURBAN MORTGAGE ASSOCIATES, INC.

ROBERT STOLZMAN & JOSEPH AVANZATO, ESQUIRES
FOR ANTONIO GIORDANO

JOSEPH FERRUCCI, ESQUIRE
RECEIVER

JONATHAN SAVAGE, ESQUIRE
FOR AMERICAN SENIOR LIVING

LAURA BOTTARO, ESQUIRE
FOR O. AHLBORG & SONS

MELISSA HORNE, ESQUIRE
FOR HEALTH FACILITIES ASSOCIATES

COPY

LINDA HARRISON, RMR
COURT REPORTER

# CERTIFICATION

I, Linda Harrison, hereby certify that the succeeding pages, 1 through 31, inclusive, are a true and accurate transcript of my stenographic notes.

Linda Harrison, RMR
Court Reporter

clarify. We're not sure if it will take the form of a release or fulfillment of the receiver of the administrative claim to remove the impediment which would be the release of the contractual claim against American Senior Living, so the exact form of that -- but the substantive notion that Mr. Savage reports to you is accurate.

THE COURT: All right.

MR. SAVAGE: If I may just add and wrap that point up, Your Honor, we will pay the money into the receiver and then really don't have any issue --

THE COURT: You don't care --

MR. SAVAGE: How the court pays that out. Our only concern is that that process -- and we've all always spoken about full and adequate notice opportunity to be heard for all parties, that that happen, but that our offer to purchase be approved relatively quickly, and, through our discussions, subject to the Court's availability, we would hope that that would happen during the month of January and the last week of January, and then there would be further contingency in our offer to purchase that after this Court approves it, assuming they do, that the receiver would have time to negotiate with the IRS, also a relatively finite period of time so the receiver will be in a position to convey clear title.