STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

ANTONIO GIORDANO )
VS. ) CASE NO: PB/2006-3301
MOUNT ST. FRANCIS ASSOCIATES )

**HEARD BEFORE ASSOCIATE JUSTICE MICHAEL A. SILVERSTEIN ON:**

**MONDAY, FEBRUARY 11, 2008**

**APPEARANCES:**

JOSEPH FERRUCCI, COURT APPOINTED PERMANENT RECEIVER

CHRISTOPHER MULHEARN, ESQUIRE....FOR JOSEPH FERRUCCI, PERMANENT RECEIVER

EDWARD L. MAGGIACOMO, ESQUIRE
JOSEPH AVANZATO, ESQUIRE.........FOR THE PLAINTIFF

JEFFREY BRENNER, ESQUIRE.........FOR SUBURBAN MORTGAGE ASSOCIATES, INC.

CHRISTOPHER LITTLE, ESQUIRE......FOR O. AHLBORG & SONS

ALLAN SHINE, ESQUIRE.............FOR HEALTH FACILITIES ASSOCIATES

DULCE DONOVAN, CHIEF, CIVIL DIVISION
U.S. ATTORNEY'S OFFICE

LY NGUYEN, ESQUIRE
ANN D'ARPINO, ESQUIRE............FOR DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

JONATHAN SAVAGE, ESQUIRE
DOUGLAS GIRON, ESQUIRE...........FOR AMERICAN SENIOR LIVING CORPORATION

# C E R T I F I C A T I O N

I, Rosemary A. Patalano, hereby certify that the succeeding pages, 1 through 40, inclusive, are a true and accurate transcript of my stenographic notes.

ROSEMARY A. PATALANO, CSR/RPR

Official State Court Reporter

MR. SAVAGE: My nutshell is very small this morning.

It seems, Your Honor, that there is no disagreement among the parties here that this matter should close, should close promptly. I have heard nothing to the contrary and know for a fact from my client that they cannot sustain much longer the operations at the level which is required down there.

We are all aware that the mortgage was not made in this last period and this needs to move quickly to a sale or there will be no $900,000 to distribute to whoever the Court decides is the appropriate recipient. We have taken a position that we really have no opinion as to that. We are happy to pay the $900,000 in accordance with the purchase and sale agreement that's been submitted.

I would just ask that the sale be ordered to go forward promptly because we still have a post-sale approval, some requirements and approvals that we need to get from other agencies.

THE COURT: What --

MR. SAVAGE: Including the Department of Health.

THE COURT: What are the post approvals?

MR. SAVAGE: Well, we still need to finalize --

THE COURT: These are conditions precedent to closing?