UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| | : | |
| Plaintiff, | : | CA. No. 08-0048-S |
| | : | |
| v. | : | |
| | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P. | : | |
| | : | |
| Defendant. | : | (Formerly Rhode Island Superior Court |
| | : | P.M. No. P.B. 06-3301) |

**JOINT STIPULATION**

This matter arose as a result of discussions with the Court at a status conference held in chambers on Thursday, May 29, 2008. Until Midland Loan Services, Inc. ("Midland") or the U.S. Department of Housing and Urban Development ("HUD") obtains an order or written decision from this Court or an appellate court, if appropriate, stating that the assignment of the mortgages to HUD would not violate the stay, or until the stay is lifted in this matter, it is hereby agreed that:

1. Midland shall withdraw its elections to assign the mortgages to HUD, and HUD shall withdraw its approval of the elections to assign the mortgages, such that the legal rights of all parties, as they existed under the FHA insurance contract as of February 22, 2008, the date that Midland elected to assign the mortgages to HUD, are maintained.

2. Any contractual, statutory, regulatory, or administrative deadlines or time frames affecting the right of Midland to assign Mortgages to HUD, or otherwise affecting the times within which HUD or Midland must act, are hereby tolled and held in abeyance so that no party's rights with respect to otherwise eligible mortgage insurance claims shall be prejudiced in any way.

Case 1:08-cv-00048-S-LDA Document 33 Filed 06/12/2008 Page 2 of 3

3. HUD will not curtail debenture interest, pursuant to 24 C.F.R. § 207.259(b)(1)(iii) during such period of time that FHA-insured mortgages on Mt. St. Francis are not assigned to HUD pursuant to the instructions of the Court.

4. Midland will not seek damages or any other form of financial relief from HUD for any financial losses it may incur due to the Court's instructions to HUD to withdraw its approval of Midland's elections to assign the mortgages.

MIDLAND LOAN SERVICES, INC.

By its Attorney,

Mark W. Freel (#4003)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

By its Attorneys,

Ly T. Nguyen
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza
8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)

ENTER WSmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/16/08

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2008, I caused to be electronically filed the within Joint Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

| | |
|---|---|
| Joseph Avanzato | javanzato@apslaw.com, vlanctot@apslaw.com |
| James E. Brown | James.E.Brown2@usjoj.gov, northern.taxcivil@usdoj.gov |
| Dulce Donovan | dulce.donovan@usdoj.gov, gale.james@usdoj.gov, Kellyann.anderson@usdoj.gov, nancy.a.diquinzio@usdoj.gov, Paulette.gamache@usdoj.gov, usari-ecf@usdoj.gov |
| R. Thomas Dunn | tdunn@lmkbw.com |
| Joseph P. Ferrucci | jferrucci@frlawri.com, cmulhearn@frlawri.com, gabodelly@frlawri.com, jsmith@frlawri.com |
| Douglas A. Giron | dgiron@shslawfirm.com, asalvaggio@shslawfirm.com, dsmith@shslawfirm.com, phalperin@shslawfirm.com, |
| Christopher H. Little | clittle@lmkbw.com, mbranco@lmkbw.com, spomeroy@lmkbw.com |
| Geoffrey W. Millsom | gmillsom@apslaw.com, stheriault@apslaw.com |
| Christopher M. Mulhearn | cmulhearn@frlawri.com, lverria@frlawri.com |
| Stephen Prignano | sprignano@eapdlaw.com, eallard@eapdlaw.com, rjil@eapdlaw.com |
| Allan M. Shine | ashine@wszlaw.com, efile@wszlaw.com, egarant@wszlaw.com |

A copy has been forwarded by regular mail to:

Edward L. Maggiacomo
Adler Polloc & Sheehan, P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Mark W. Freel
Edwards, Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov