UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTONIO L. GIORDANO,<br>Plaintiff<br>v.<br>MT. ST. FRANCIS ASSOCIATES, L.P.,<br>Defendant | Case No. 1:08-cv-00048-S-LDA<br>Honorable William E. Smith<br>Referral Judge: Honorable Lincoln D. Almond<br><br>(Formerly Rhode Island Superior Court P.M. No. P.B. 06-3301) |

---------------------------------------------------------

UNITED STATES OF AMERICA,

Intervenor-Plaintiff

v.

ANTONIO L. GIORDANO,
MT. ST. FRANCIS ASSOCIATES, L.P.,
and JOSEPH FERRUCCI, ESQUIRE, as Receiver,

Intervenor-Defendants

**UNITED STATES' LIMITED OBJECTION TO RECEIVER'S PETITION TO SELL REAL ESTATE AND BUSINESS ASSETS FREE AND CLEAR OF LIENS**

The creditor the United States, on behalf of its agency the Internal Revenue Service, hereby objects, in certain respects, to the Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens, filed in the above-captioned proceeding on June 9, 2008. In support of its objection, the United States asserts the following:

1. The authority to discharge the United States' federal tax liens upon all property and rights to property of the Defendant Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), from

the Mt. St. Francis Health Center rests solely with the Secretary of the Treasury or his duly authorized delegate.

2. The Internal Revenue Service ("IRS") does not (and under 26 U.S.C. § 6325 perhaps cannot) consent to discharge its federal tax liens from the assets of Mt. St. Francis upon the terms set forth in the Receiver's petition to sell, and the United States objects to those terms, for at least three reasons. First, the IRS has no basis on which to determine whether the sale agreement attached to the Receiver's petition represents the highest and best offer that could be obtained for the purchase of the assets of Mt. St. Francis. Second, the IRS objects to the pre-payment of purported priority claims, namely municipal liens of the City of Woonsocket, and administrative fees and expenses of the Receiver (including American Senior Living Corporation's alleged unpaid management fees), in preference to the United States' liens. Third , the IRS objects to the break-up fee provision in section 13 of the agreement attached to the Receiver's petition to sell.

3. No Court-approved private sale of the Mt. St. Francis nursing home facility by the Receiver can be consummated until, *inter alia*, the Court has obtained three appraisals of the real property to be sold, and until the terms of the sale have been published in a newspaper of general circulation. *See* 28 U.S.C. § 2001(b). With regard to the provisions of 28 U.S.C. § 2001, the United States consents to a private, as opposed to a public, sale of the business assets of Mt. St. Francis.

4. A memorandum of law in support of this motion is being filed and served contemporaneously herewith.

WHEREFORE, the creditor the United States prays that the relief demanded in the Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens be denied in part, and in particular that the Court confirm that the Receiver must apply to and negotiate with the Internal Revenue Service in order for any discharge of federal tax liens to occur. The United States also prays that any sale of the Mt. St. Francis facility be conducted in accordance with the provisions of 28 U.S.C. § 2001.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' LIMITED OBJECTION TO RECEIVER'S PETITION TO SELL REAL ESTATE AND BUSINESS ASSETS FREE AND CLEAR OF LIENS, with MEMORANDUM OF LAW IN SUPPORT, has been made on this 20th day of June, 2008, by filing a copy with the Clerk of Court using the CM/ECF system, which should send electronic copies of the filing to the following CM/ECF participants:

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Douglas A. Giron, Esq.
Schechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02906

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Ste. 500
Providence, RI 02903

Joseph Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

I FURTHER CERTIFY that service of the foregoing UNITED STATES' LIMITED OBJECTION TO RECEIVER'S PETITION TO SELL REAL ESTATE AND BUSINESS ASSETS FREE AND CLEAR OF LIENS, with MEMORANDUM OF LAW IN SUPPORT, has been made on this 20th day of June, 2008, by depositing a copy in the United States mail, first class postage prepaid, addressed to the following:

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

Maureen Hobson, Esq.
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
R.I. Department of Human Services
600 New London Ave., BDG 57
Cranston, RI 02920

Jane E. Joly
Accounting Manager Client Rep
MMJUA of RI
10 Weybosset Street, Ste. 502
Providence, RI 02903

Division of Taxation
State of Rhode Island
1 Capitol Hill, Ste. 7
Providence, RI 02909

*/s/ James E. Brown*

JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
Email: James.E.Brown2@usdoj.gov