FHA FORM NO. 4173-D
(CORPORATE)
Revised April 1965

# MORTGAGE NOTE

$8,622,900 Providence County, Rhode Island.

July 13, 1995.

FOR VALUE RECEIVED, the undersigned, Mt. Saint Francis Associates, a Rhode Island Limited Partnership

promise(s) to pay to Suburban Mortgage Associates, Incorporated

a corporation of the State of Maryland , or order, at its principal place of business in the County of Montgomery , State of Maryland ,

or at such other place as may be designated in writing by the holder of this Note, the principal sum of Eight Million Six Hundred Twenty-two Thousand Nine Hundred and 00/100 Dollars

($ 8,622,900-------), with interest from date at the rate of Nine per centum ( 9.0 %) per annum on the unpaid balance until paid. The principal and interest shall be payable in monthly installments as follows:

Interest only payable on the first day of August, 1995, and on the first day of each month thereafter up to and including the first day of November, 1995, on the outstanding balance of principal at the rate of nine per centum (9.0%) per annum. Thereafter commencing on the first day of December, 1995, installments of interest and principal shall be paid in the sum of Sixty-six Thousand Five Hundred Thirteen and 73/100 Dollars ($66,513.73) each, such payments to continue monthly thereafter on the first day of each succeeding month until the entire indebtedness has been paid. In any event, the balance of principal, if any, remaining unpaid, plus accrued interest, shall be due and payable on November1,2035. The installment of interest and principal shall be applied first to interest at the rate of nine per centum (9.0%) per annum upon the principal sum or so much thereof shall be applied on account of principal.

Both principal and interest under this Note, as well as additional payment set forth in the Mortgage Deed, shall be payable at the office of Suburban Mortgage Associates Incorporated in Bethesda, Maryland or such other place as the holder may designate in writing.

Addendum to Mortgage Note is attached hereto and expressly made a part hereof.

~~Privilege is reserved to pay the debt in whole or in an amount equal to one or more monthly payments on principal next due, on the first day of any month prior to maturity upon at least thirty (30) days' prior written notice to the holder. If this debt is paid in full while the insurance under the provisions of the National Housing Act, as amended, all parties liable for payment thereof agree to jointly and severally bound to pay to the holder hereof such adjusted mortgage insurance premium as may be required by the applicable Regulations~~

GOVERNMENT EXHIBIT
1

~~[illegible]~~

If default be made in the payment of any installment under this Note, and if such default is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice, at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In the event of default in the payment of this Note, and if the same is collected by an attorney at law, the undersigned hereby agree(s) to pay all costs of collection, including a reasonable attorney's fee.

~~[illegible]~~

All parties to this Note, whether principal, surety, guarantor or endorser, hereby waive presentment for payment, demand, protest, notice of protest and notice of dishonor.

This Note is secured by mortgage upon real estate in Providence County, Rhode Island, and is to be construed according to the laws of the State of Rhode Island.

Signed and sealed the day and year first above written.

MT. SAINT FRANCIS ASSOCIATES

By [signature]
Antonio L. Giordano
General Partner

THIS IS TO CERTIFY THAT this is the Note described in and secured by Mortgage of even date herewith and in the same principal amount as herein stated and secured by real estate situated in Providence County, Rhode Island.

Dated July 13, 1995. [signature]
Notary Public

STATE OF RHODE ISLAND

LOAN NO.

Mortgage Note

Mt. Saint Francis Associates
TO
Suburban Mortgage Associates, Incorporated

No. 016-43077

Insured under $232 of the National Housing Act and Regulations thereunder of the Federal Housing Commissioner

In effect on July 12, 1995

To the Extent of Advances Approved by the Commissioner

FEDERAL HOUSING COMMISSIONER

By [signature] (Authorized Agent)

Date 7-14-95

A total sum of $ 8,616,075.00 has been approved for Insurance hereunder by the Commissioner

FEDERAL HOUSING COMMISSIONER

By [signature] (Authorized Agent)

Date 7/10/96

Reference is made to the Act and to the Regulations thereunder covering assignments of the insurance protection on this Note.

GOVERNMENT PRINTING OFFICE: 1971—704-086/486

**ADDENDUM TO MORTGAGE NOTE**

**Mt. Saint Francis Health Center, FHA Project No. 016-43077**

In the event any installment or part of any installment of interest and principal becomes delinquent more than fifteen (15) days, there shall be due to the holder hereof an additional sum of two ($.02) cents on every dollar ($1.00) so delinquent.

Privilege is reserved to pay the debt in whole or in part in an amount equal to one or more monthly payments on principal next due except that no prepayment shall be permitted prior to the tenth anniversary date from FHA final endorsement of the Mortgage Note. Prepayment shall then be permitted, in whole or in part, on the last day of any month upon at least (30) days advance written notice to the holder of the Mortgage Note with respect to any prepayment in whole. Any prepayment shall be made to the holder in immediately available funds. If this debt is paid in full while insured under the provisions of the National Housing Act, as amended, all parties liable for payment thereof agree to be jointly and severally bound to pay to the holder hereof such adjusted mortgage insurance premium as may be required by the applicable regulations.

Notwithstanding any prepayment prohibition imposed and/or penalty required by this Note with respect to prepayments made prior to the tenth anniversary date from FHA final endorsement of the Mortgage Note, the indebtedness may be prepaid in part or in full without the consent of the mortgagee and without prepayment penalty if HUD determines that prepayment will avoid a mortgage insurance claim and is therefore in the best interest of the Federal Government.

Notwithstanding any other provision contained in this Note, it is agreed that the execution of this Note shall impose no personal liability on the maker hereof for prepayment of the indebtedness evidenced hereby, and in the event of a default, the holder of this Note shall look solely to the property described in the Mortgage Deed and to rents, issues and profits thereof in satisfaction of the indebtedness evidence hereby, and will not seek or obtain any deficiency or personal judgment against the maker hereof except such judgment or decree as may be necessary to foreclose its interest in the property and all other property mortgaged, pledged, conveyed or assigned to secure payment of this Note except as set out in the Mortgage Deed of even date given to secure this indebtedness.