BK1040PG046

Project No. 016-43077
Mt. Saint Francis Health
Center
Woonsocket, Rhode Island

Modification Agreement

This Agreement made as of the 10th day of July, 1996, by and between Mt. Saint Francis Associates, a Rhode Island limited partnership having its principal office located at 4 St. Joseph Street, Woonsocket, Rhode Island 02895, hereinafter referred to as "Mortgagor", and Suburban Mortgage Associates Incorporated, a Maryland corporation having its principal place of business located at 7316 Wisconsin Avenue, Suite 208, Bethesda, Maryland 02814, hereinafter referred to as "Mortgagee".

Whereas, the Mortgagor has executed and delivered to Mortgagee a certain Mortgage Note dated July 13, 1995, in the original principal amount of $8,622,900.00 (the "Note") evidencing the loan ("Loan") from Mortgagee to Mortgage as therein described, the Note being secured by a Mortgage Deed of even date therewith and recorded on July 14, 1995, in the Records of Land Evidence in Woonsocket, Rhode Island, in Book 999 at Page 67, and further secured by a Security Agreement between Mortgagor and Mortgagee dated July 13, 1995, evidenced by a Financing Statement filed on July 14, 1995, in the Records of Land Evidence, Woonsocket, Rhode



GOVERNMENT EXHIBIT 2

BK1040PG047

Island, in Book 999 at Page 79 and further recorded in the Uniform Commercial Code Division of the Office of the Secretary of State of Rhode Island on July 14, 1998, bearing file no. 640103 covering certain real and personal property situated in the City of Woonsocket, County of Providence, State of Rhode Island, to which Mortgage and Financing Statements and the record thereof, reference is hereby made for the terms of payment of interest and principal, all of which are incorporated herein by reference thereto, as fully and to the same extent as though herein set out; and

Whereas, in connection with the Loan, the Mortgagor has also executed a Regulatory Agreement by and between the Mortgagor and the Secretary of Housing and Urban Development ("Secretary") dated July 13, 1998, and recorded in the Records of Land Evidence, Woonsocket, Rhode Island, on July 14, 1998, in Book 999 at Page 73; and

Whereas, Mortgagee is the owner and holder of the Note and Mortgage; and

Whereas, by reason of cost certification, it is necessary to decrease the principal amount of the loan from $8,622,900.00 to $8,616,900.00, which decrease has been approved by the Secretary under the applicable laws and regulations; and

Whereas, the Mortgagor and the Mortgagee, with the approval of the Secretary, desire to decrease the Loan to $8,616.900.00, which decrease is in the amount of $6,000.00

BK1040PG048

and desire that the loan be secured by the Mortgage as if originally secured thereby, and that the Regulatory Agreement and Mortgage Deed and Note be modified as necessary to reflect such decrease.

Now, Therefore, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt by each of which is hereby acknowledged, the parties hereto agree as follows:

1. The Loan evidenced by the Note is hereby acknowledged to be in the gross amount of $8,616,900.00, and the Mortgage, and to the extent applicable, the Regulatory Agreement and Security Agreement are hereby modified and amended to reflect the fact that they secured the gross sum of $8,616,900.00.

(a.) That there is one debt and obligation, which shall, acting from the date of these presents, constitute and be a first lien upon the property therein described.

(b.) The Regulatory Agreement is hereby amended by adding to the statements at the top of the first page thereof describing the Mortgage and Note secured thereby, the following description of the Mortgage Note as amended:

Mortgagee: Suburban Mortgage Associates Incorporated
Amount of Mortgage Note as amended: $8,616,900.00
Date: July 10, 1996
Modification Agreement: Recorded in the City of Woonsocket, State of Rhode Island, County of Providence, on July 10, 1996

(c) Except as expressly amended hereby, the Mortgage Deed and Regulatory Agreement shall remain in full force and effect.

BK1040PG049

(d) Nothing in this Agreement shall waive, compromise, impair or prejudice any right the Secretary of HUD may have to seek judicial recourse for any breach of the Regulatory Agreement that may have occurred prior to or may occur subsequent to the date of this Agreement. In the event that the Secretary of HUD initiates an action for breach of the Regulatory Agreement and recovers funds, either on the Secretary's own behalf or on behalf of the Project or the Mortgagor, those funds may be applied, at the discretion of the Secretary of HUD, to payment of the delinquent amounts due under the Mortgage or as a partial prepayment of the Mortgage debt.

In Witness Whereof, the parties hereto have set their hands and seals on the date first hereinabove written.

Witness: Mt. Saint Francis Associates

[signature]

By: [signature] Attorney in Fact
Juliette A. Vaccaro, Attorney in Fact for Antonio L. Giordano as General Partner of Mt. Saint Francis Associates

Suburban Mortgage Associates Incorporated

[signature]

By: [signature]
J. Walsh Richards, Jr., President

Approved: Secretary of Housing and Urban Development Acting by and through the Federal Housing Commissioner

By: [signature]
duly authorized

4

Luisa G. Roberts
Director, Multifamily Division

BK1040PG050

State of Rhode Island
County of Providence

In Providence, in said County, on the day of July, 1996, before me personally appeared Juliette A. Vaccaro, Attorney in Fact for Antonio L. Giordano, the said Antonio L. Giordano to me known and known by me to be the General Partner of Mt. Saint Francis Associates, a Rhode Island limited partnership, and she acknowledged said instrument by her so executed to be her free act and deed individually and as Attorney in Fact for the General Partner of said limited partnership and the free act and deed of said limited partnership.

[signature]
John J. [illegible], Notary Public
My Commission Expires: 7-5-97

State of Rhode Island
County of Providence

In Providence, in said County, on the 9th day of July, 1996, before me personally appeared J. Walsh Richards, Jr., to me known and known by me to be the President of, and the person executing these present in behalf of Surburban Mortgage Associates Incorporated, the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed as such President and the free act and deed of Surburban Mortgage Associates, Incorporated.

[signature]
, Notary Public
My Commission Expires: 6-30-97

MARK E. LIBERATI, ESQ.
NOTARY PUBLIC

Received in Woonsocket R.I.
Date 7-10-96 Time 11:03am
Pauline S. Payeur, City Clerk