Project No. 016-43077
Mt. Saint Francis Health Center
Woonsocket, Rhode Island

Allonge to Mortgage Note (FHA Form No. 4173-D)
from Mt. Saint Francis Associates
to Suburban Mortgage Associates Incorporated
dated July 13, 1995

By agreement of the parties hereto, the within Mortgage Note is amended as follows:

FIRST: The principal amount of said Note is amended to read $8,616,900.00.

SECOND: The payment schedule contained in said Note is deleted, and the following is substituted therefor:

> Commencing on the first day of December 1995, monthly installments of interest and principal shall be paid in the sum of Sixty-Six Thousand Four Hundred Sixty-Seven and 44/100 Dollars ($66,467.44) each, such payments to continue monthly thereafter on the first day of each month until the entire indebtedness has been paid. In any event, the balance of principal (if any) remaining unpaid, plus accrued interest shall be due and payable on the first day of November, 2035. The installments of interest and principal shall be applied first to interest at the rate of Nine and 0/10 per centum (9.0%)✓ per annum upon the principal sum or so much thereof as shall from time to time remain unpaid, and the balance thereof shall be applied on account of principal.

THIRD: Otherwise than as hereinabove stated, all other terms, conditions and stipulations contained in the within Mortgage Note are to remain in full force and effect.





GOVERNMENT EXHIBIT 3

IN WITNESS WHEREOF, the parties hereto set their hands and seals as of this 10th day of July, 1996.

Witness:

Mt. Saint Francis Associates

By: *Julietta A. Vaccaro, Attorney in Fact*
Julietta A. Vaccaro, Attorney in Fact for Antonio L. Giordano as General Partner of Mt. Saint Francis Associates

Suburban Mortgage Associates Incorporated

By: J. Walsh Richards, Jr., President