FHA FORM NO. 4173-D
(CORPORATE)
Revised April 1965

SUPPLEMENTAL

# MORTGAGE NOTE

$ 1,103,600.00

Providence, Rhode Island.

June 22, 19 99.

FOR VALUE RECEIVED, the undersigned, Mt. Saint Francis Associates, a Rhode Island limited partnership promise(s) to pay to Suburban Mortgage Associates Incorporated a corporation of the State of Maryland, or order, at its principal place of business in the City of Bethesda, State of Maryland, or at such other place as may be designated in writing by the holder of this Note, the principal sum of One Million One Hundred Three Thousand Six Hundred and 00/100 Dollars ($ 1,103,600.00), with interest from date at the rate of Seven and one quarter per centum (7.25 %) per annum on the unpaid balance until paid. The principal and interest shall be payable in monthly installments as follows:

(See Rider to Mortgage Note attached hereto and made a part hereof)

Interest alone on such amount of principal may be advanced from time to time, computed from the date of each such advance, shall be due and payable monthly on the first day of July, 1999, and on the first day of each month thereafter. Commencing on August 1, 1999, monthly installments of interest and principal shall be due and payable in the sum of Seven Thousand One Hundred Eighty-Seven and 61/100 ($7,187,61) Dollars each, such payments to continue monthly thereafter on the first day of each succeeding month until the entire indebtedness has been paid in full. In any event, the balance of principal (if any) remaining unpaid, plus accrued interest shall be due and payable on November 1, 2035. The installments of principal and interest shall be applied first to interest at the applicable rate aforesaid upon the principal sum or so much thereof as shall from time to time remain unpaid, and the balance thereof shall be applied on account of principal.

Subject to the prepayment provisions set forth on the attached Rider,

Privilege is reserved to pay the debt in whole or in an amount equal to one or more monthly payments on principal next due, on the first day of any month prior to maturity upon at least thirty (30) days' prior written notice to the holder. If this debt is paid in full while insured under the provisions of the National Housing Act, as amended, all parties liable for payment thereof agree to be jointly and severally bound to pay to the holder hereof such adjusted mortgage insurance premium as may be required by the applicable Regulations.

GOVERNMENT EXHIBIT 4

~~[illegible] per centum (15%) of [illegible]~~

If default be made in the payment of any installment under this Note, and if such default is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice, at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In the event of default in the payment of this Note, and if the same is collected by an attorney at law, the undersigned hereby agree(s) to pay all costs of collection, including a reasonable attorney's fee.

~~No default shall exist by reason of nonpayment of any required installment of principal so long as the amount of optional additional prepayments of principal already made pursuant to the privilege of prepayment set forth in this Note equals or exceeds the amount of such required installment of principal.~~

All parties to this Note, whether principal, surety, guarantor or endorser, hereby waive presentment for payment, demand, protest, notice of protest and notice of dishonor.

This Note is secured by mortgage upon real estate in Woonsocket, Providence County, Rhode Island, and is to be construed according to the laws of the State of Rhode Island.

Signed and sealed the day and year first above written.

Mt. Saint Francis Associates

[~~CORPORATE SEAL~~]

By [signature] Antonio L. Giordano, General Partner ~~[illegible]~~

ATTEST: [signature] Secretary
John T. [illegible]

THIS IS TO CERTIFY THAT this is the Note described in and secured by Mortgage of even date herewith and in the same principal amount as herein stated and secured by real estate situated in (Woonsocket) Providence County, Rhode Island.

Dated June 22, 1999. [signature] Notary Public
8/1/01

STATE OF RHODE ISLAND

LOAN No. 016-15011

Mortgage Note

Mt. Saint Francis Associates

TO

Suburban Mortgage Associates Incorporated

No. ____

Insured under Sec. 232/ Pursuant to 223(d) of the National Housing Act and Regulations thereunder of the Federal Housing Commissioner

In effect on May 26, 1999

~~[illegible]~~

By ____ (Authorized Agent)

Date ____

A total sum of $ 1,103,600.00 has been approved for insurance hereunder by the Commissioner

FEDERAL HOUSING COMMISSIONER

By [signature] (Authorized Agent)

Date 6/23/99

Reference is made to the Act and to the Regulations thereunder covering assignments of the insurance protection on this Note.

293946-P FHA-Wash., D. C.

RIDER TO SUPPLEMENTAL MORTGAGE NOTE
MT. SAINT FRANCIS HEALTH CENTER
FHA PROJECT NO. 016-15011

Any Maker/Mortgagor default under either of the following instruments relating to FHA Project Number 016-43077 shall constitute a default hereunder:

a) Mortgage Note dated July 13, 1995, from Mt. Saint Francis Associates, to Suburban Mortgage Associates Incorporated in the original principal sum of $8,622,900; and

b) Mortgage Deed dated July 13, 1995, from Mt. Saint Francis Associates to Suburban Mortgage Associates Incorporated recorded on July 14, 1995, with the Records of Land Evidence of the City of Woonsocket, County of Providence in Book 999 at Page 67, as affected by Agreement between Mt. Saint Francis Associates and Suburban Mortgage Associates Incorporated dated July 10, 1996, and recorded on July 10, 1996, with the Records of Land Evidence of the City of Woonsocket, County of Providence in Book 1040 at Page 46

In order to cover extra expenses in handling delinquent payments, in the event that the Maker hereof shall fail to make any monthly payment when due to the Holder hereof within fifteen (15) days after the due date thereof, the Holder may, at its option, impose a late charge upon the Maker in an amount equal to two cents ($.02) per One Dollars ($1.00) of interest and/or principal which is more than fifteen (15) days in arrears. This charge is an additional liability to be assessed and paid in addition to monthly payments of interest and/or principal required hereunder.

No prepayment in whole or in part shall be permitted prior to July 1, 2006. There shall no penalty for prepayments of principal made on or after July 1, 2006. Any prepayments shall be made to the holder in immediately available federal funds.

Notwithstanding any prepayment prohibition imposed and/or premium required by this Mortgage Note with respect to prepayments made prior to July 1, 2006, the indebtedness evidenced by this Mortgage Note may be prepaid in part or in full without the consent of the mortgagee and without prepayment premium if the Federal Housing Commissioner determines that prepayment will avoid a mortgage insurance claim and is therefore in the best interest of the Federal Government.

Notwithstanding any other provision contained in this Mortgage Note, it is agreed that the execution of this Mortgage Note shall impose no personal liability on the maker hereof for payment of the indebtedness evidenced hereby, and in the event of a default, the holder of this Mortgage Note shall look solely to the property described in the Mortgage and to rents, issues and profits thereof in satisfaction of the indebtedness evidenced hereby, and will not seek or obtain any deficiency or personal judgment against the maker hereof except such judgment or decree as may be necessary to foreclose and bar its interest in the property and all other property mortgaged, pledged, conveyed or assigned to secure payment of this Mortgage Note, except as set out in the Mortgage of even date given to secure this indebtedness.