BK 1103 PG 264

Mt. Saint Francis Health Center
4 St. Joseph Street
Woonsocket, R.I.
HUD Project No. 016-43077
016-15011 (O.L.L.)

Second
Modification Agreement

This Agreement made as of the 22 day of June, 1999, by and between Mt. Saint Francis Associates, a Rhode Island limited partnership, having its principal place of business located at 190 Broad Street, Providence, Rhode Island 02903, hereinafter referred to as "Mortgagor" and Suburban Mortgage Associates Incorporated, a corporation organized and existing under the laws of the State of Maryland, having its principal office located at 7316 Wisconsin Avenue, Suite 208, Bethesda, Maryland 20814-2925, hereinafter referred to as "Mortgagee", which designations shall include the respective successors and assigns and successors in interest of the parties hereto.

WHEREAS, the Mortgagor has executed and delivered to the Mortgagee its certain Mortgage Note (Original Note) dated July 13, 1995, in the original principal amount of $8,622,900.00, secured by a Mortgage Deed (Original Mortgage) of even date therewith and recorded on July 14, 1995, in the Records of Land Evidence of Woonsocket, Rhode Island, in Book No. 999 at page 67, as modified by Modification Agreement between Mortgagor and Mortgagee dated July 10, 1996, recorded in said Records of Land Evidence in Book 1040 at page 46, reducing the principal amount of said loan to $8,616,900.00, and further



GOVERNMENT EXHIBIT 5

secured by a Security Agreement dated July 13, 1995, evidenced by a Financing Statement filed on July 14, 1995, in the Records of Land Evidence of Woonsocket, Rhode Island, in Book 999 at page 79 and further recorded in the Uniform Commercial Code Division of the Office of the Secretary of State of Rhode Island on July 14, 1995, bearing File No. 640103, covering certain real and personal property situated in the City of Woonsocket, County of Providence, State of Rhode Island, to which Mortgage and Financing Statements and the record thereof, reference is hereby made for a description of the real property and personal property therein described; and

WHEREAS, the Mortgagee is now the owner and holder of said Original Note and Original Mortgage; and

WHEREAS, the Mortgagor has executed a Supplemental Note and Supplemental Mortgage of even date herewith in the principal amount of $1,103,600.00, which Supplemental Mortgage is being recorded concurrently herewith; and

WHEREAS, the Mortgagee and Mortgagor have agreed and provided that a default under the Original Note and Original Mortgage, both dated July 13, 1995, will be a default under the Supplemental Note and Supplemental Mortgage; and

WHEREAS, the Mortgagor and Mortgagee mutually agree and desire to amend the terms of the Original Note and Original Mortgage to provide that a default under the Supplemental Note and Supplemental Mortgage will be a default under the Original Note and Original Mortgage;

BK 1103PG200

NOW THEREFORE: In consideration of the sum of One Dollar ($1.00) and other valuable consideration each to the other paid, the receipt by each of which is hereby acknowledged, the parties hereto for themselves and their respective successors and assigns mutually covenant and agree as follows:

FIRST: To amend the terms of the Original Note and Original Mortgage to provide that a default under the Supplemental Note and Supplemental Mortgage, both dated June 22, 1999, shall be a default under the Original Note and Original Mortgage, both dated July 13, 1995.

SECOND: NOTHING HEREIN CONTAINED shall in anywise impair the Original Note or the Original Mortgage or the security now held for said indebtedness, or alter, waive, annul, vary or affect any provision, condition or covenant therein, except as herein provided, nor affect or impair any rights, powers or remedies, under the said Original Note or Original Mortgage, it being the intent of the parties hereto that the terms and provisions of said Original Note and Original Mortgage shall continue in full force and effect except as modified hereby.

IN WITNESS WHEREOF, Mortgagor and Mortgagee have caused this instrument to be duly executed as of the date of this Agreement

ATTEST:

Mt. Saint Francis Associates
(Mortgagor)

[signature]

By: [signature]
Antonio L. Giordano, General Partner

BK1103PG200

**DEED DESCRIPTION**

Beginning at the southwest corner of Saint Joseph Street and Maple Street, thence running northerly bounding westerly by the easterly line of Maple Street three hundred forty (340.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") degrees and running easterly bounding northerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of two hundred seventy (270°-00'-00") and running northerly bounding westerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of fifty (50.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running easterly bounding northerly by land now or formerly of Richard A. and Jeanne L. Houle a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running southerly bounding easterly by land now or formerly of Robert A. Montanari et. al. a distance of three hundred ninety (390.00) feet to a corner and the northerly line of Saint Joseph Street, thence turning an interior angle of ninety (90°-00'-00") and running westerly bounding southerly by the northerly line of Saint Joseph Street a distance of three hundred (300.00) feet to a corner and point and place of beginning. Said parcel containing one hundred nine thousand five hundred square feet.

Received in Woonsocket R.I.
Date 6/23/89 Time 9:52am
Pauline S. Payeur, City Clerk

BK 1103 PG 287

ATTEST:

SUBURBAN MORTGAGE ASSOCIATES INCORPORATED

(Mortgagee)

By: ______________________
Kathy Nguyen, Loan Servicer

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In the City and County of Providence, on the 22nd day of June, 1999, before me personally appeared Antonio L. Giordano, known to me and known by me to be the General Partner of Mt. Saint Francis Associates, a Rhode Island limited partnership, who executed the foregoing instrument in his said capacity, and he acknowledged said instrument so executed by him to be his free act and deed and the free act and deed of said partnership.

Notary Public
My Commission Expires: 8\9\01

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In the City and County of Providence, on the 22nd day of June, 1999, before me personally appeared Kathy Nguyen, known to me and known by me to be the loan servicer of Suburban Mortgage Associates Incorporated, a Maryland corporation, who executed the foregoing instrument in his said capacity, and he acknowledged said instrument so executed by him to be his free act and deed and the free act and deed of said corporation.

Notary Public
My Commission Expires: 8\9\01