STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANTONIO L. GIORDANO

Petitioner,

v.

PM P.B. No. 06-3301

MT. SAINT FRANCIS ASSOCIATES, L.P.

Respondent.

**PETITION FOR APPOINTMENT OF A RECEIVER**

Petitioner Antonio L. Giordano ("Petitioner") respectfully represent that:

1. Respondent, Mt. Saint Francis Associates, L.P. ("Respondent") is a Rhode Island limited partnership. Respondent operates the Mt. Saint Francis Health Center, a nursing home facility located at 8 St. Joseph Street, Woonsocket, Rhode Island (the "Facility").

2. Petitioner is the sole general partner of Respondent.

3. Respondent's assets are the following: (1) the physical assets used in connection with the Facility; (2) accounts receivables; (3) cash; and (4) potential claims.

4. To the best of Petitioner's knowledge, information, and belief, Respondent's liabilities exceed its assets and attached hereto as Exhibit A is a list of Respondent's creditors.

5. Petitioner because of the precarious financial condition of Respondent and his concern for the health, safety and welfare of Respondent's patients has been negotiating with American Senior Living Communities RI I, LLC, a Rhode Island limited liability company ("ASLC") to manage and then purchase the Facility.

6. ASLC is willing to assume management of the Facility and provide needed working capital to provide for the safety, health and welfare of the patients if ASLC is able to:

a. hire or fire the chief executive officer of the Facility;
b. maintain and control the books and records of the Facility;
c. dispose of assets and incur liabilities on behalf of the Facility; and

FILED
HENRY S. KINCH JR., CLERK
2006 JUN 21 A 9:58

rue Copy Attest
ffice of Clerk of Superior Court
ounties of Providence & Bristol
rovidence, Rhode Island

GOVERNMENT EXHIBIT 6

d. adopt and enforce policies regarding operation of the Facility

7. If Petitioner and Respondent delegated to ALSC the items referred to above, it would result in a change in effective control as that term is defined by the rules and regulations of the Rhode Island Department of Health (DOH).

8. DOH approval would take approximately sixty (60) to one hundred twenty (120) days.

9. ASLC also wishes to acquire the Facility upon terms and conditions which are acceptable to Petitioner and which he believes are fair and reasonable. However, sale of the Facility to ASLC would require in addition to DOH approval, the approval of Health Facilities Associates LP, a Rhode Island limited partnership ("Health Facilities").

10. To approve any such sale, Health Facilities must obtain the approval of its various limited partners which approval would also take approximately sixty (60) to one hundred twenty (120) days.

11. Respondent is not be able to maintain its current business operations and meets its debts as they come due now let alone in the time period required to obtain the approvals of DOH and Health Facilities.

12. The appointment of a Receiver is desirable to protect Respondent's business; to protect the interests of Respondent's creditors; to maximize the value of Respondent's assets and to protect the health, safety and welfare of Respondent's patients.

13. This Petition is made in good faith for the protection of Respondent's business, for the benefit of Respondent's creditors, for the protection and maximization of the value of Respondent's assets and to insure the health, safety and welfare of Respondent's patients.

WHEREFORE, Petitioner respectfully request that this Court:

a. appoint a Temporary Receiver to take charge of the assets and affairs of Respondent, pursuant to Rule 66 of the Superior Court Rules of Civil Procedure;

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

b. enjoin the institution, or continuation, by any of Respondent's creditors of a lawsuit, proceeding, or foreclosure against Respondent or any of Respondent's assets;

c. appoint a Permanent Receiver to take charge of the assets and affairs of Respondent, pursuant to Rule 66 of the Superior Court Rules of Civil Procedure;

d. authorize the Temporary Receiver to engage ASLC as a temporary manager to manage the Facility upon terms and conditions acceptable to the Temporary Receiver and ASLC pending the appointment of a Permanent Receiver; and

e. provide such other and further relief as this Court deems just and proper.

ANTONIO L. GIORDANO

Subscribed and sworn to before me this 20th day of June, 2006

Notary Public
My Commission Expires: 5/18/2008

CERTIFICATION OF ATTORNEY

I, the undersigned attorney for Petitioner, Antonio L. Giordano, states that this Petition is made in good faith for the protection of the business of Respondent Mt. Saint Francis Associates, L.P. and for the benefit of creditors, and that the appointment of a Temporary Receiver is necessary to protect the status quo pending a hearing on the Petition for appointment of a Permanent Receiver.

Respectfully submitted,

ANTONIO L. GIORDANO
By his attorney,

EDWARD L. MAGGIACOMO (#0438)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
Date: 6/20/, 2006

385006_1.doc

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island