See corrective
Assignment 1702/75

INST: 00135434
Bk: 1491 Pg: 282

This document was prepared by
and after recording should be
returned to:

Martha R. Bickford
Martell & Associates
1718 Connecticut Ave., NW - #201
Washington, DC 20009

Mt. Saint Francis Health Center
FHA Project No. 016-15011

## ASSIGNMENT OF SUPPLEMENTAL MORTGAGE DEED

KNOW ALL MEN BY THESE PRESENTS:

THAT, SUBURBAN MORTGAGE ASSOCIATES INCORPORATED, a Maryland corporation, hereinafter referred to as the Assignor, having its office at 4630 Montgomery Avenue, Suite 500, Bethesda, Maryland 20814, for value received, does by these presents, without recourse, representation or warranty, grant, bargain, sell, assign, transfer and set over unto MIDLAND LOAN SERVICES, INC., a Delaware corporation, its successors and assigns, hereinafter referred to as the Assignee, having its office at 10851 Mastin, Suite 700, Overland Park, Kansas 66210, all its right, title and interest in and to that certain:

> Supplemental Mortgage Deed dated June 22, 1999, between Mt. Saint Francis Associates, a Rhode Island limited partnership, and Assignor, and recorded June 23, 1999, in Book 1103, Page 279, in the Land Evidence Records of the City of Woonsocket, Rhode Island, together with the debt secured thereby, covering the property described in Exhibit "A" attached hereto and made a part hereof. Said Supplemental Mortgage Deed was modified by a Second Modification Agreement dated as of June 22, 1999, between the aforesaid parties, and recorded June 23, 1999, in Book 1103, Page 284, in the Land Evidence Records of Woonsocket.

GOVERNMENT EXHIBIT 10

INST# 00135636
Bk# 1691 Pg# 283

- 2 -

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed this 6th day of August, 2007.

SUBURBAN MORTGAGE ASSOCIATES INCORPORATED

By: ______________________
Nguyet Pham
Treasurer

[CORPORATE SEAL]

Signed, sealed and delivered in the presence of:

______________________
Name: Edward S. Pickett

______________________
Name: J. Welch Pickards, JR.

STATE OF MARYLAND )
) ss:
COUNTY OF MONTGOMERY)

On this the 6th day of August, 2007, before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared Nguyet Pham, who, upon oath, acknowledged herself to be Treasurer of Suburban Mortgage Associates Incorporated, a corporation, and that she, as Treasurer, being authorized so to do, executed the foregoing instrument for and in behalf of the corporation, and acknowledged that she executed the same as the act of her principal for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

______________________
Notary Public

My Commission Expires:

[NOTARY SEAL]

ANN J. KOEBKE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 2008

INST: 00135636
Bk: 1691 Pg: 284

EXHIBIT "A"

**LEGAL DESCRIPTION**

Mt. Saint Francis Associates

Beginning at the southwest corner of Saint Joseph Street and Maple Street, thence running northerly bounding westerly by the easterly line of Maple Street three hundred forty (340.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") degrees and running easterly bounding northerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of two hundred seventy (270°-00'-00") and running northerly bounding westerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of fifty (50.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running easterly bounding northerly by land now or formerly of Richard A. and Jeanne L. Houle a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running southerly bounding easterly by land now or formerly of Robert A. Montanari et. al. a distance of three hundred ninety (390.00) feet to a corner and the northerly line of Saint Joseph Street, thence turning an interior angle of ninety (90°-00'-00") and running westerly bounding southerly by the northerly line of Saint Joseph Street a distance of three hundred (300.00) feet to a corner and point and place of beginning. Said parcel containing one hundred nine thousand five hundred square feet.

Received in Woonsocket R.I.
Date Sep 12,2007 Time 02:23:41P
Pauline S. Paseur, City Clerk