INST# 00136529
Bk# 1702 Pg# 75

This document was prepared by
and after recording should be
returned to:

Martha R. Bickford
Martell & Associates
1718 Connecticut Ave., NW - #201
Washington, DC 20009

Mt. Saint Francis Health Center
FHA Project No. 016-15011

CORRECTIVE ASSIGNMENT OF SUPPLEMENTAL MORTGAGE DEED

This Assignment (this "Corrective Assignment") is being recorded to correct the Assignment recorded September 12, 2007, in Book 1691, Page 282, City of Woonsocket Land Evidence Records (the "September 12 Assignment"). The September 12 Assignment incorrectly refers to the Second Modification Agreement as recorded June 23, 1999, in Book 1103, Page 284. This Corrective Assignment deletes the reference to the aforesaid Second Modification Agreement.

KNOW ALL MEN BY THESE PRESENTS:

THAT, SUBURBAN MORTGAGE ASSOCIATES INCORPORATED, a Maryland corporation, hereinafter referred to as the Assignor, having its office at 4630 Montgomery Avenue, Suite 500, Bethesda, Maryland 20814, for value received, does by these presents, without recourse, representation or warranty, grant, bargain, sell, assign, transfer and set over unto MIDLAND LOAN SERVICES, INC., a Delaware corporation, its successors and assigns, hereinafter referred to as the Assignee, having its office at 10851 Mastin, Suite 700, Overland Park, Kansas 66210, all its right, title and interest in and to that certain:

Supplemental Mortgage Deed dated June 22, 1999, between Mt. Saint Francis Associates, a Rhode Island limited partnership, and Assignor, and recorded June 23, 1999, in Book 1103, Page 279, in the Land Evidence Records of the City of Woonsocket, Rhode Island, together with the debt secured thereby, covering the property described in Exhibit "A" attached hereto and made a part hereof.

GOVERNMENT EXHIBIT 12

INST: 00136529
Bk: 1702 Pg: 76

- 2 -

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed this 22 day of October, 2007.

SUBURBAN MORTGAGE ASSOCIATES INCORPORATED

By: ______________________
Nguyet Pham
Treasurer

[CORPORATE SEAL]

Signed, sealed, and delivered in the presence of:

______________________
Name: [illegible], President

______________________
Name:
Edmund S. Richards, Senior Vice President

INST: 3 00134529
Bk: 1702 Pg: 77

STATE OF MARYLAND )
) ss:
COUNTY OF MONTGOMERY)

On this the 22 day of October, 2007, before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared NGUYET PHAM, who, upon oath, acknowledged herself to be the Treasurer of Suburban Mortgage Associates Incorporated, a corporation, and that she, as Treasurer, being authorized so to do, executed the foregoing instrument for and in behalf of the corporation, and acknowledged that she executed the same as the act of her principal for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

[signature]
Notary Public

My Commission Expires:

[NOTARY SEAL]

ANN J. KOBSKE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 1, 2008

INST# 3 00134529
Bk: 1702 Pg: 77

STATE OF MARYLAND )
) SS:
COUNTY OF MONTGOMERY)

On this the 22 day of October, 2007, before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared NGUYET PHAM, who, upon oath, acknowledged herself to be the Treasurer of Suburban Mortgage Associates Incorporated, a corporation, and that she, as Treasurer, being authorized so to do, executed the foregoing instrument for and in behalf of the corporation, and acknowledged that she executed the same as the act of her principal for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

____________________
Notary Public

My Commission Expires:

[NOTARY SEAL]

ANN J. KO[illegible]
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 1, 2009

INST# 00136529
Bk: 1702 Pg: 78

EXHIBIT "A"

LEGAL DESCRIPTION
Mt. Saint Francis Associates

Beginning at the southwest corner of Saint Joseph Street and Maple Street, thence running northerly bounding westerly by the easterly line of Maple Street three hundred forty (340.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") degrees and running easterly bounding northerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of two hundred seventy (270°-00'-00") and running northerly bounding westerly by land now or formerly of Jean Baptiste, Jr. and Irene F. Ethier a distance of fifty (50.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running easterly bounding northerly by land now or formerly of Richard A. and Jeanne L. Houle a distance of one hundred fifty (150.00) feet to a corner, thence turning an interior angle of ninety (90°-00'-00") and running southerly bounding easterly by land now or formerly of Robert A. Montanari et. al. a distance of three hundred ninety (390.00) feet to a corner and the northerly line of Saint Joseph Street, thence turning an interior angle of ninety (90°-00'-00") and running westerly bounding southerly by the northerly line of Saint Joseph Street a distance of three hundred (300.00) feet to a corner and point and place of beginning. Said parcel containing one hundred nine thousand five hundred square feet.

Received in Woonsocket R.I.
Date Oct 29,2007 Time 10:48:05A
Pauline S. Paveur, City Clerk