**Hearing Date: January 4, 2007 @ 9:30 a.m.**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, SC | : | SUPERIOR COURT |
| ANTONIO L. GIORDANO, Plaintiff | : | P.M. No.: P.B. 06-3301 |
| v. | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P. Defendant | : | |

**RECEIVER'S MOTION TO ENTER INTO A THIRD EXTENSION AGREEMENT**

SUPERIOR COURT FILED HENRY S. KINCH JR., CLERK 2006 DEC 17 P 4: 18

NOW COMES Joseph P. Ferrucci, Esq. (the "Receiver") in his capacity as duly appointed Permanent Receiver of the Defendant, Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and hereby moves that the Court grant the Receiver permission to enter into a Third Extension Agreement with ASLC Management of RI, I, LLC (the "Manager"). In support of this motion, the Receiver respectfully states as follows:

1. On June 21, 2006, the Receiver was appointed Temporary Receiver of Mt. St. Francis and thereafter appointed Permanent Receiver on July 12, 2006.

2. Mt. St. Francis operates Mt. St. Francis Health Center (the "Center") located at 4 St. Joseph Street, Woonsocket, Rhode Island.

3. The Receiver did determine that it would likely protect and enhance the value of the business and assets of the instant receivership estate to attempt to sell such business as a going concern. Accordingly, your Receiver and the Manager did enter into and execute, with Court Approval, a Management Services Agreement (the "Agreement") dated as of June 21, 2006, a copy of which is attached hereto as Exhibit A, wherein the Receiver engaged the Manager to manage the Center.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol

GOVERNMENT EXHIBIT 13

3. The Agreement, by its terms, was to expire six (6) months from the date of execution, *to wit*, December 21, 2006.

4. On December 19, 2006, the Receiver and Manager entered into an extension agreement (the "Extension Agreement"), subsequently approved by the Court, extending the term of the Agreement for an additional six (6) month period, *to wit*, up to and including June 21, 2007, a copy of which is attached hereto as Exhibit B.

5. Pursuant to the Extension Agreement, the terms and conditions of the Agreement as set forth therein, were affirmed and ratified in all respects, except as set forth in the Extension Agreement.

6. On June 22, 2007, the Receiver and Manager entered into a Second Extension Agreement (the "Second Extension Agreement"), subsequently approved by the Court, which Court Order extended the term of the Agreement up to and including January 4, 2008. A copy of the Second Extension Agreement and the Order are attached hereto as Exhibit C and Exhibit D, respectively.

7. Pursuant to the Second Extension Agreement, the terms and conditions of the Agreement and Extension Agreement as set forth therein, were affirmed and ratified in all respects, except as set for in the Second Extension Agreement.

8. The Receiver desires to enter into a third extension agreement ("Third Extension Agreement"), attached hereto as Exhibit E, which will extend the Term of the Agreement for an additional three (3) month period, *to wit*, up to and including Friday, April 4, 2008, so that the Receiver can continue his efforts to sell the Facility on terms beneficial to the Receivership Estate.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

WHEREFORE, the Receiver respectfully moves that the Court grant the within motion and authorize the Receiver to enter into the Second Extension Agreement with the Manager and grant such other and further relief as is just.

Joseph P. Ferrucci, Esquire (#4231) in his capacity
as Receiver of Mt. St. Francis Associates, L.P., and
not individually.
55 Pine Street
Providence, RI 02903
Telephone 401-455-1000
Fax 401-455-7778

Date: December 17th, 2007

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Certification

I hereby certify that on this 17th day of December, 2007 a true and accurate copy of the within Receiver's Motion to Enter into a Third Extension Agreement was served upon the following via first-class, postage prepaid mail:

Laura J. Bottaro, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
RI Department of Human Services
600 New London Avenue, BDG 57
Cranston, RI 02920

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Maureen Hobson, Esq.
Rhode Island Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Robert I. Stolzman, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Douglas A. Giron, Esq.
Schechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02806

Jane E. Joly
Accounting Manager Client Rep.
MMJUA of RI
10 Weybosset Street, Ste. 502
Providence, RI 02903

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Robert Farrell, Esq.
HUD Thomas P. O'Neill Jr. Fed. Bldg.
Room 310
10 Causeway Street
Boston, MA 02222-1092

Joseph Chrisafulli
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

Charles A. Lovell
Patridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Michael P. Iannotti, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza 8th Floor
Providence, RI 02903

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island