**Bridges, Cindy W**

**From:** mddr_help@hud.gov
**Sent:** Tuesday, February 26, 2008 4:58 PM
**To:** Belin, Betty A; Bridges, Cindy W; Burton, Gloria J; Chasten, James; Potts, Millicent B; Stewart, Sheila M
**Cc:** Mddr_Help
**Subject:** Submission Acknowledgement - FHA No. 01643077

This letter confirms your recent Default Election to Assign submission to HUD through the MDDR system. Your submission has been recorded in our system and will be reviewed by the respective project manager. The information you submitted is included below for your records.

----------------------------------------------------------------

| | |
|---|---|
| FHA Number: | 01643077 |
| Property Name: | MOUNT ST.FRANCIS HEALTH CENTER |

----------------------------------------------------------------

| | |
|---|---|
| Submission Type: | Election |
| Submitted On: | 02/26/2008 |
| Election Action: | Assign |
| Default Type: | Fiscal |
| Paid Thru Date: | 12/01/2007 |
| Payment Due Date: | 01/01/2008 |
| Last Payment Date: | 12/24/2007 |
| Last Payment Amount: | 84467.44 |
| Principal Payment: | 5438.93 |
| Principal Delinquency: | 10918.65 |
| Interest Payment: | 61028.51 |
| Interest Delinquency: | 122016.23 |
| MIP Payment: | 3500.00 |
| MIP Delinquency: | 7000.00 |
| Taxes Payment: | 13000.00 |
| Taxes Delinquency: | 26000.00 |
| Insurance Payment: | 1500.00 |
| Insurance Delinquency: | 3000.00 |
| Repl. Reserve Payment: | 0.00 |
| Repl. Reserve Delinquency: | 0.00 |
| Repl. Reserve Balance: | 63.08 |
| Res. Receipt Payment: | |
| Res. Receipt Delinquency: | |
| Res. Receipt Balance: | |
| Escrows Payment: | |
| Escrows Delinquency: | |
| Escrows Balance: | |
| Other Payment: | |
| Other Delinquency: | |
| Other Balance: | |
| Comments: | Reporting loan as election to assign upon direction from 100% participant/holder. |



GOVERNMENT EXHIBIT 16

**Bridges, Cindy W**

**From:** mddr_help@hud.gov
**Sent:** Tuesday, February 26, 2008 5:02 PM
**To:** Belin, Betty A; Bridges, Cindy W; Burton, Gloria J; Chasten, James; Potts, Millicent B; Stewart, Sheila M
**Cc:** Mddr_Help
**Subject:** Submission Acknowledgement - FHA No. 01615011

This letter confirms your recent Default Election to Assign submission to HUD through the MDDR system. Your submission has been recorded in our system and will be reviewed by the respective project manager. The information you submitted is included below for your records.

---

| | |
|---|---|
| FHA Number: | 01615011 |
| Property Name: | MOUNT ST.FRANCIS HEALTH CENTER |

---

| | |
|---|---|
| Submission Type: | Election |
| Submitted On: | 02/26/2008 |
| Election Action: | Assign |
| Default Type: | Fiscal |
| Paid Thru Date: | 12/01/2007 |
| Payment Due Date: | 01/01/2008 |
| Last Payment Date: | 12/24/2007 |
| Last Payment Amount: | 7637.61 |
| Principal Payment: | 955.52 |
| Principal Delinquency: | 1916.81 |
| Interest Payment: | 6232.09 |
| Interest Delinquency: | 12458.41 |
| MIP Payment: | 450.00 |
| MIP Delinquency: | 900.00 |
| Taxes Payment: | |
| Taxes Delinquency: | |
| Insurance Payment: | |
| Insurance Delinquency: | |
| Repl. Reserve Payment: | |
| Repl. Reserve Delinquency: | |
| Repl. Reserve Balance: | |
| Res. Receipt Payment: | |
| Res. Receipt Delinquency: | |
| Res. Receipt Balance: | |
| Escrows Payment: | |
| Escrows Delinquency: | |
| Escrows Balance: | |
| Other Payment: | |
| Other Delinquency: | |
| Other Balance: | |

Comments: Election to assign. Holder of mortgage directed Midland to assign primary loan, making it necessary to assign this operating deficit loan.