**Nguyen, Ly (USARI)**

**From:** Nolen, Steve [NolenSteve@whitemountainsadvisors.com]
**Sent:** Thursday, May 08, 2008 2:52 PM
**To:** D'Arpino, Ann M
**Cc:** Crisafulli, Joe; Farrell, Bob; Rodick, Tom; Culpepper, Miniard; Nguyen, Ly (USARI); Linker, David; Hunt, Mark; jbettert@midlandls.com
**Subject:** RE: Mt. Saint Francis Election to Assign

Hello Ann,

White Mountains Advisors has previously directed Midlands Loan Services to report this loan as an Election to Assign. Our decision on this matter has not changed.

Please proceed with processing our submitted Election to Assign.

Best Regards,

Steven Nolen
Portfolio Analyst
White Mountains Advisors LLC
2614 Boston Post Road
Suite 34A
Guilford, CT 06437
Tel: 203-458-5836
Fax: 203-458-0754
snolen@whitemountains.com

-----Original Message-----
From: D'Arpino, Ann M [mailto:Ann.D'Arpino@hud.gov]
Sent: Thursday, May 08, 2008 1:23 PM
To: Nolen, Steve
Cc: Crisafulli, Joe; Farrell, Bob; Rodick, Tom; Culpepper, Miniard; Nguyen, Ly (USARI)
Subject: FW: Mt. Saint Francis Election to Assign

Steve,

In light of Justin Betterton's email to Chris Keshura on May 2, we just want to confirm directly with you that White Mountains Advisors has decided not to withdraw the election to assign as requested by Joe Ferrucci and ASLC on March 13.

Thanks.

Ann M. D'Arpino
Attorney-Advisor
U.S. Dept. of Housing and Urban Development Office of Regional Counsel 10 Causeway St.
Boston, MA 02222
Tel. No. (617) 994-8254
Fax No. (617) 565-7337

-----Original Message-----
From: jbettert@midlandls.com [mailto:jbettert@midlandls.com]
Sent: Friday, May 02, 2008 10:50 AM
To: Keshura, Christine M

GOVERNMENT EXHIBIT 17

Cc: D'Arpino, Ann M; Farrell, Bob; Crisafulli, Joe; dennis.siefers@midlandls.com; JHammond@midlandls.com; NolenSteve@whitemountainsadvisors.com; dlinker@whitemountains.com; mhunt@whitemountains.com
Subject: Re: Mt. Saint Francis Election to Assign

Christine,

Midland has continuously expressed concern over the course of the past 70 days since the loan was first reported as an election to assign.

If HUD has now come to a point where it is willing to proceed with processing the election to assign we would request that you do so.

However, it should be noted that (as confirmed by our notes from the call)
Midland was only open to considering the possibility of withdrawing the election if ASLC brought the loan completely current and based on the impression that the legal issues were soon to be resolved. As I am sure you are aware, ASLC has never remitted funds sufficient to bring the loan current and the legal issues continue with no guarantee for resolution in the foreseeable future.

Please proceed with processing the election to assign submission.

Sincerely,

Midland Loan Services, Inc.
Justin Betterton
GSE Portfolio Analyst
Phone: (913) 253-9241
Fax: (913) 253-9001
E-mail: jbettert@midlandls.com

"Keshura, Christine M" <Christine.M.Keshura@hud.gov>

To <jbettert@midlandls.com>

cc "D'Arpino, Ann M" <Ann.D'Arpino@hud.gov>, "Farrell, Bob" <bob.farrell@hud.gov>, "Crisafulli, Joe" <joe.crisafulli@hud.gov>

05/01/2008 01:35 PM

Subject

Mt. Saint Francis Election to

Assign

Justin,

I understand Midland has expressed a concern regarding HUD's non-acceptance to date of Midland's Election to Assign the subject loans.

Please be advised that HUD is prepared to accept the assignment; however, it was indicated during the last conference call with HUD that White Mountain and your agency were going to await the outcome of the court's ruling on Giordano's claim before deciding on the receiver and ASLC's
3/13/08 request to withdraw the Election to Assign.

It would be appreciated if you could let me know if this is still the case.

Thanks
Chris

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. PNCs postal address is
249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to Unsubscribe.
https://pnc.p.delivery.net/m/u/pnc/uni/p.asp By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.