**Nguyen, Ly (USARI)**

**From:** Joseph Ferrucci, Esq. [jferrucci@frlawri.com]
**Sent:** Thursday, May 15, 2008 8:44 AM
**To:** Nguyen, Ly (USARI); dag@shslawfirm.com
**Cc:** Jbarnhill5@aol.com; Ann.D'Arpino@hud.gov; Brown, James E. (TAX); Donovan, Dulce (USARI); bob.farrell@hud.gov; javanzato@apslaw.com; jbrenner@nixonpeabody.com
**Subject:** Re: HUD Insured Loan/MSF

By this notice I am reminding all parties that there exists a court imposed stay which forms a portion of the federal court order. That stay provision is extraordinarily encompassing and is designed such that any act that negatively impacts agreements to which the debtor is a party or otherwise affecting the assets of the debtor are generally prohibited. The caselaw is well established that prudence requires court authority before any act is taken which arguably impacts an asset or right of the debtor. Accordingly, I reserve all rights as receiver to treat as a knowing violation of the court imposed injunction any action relative to the HUD backed notes including without limitation any action by the holder or HUD resulting in acceleration of the secured indebtedness. Please govern yourselves accordingly.

----- Original Message -----
From: Nguyen, Ly (USARI) <Ly.Nguyen@usdoj.gov>
To: Doug Giron <dag@shslawfirm.com>
Cc: Joseph Ferrucci, Esq.; Jbarnhill5@aol.com <Jbarnhill5@aol.com>; D'Arpino, Ann M <Ann.D'Arpino@hud.gov>; Brown, James E. (TAX) <James.E.Brown2@usdoj.gov>; Donovan, Dulce (USARI) <Dulce.Donovan@usdoj.gov>; Farrell, Bob <bob.farrell@hud.gov>
Sent: Thu May 15 08:39:19 2008
Subject: RE: HUD Insured Loan/MSF

HUD has approved Midlands' elections to assign.

From: Doug Giron [mailto:dag@shslawfirm.com]
Sent: Wednesday, May 14, 2008 6:06 PM
To: Nguyen, Ly (USARI)
Cc: Joseph Ferrucci, Esq.; Jbarnhill5@aol.com; D'Arpino, Ann M
Subject: HUD Insured Loan/MSF

Ly:

As we continue to work towards a possible sale of the Mt. St. Francis Health Center to my client, American Senior Living, could you please advise as to whether HUD has accepted the assignment of the mortgages from Midland?

Thank you for your attention to this matter.

GOVERNMENT EXHIBIT 19

Doug Giron

Douglas A. Giron, Partner

Shechtman Halperin Savage, LLP

1080 Main Street

Pawtucket, RI 02860

tel: (401) 272-1400

direct: (401) 528-3020

fax: (401) 272-1403

<mailto:dgiron@shslawfirm.com> dgiron@shslawfirm.com

www.shslawfirm.com <http://www.shslawfirm.com/>