IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| ANTONIO L. GIORDANO | CIVIL ACTION 08-48S |
| VS. | MARCH 26, 2008 |
| MT. ST. FRANCIS, ASSOCIATES, LLP | PROVIDENCE, RI |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(ADMINISTRATIVE CLAIM HEARING)

**APPEARANCES**:

| | |
|---|---|
| FOR MR. GIORDANO: | JOSEPH AVANZATO, ESQ.<br>Adler, Pollock & Sheehan<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903 |
| FOR THE RECEIVER: | JOSEPH P. FERRUCCI, ESQ.<br>Ferrucci Russo, P.C.<br>55 Pine Street<br>4th Floor<br>Providence, RI 02903 |
| FOR USA: | JAMES E. BROWN, ESQ.<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044 |
| FOR HUD: | LY NGUYEN, ATTY.<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>Providence, RI 02903 |

GOVERNMENT EXHIBIT 22

**APPEARANCES**: (Continued)

FOR SUBURBAN MORTGAGE: JEFFREY S. BRENNER, ESQ.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

FOR AMERICAN SENIOR LIVING: JONATHAN SAVAGE, ESQ.
and DOUGLAS GIRON, ESQ.
Schechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

FOR MIDLAND LOAN SERVICES: STEPHEN M. PRIGNANO, ESQ.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Court Reporter: Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

claim someplace down the road, I just don't think is --

THE COURT: That's your argument that the Government doesn't have standing to -- your argument I'm not sure, somebody argued this. The Government doesn't have standing because --

MR. FERRUCCI: That's correct, your Honor. To get a little bit more technical about it, the primary secured creditor is not the Government. Everyone acknowledges the mortgage liens record prime the liens of the federal government based upon timing.

So if this offer doesn't go forward, your Honor, and I mentioned this in chambers, I've got a copy of the appraisal with me today because I know that it was something mentioned in the Government's papers, the appraised value of this asset is less than $5 million.

Not only is the first secured creditor under-secured, it's partially secured, in effect, because it's owed almost ten million dollars, but unquestionably the Government is under-secured.

And again, I've tried to keep this as a practical argument, but technically, as an under-secured/unsecured creditor, if you follow the argument that this agreement should not go forward as drafted in effect by denying the administrative claim, there's no value, there's no collateral, there's

the United States Government to allow a lot of cash to come in so that the nursing home facilities can exist throughout the country.

The Midland folks have notified HUD of its displeasure with the interest payments not being made. It has submitted a letter assigning the mortgage back to HUD under the guarantee program.

HUD has yet to determine whether or not it's going to accept that letter, and I don't know the timetable for when Midland expects HUD to get back to them or when HUD intends to get back to Midland, but assuming that the timetable would play out, HUD would have to step in, into the shoes and make Midland whole.

If this motion that Mr. Giordano has filed is denied by the Court, what's been represented to your Honor in chambers and what's been discussed amongst counsel outside of court in order to try to get to a resolution is that American Senior has said that it's done. It can't continue to move forward with this and the receiver has said he may be in a position to liquidate the asset.

While we have representation by the receiver that there was an appraisal for approximately $5 million for this asset, and I know that representation to be accurate, the appraisal was done more than a year

# CERTIFICATION

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

June 11, 2008

Date