**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

June 4, 2008

Joseph P. Ferrucci
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Re: Giordano v. Mt. St. Francis Associates, L.P., Civil Action No. 08-48S

Dear Mr. Ferrucci:

This letter is to follow-up on the status conference held in chambers on May 29, 2008. Judge Smith stated at the conference that any further action on the part of Midland/White Mountain Advisors or HUD regarding assignment of the mortgages to HUD would be a violation of the stay. HUD respectfully disagrees that the assignment would be in violation of the stay, that the steps taken thus far are in violation of the stay, or that the stay even applies to such an assignment. However, in accordance with the Court's statements at the conference, I have advised HUD, and HUD has agreed, not to take any further action with regard to the assignments until such time as HUD or any other party obtains relief from the Court to take such action. If you have any questions, please do not hesitate to contact me at (401) 709-5000.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LY T. NGUYEN
Assistant U.S. Attorney

CC:

The Honorable William E. Smith
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

GOVERNMENT EXHIBIT 24

Christopher Little, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Douglas A. Giron, Esq.
Schechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02906

Joseph Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Marc D. Wallick, Esq.
Wallick & Associates Ltd.
51 Jefferson Boulevard
Warwick, RI 02888

Maureen Hobson, Esq.
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02908

Allan M. Shine, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Jeffrey Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Ste. 500
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Jonathan Savage, Esq.
Schechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Deborah B. Buffi, Esq.
Deputy Chief Legal Counsel
R.I. Department of Human Services
600 New London Ave., BDG 57
Cranston, RI 02920
MMJUA of Rhode Island
1 Turks Head Building, Suite 200
Providence, Rhode Island 02903

Division of Taxation
State of Rhode Island
1 Capitol Hill, Ste. 7
Providence, RI 02909

Ann D'Arpino
Attorney-Advisor
HUD
Office of Regional Counsel
10 Causeway St., Room 310
Boston, MA 02222

Lisa Daniels-Burgo, Esq.
HUD
121 South Main Street, Ste. 300
Providence, RI 02903

James E. Brown
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

Mark W. Freel
Edward Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Steven Nolen
Portfolio Analyst
White Mountains Advisors LLC
2614 Boston Post Road
Suite 34A
Guilford, CT 06437