## Nguyen, Ly (USARI)

**From:** Joseph Ferrucci, Esq. [jferrucci@frlawri.com]
**Sent:** Wednesday, June 04, 2008 5:15 PM
**To:** Nguyen, Ly (USARI)
**Cc:** D'Arpino, Ann M; Farrell, Bob; Donovan, Dulce (USARI); Brown, James E. (TAX); Kisch, Wendy J. (TAX); Culpepper, Miniard; Rodick, Tom; Freel, Mark; dgiron@shslawfirm.com
**Subject:** RE: Mt. St. Francis

**Importance:** High

Ly: This letter is wholly inadequate to protect the estate's interest and is inconsistent with the Court's directive. My notes from the conference reflect that the Judge was clear and unequivocal that the acceptance by HUD of the assignment violates the stay and therefore HUD (and Midland) should "undo" what has been done and to "return" to the status quo. The Court could not have been clearer going as far to say that "serious repercussions" will result and that all parties are on notice of the potential for sanctions and contempt. The Judge reminded me of my ability to seek a TRO. This will be the direction I head if HUD and Midland cannot stipulate as was discussed at the conference. I respectfully request that you review your notes from the conference and reconsider your position. Joe

---

**From:** Nguyen, Ly (USARI) [mailto:Ly.Nguyen@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 4:58 PM
**To:** Joseph Ferrucci, Esq.
**Cc:** D'Arpino, Ann M; Farrell, Bob; Donovan, Dulce (USARI); Brown, James E. (TAX); Kisch, Wendy J. (TAX); Culpepper, Miniard; Rodick, Tom; Freel, Mark
**Subject:** Mt. St. Francis

As discussed this morning, please see the attached letter.

<<letter to ferrucci 06.04.08.pdf>>

Ly T. Nguyen

Assistant U.S. Attorney

50 Kennedy Plaza, 8th Floor

Providence, RI 02903

(401) 709-5000

(401) 709-5017 (fax)

ly.nguyen@usdoj.gov

GOVERNMENT EXHIBIT 25