UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTONIO L. GIORDANO, :
:
Plaintiff, : CA. No. 08-0048-S
:
v. :
:
MT. ST. FRANCIS ASSOCIATES, L.P., :
:
Defendant. : (Formerly Rhode Island Superior Court
: P.M. No. P.B. 06-3301)

**MOTION FOR ADMISSION PRO HAC VICE**

Midland Loan Services, Inc. hereby move that Paul M. Hoffmann be admitted pro hac vice in the above case as counsel with local counsel identified below.

Paul M. Hoffmann

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Mark W. Freel
Mark W. Freel (#4003)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-66611 (Fax)
mfreel@eapdlaw.com

**ORDER**

This motion is hereby ______ GRANTED ________ DENIED

District Judge Date

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2008.

/s/ Mark W. Freel
Mark W. Freel