UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTONIO L. GIORDANO,

Plaintiff,

v.

MT. ST. FRANCIS ASSOCIATES, L.P.,

Defendant.

CA. No. 08-0048-S

(Formerly Rhode Island Superior Court
P.M. No. P.B. 06-3301)

**MOTION FOR ADMISSION PRO HAC VICE**

Midland Loan Services, Inc. hereby move that Paul M. Hoffmann be admitted pro hac vice in the above case as counsel with local counsel identified below.

Paul M. Hoffmann

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Mark W. Freel
Mark W. Freel (#4003)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-66611 (Fax)
mfreel@eapdlaw.com

**ORDER**

This motion is hereby ✓ GRANTED ________ DENIED

District Judge

Date