AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

United States of America
Plaintiff
v.
Mt. St. Francis Associates, L.P., et al.
Defendant

Civil Action No. 1:08-cv-00048-S-LDA

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Joseph Ferrucci, Esquire
Ferrucci Russo, P.C.
55 Pine Street
Providence, Rhode Island 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James E. Brown, Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 7/23/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on JOSEPH FERRUCCI, ESQUIRE by:

(1) personally delivering a copy of each to the individual at this place, COURTROOM 2, U.S. DISTRICT COURT, D. RHODE ISLAND, ON 7/23/08 at 5:45 PM ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______ ; or

(4) returning the summons unexecuted to the court clerk on ______ ; or

(5) other *(specify)* ______

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

Date: 7/30/08

James Brown
Server's signature

JAMES E. BROWN, TRIAL ATTORNEY
Printed name and title

U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
P.O. BOX 55, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
Server's address