UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, Plaintiff | : | |
| v. | : | C.A. No. 08-48-S |
| MT. ST. FRANCIS ASSOCIATES, L.P., Defendant. | : | |

**ORDER**

This matter came before the Court upon the Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens (the "Receiver's Petition"). Antonio L. Giordano ("Mr. Giordano") filed an Opposition to the Receiver's Petition. In his Opposition, Mr. Giordano asserts, under principles of judicial estoppel and promissory estoppel, that American Senior Living Corporation ("ASLC") or any affiliated entity (collectively ASLC or Affiliates") are estopped from purchasing the assets of this Receivership (the "Assets") pursuant to the terms set forth in the Receiver's Petition and based upon Mr. Giordano's Opposition

It is hereby

ORDERED, ADJUDGED and DECREED

as follows:

1. ASLC or Affiliates are estopped from acquiring the Assets unless and until they collectively pay the sum of $300,000 to Adler Pollock and Sheehan P.C. (AP&S") in consideration of certain attorneys' fees incurred in connection with ASLC or Affiliates acquisition of the Assets.

2. The payment of $300,000 to AP&S shall be made at the closing on the sale of the Assets, as follows:

a. $150,000 in current or certified funds; and

b. the balance of $150,000 by delivery to AP&S of a promissory note in said amount which shall have an interest rate of 6.00% per annum payable in 60 equal monthly installments of principal and interest, having the customary provisions of a typical commercial promissory note; provided, however, that if ASLC or Affiliates form another affiliated entity to own and/or operate the Assets then such affiliated entity or both shall also be joint and severally liable on said promissory note.

3. At the closing on the sale of the Assets, Mr. Giordano, ASLC or Affiliates and the Receiver shall provide each other a Release of any and all manner of actions, causes of action, suits, obligations, covenants, contracts, agreements, promises, claims and demands whatsoever, whether in law or equity or otherwise which anyone of them or their heirs, successors, assigns, affiliated entities or subsidiaries ever had, now have, or they shall or may have against one another, arising out of any acts, transactions, losses, contracts, claims, agreements or any other matter or thing done form the beginning of time to the present date relating to the management and/or purchase of the Assets or the nursing home facility known as the Mt. St. Francis Heath Center or otherwise related the subject of these receivership proceedings

WESmith

The Honorable William E. Smith
Judge, U.S. District Court, District of Rhode Island
7/31/08

*461905_1.doc*