UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| Plaintiff, | : | CA. No. 08-0048-S |
| v. | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P. | : | |
| Defendant. | : | (Formerly Rhode Island Superior Court P.M. No. P.B. 06-3301) |

**CONSENT ORDER**

This matter arose as a result of discussions with the Court in chambers on July 2, 2008, and July 7, 2008. In accordance with those discussions, and upon the agreement and consent of the undersigned parties, it is hereby

ORDERED

that:

1. Notwithstanding any prior Order or Stipulation entered by this Court to date, Midland Loan Services, Inc. (including its participants and affiliates) (collectively "Midland") shall proceed with submitting its elections to assign the first and second mortgages (the "Mortgages") on the subject property located at 4 St. Joseph Street, Woonsocket, Rhode Island (the "Property") to the U.S. Department of Housing and Urban Development ("HUD"), and HUD shall approve the elections to assign as soon as practicable. The remainder of the assignment process will be completed in accordance with any and all applicable contractual, statutory, regulatory or administrative procedures. The assignments themselves will not result in any acceleration of the note balances.

2. Any sale of the Property (including associated business operations) to American

Senior Living Communities RI I, LLC or its nominee ("ASLC"), as currently proposed to this Court by the Receiver and ASLC, shall include a complete and unconditional assumption of the Mortgages by ASLC. ASLC agrees to make the mortgages current with respect to all accrued and delinquent principal by the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement).

3. With regard to debenture interest, HUD will not curtail debenture interest pursuant to 24 C.F.R. § 207.259(b)(1)(iii) during the period of time in which the FHA-insured Mortgages were not assigned to HUD pursuant to the instructions of the Court.

4. ASLC agrees that the amount of all accrued and delinquent interest on the Mortgages through the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement) shall be paid in full to HUD, as Assignee, by ASLC pursuant to the terms of the Mortgages and associated Notes, in the form of a balloon payment added to the final payment of the current mortgage amortization schedule.

5. HUD agrees that it will not put the notes into a note sale until after the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement).

6. If the existing Purchase and Sale Agreement between ASLC and the Receiver is terminated for any reason, or the closing does not occur by December 31, 2008, Paragraphs 4 and 5 above, concerning the payment of delinquent interest and the agreement to not include these notes in a note sale, shall terminate. At such time, HUD agrees to consider the terms of any new purchase and sale agreement and make a timely decision as to whether it remains in

HUD's best interest to modify the payment of delinquent interest or to hold these notes.

7. Except as specifically modified with respect to Midland's submission of the elections to assign, and HUD's approval of the elections to assign, the prior Joint Stipulation between Midland and HUD entered by this Court on June 16, 2008 shall remain in full force and effect.

ENTER:

[signature]

ORDER:

[signature]
7/31/08

MIDLAND LOAN SERVICES, INC.

By its Attorney,

[signature]
Mark W. Freel (#4003)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

By its Attorneys,

[signature]
Ly T. Nguyen
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza
8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)

MT. ST. FRANCIS ASSOCIATES, L.P.

By the Receiver,

[signature]
Joseph P. Ferrucci (#4231)
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (Fax)

AMERICAN SENIOR LIVING COMMUNITIES RI I, LLC

By its Attorneys,

[signature]
Douglas A. Giron ~~Jonathan N. Savage~~ (#2943)
Schechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be sent by e-mail to the following on ~~June~~ July 23rd, 2008.

| | |
|---|---|
| Joseph Avanzato | javanzato@apslaw.com, vlanctot@apslaw.com |
| James E. Brown | James.E.Brown2@usjoj.gov, northern.taxcivil@usdoj.gov |
| Dulce Donovan | dulce.donovan@usdoj.gov, gale.james@usdoj.gov, Kellyann.anderson@usdoj.gov, nancy.a.diquinzio@usdoj.gov, Paulette.gamache@usdoj.gov, usari-ecf@usdoj.gov |
| R. Thomas Dunn | tdunn@lmkbw.com |
| Joseph P. Ferrucci | jferrucci@frlawri.com, cmulhearn@frlawri.com, gabodelly@frlawri.com, jsmith@frlawri.com |
| Douglas A. Giron | dgiron@shslawfirm.com, asalvaggio@shslawfirm.com, dsmith@shslawfirm.com, phalperin@shslawfirm.com, |
| Christopher H. Little | clittle@lmkbw.com, mbranco@lmkbw.com, spomeroy@lmkbw.com |
| Geoffrey W. Millsom | gmillsom@apslaw.com, stheriault@apslaw.com |
| Christopher M. Mulhearn | cmulhearn@frlawri.com, lverria@frlawri.com |
| Ly Nguyen | ly.nguyen@usdoj.gov, Ann.D'Arpino@hud.gov |
| Allan M. Shine | ashine@wszlaw.com, efile@wszlaw.com, egarant@wszlaw.com |

Marilyn Jul [signature]