UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Intervenor-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver** | : | **(Formerly Rhode Island Superior Court**<br>**P.M. No.: PB 06-3301)** |

**AFFIDAVIT OF NOTICE**

I, Joseph P. Ferrucci, Esq., upon oath, depose and say that I caused to have forwarded true and accurate copies of the following Orders all dated July 31, 2008: i) Order Granting Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; ii) Order with regard to Plaintiff, Antonio L. Giordano's Opposition to Petition; and iii) Consent Order (collectively, the "Orders") to creditors and/or interested parties set forth on the Notice to Creditors attached hereto by either electronic filing or first-class mail, postage prepaid on the 1st day of August 2008. True and accurate copies of the Orders are attached hereto.

Joseph P. Ferrucci, Esquire (#4231), as and only as Receiver of Mt. St. Francis Associates, L.P. and not individually
55 Pine Street, 4th Floor
Providence, RI 02903
Telephone: (401) 455-1000
Facsimile: (401) 455-7778

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 4th day of August, 2008.

Dolene Freeman
Notary Public
My commission expires: 5/5/2012

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Intervenor-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver,**<br>**Intervenor-Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

**NOTICE TO CREDITORS**

1. Please take notice that pursuant to proceedings held before Judge William E Smith on July 23, 2008 and July 31, 2008, the following Orders have been entered by the Untied States District Court for the District of Rhode Island on July 31, 2008, in connection with the above-identified action.

(a) Order granting Receiver's Petition to Sell Real Estate and business assets free and clear of liens, claims, encumbrances and interests;

(b) Order with regard to Plaintiff, Antonio L. Giordano's opposition To Receiver's Petition; and

(c) Consent Order relative to certain July 2, 2008, and July 7, 2008, in-chambers conferences/proceedings with the Court/

2. Enclosed are copies of said Orders that are on file with the Clerk's office.

3. Please be advised that copies of said Orders were served via first-class, postage prepaid mail upon creditors and/or interested parties on the 1st day of August, 2008.

**CERTIFICATION**

I hereby certify that on this 1st day of August, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq.** – javanzato@apslaw.com
**Edward Maggiacomo, Esq.** – emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq.** – ashine@wszlaw.com
**Jon N. Savage, Esq.** – jsavage@shslawfirm.com
**Douglas A. Giron, Esq.** – dag@shslawfirm.com
**Marc Wallick, Esq.** – wallicklaw@aol.com
**Charles A. Lovell, Esq.** – cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq.** – gmillsom@apslaw.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Mark Freel, Esq**. - mfreel@eapdlaw.com
**Robert Stolzman, Esq.** – rstolzman@apslaw.com
**John Leonard, Esq**. – jleonard@mdmc-law.com

The following was served upon the following via first-class mail, postage prepaid on the 1st day of August, 2008:

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Lisa Daniels Burgo, Esq.
Housing & Urban
Development
121 South Main Street

3-D Electronics Systems Lighting
235 Cottage Street
Franklin, MA 02038

A & R Commercial Ent.
A & R Trailer Rental
67 Roy Avenue
Woonsocket, RI 02895

Abacus Business Systems
4 Plain Street East
Berkley, MA 02779

Adler Pollock & Sheehan
1 Citizens Plaza, 8th Fl
Providence, RI 02903

Air Conditioning Services
P.O. Box 10307
Cranston, RI 02910

Altaf A. Girach, MC
20 Cumberland Hill Road
Woonsocket, RI 02895

Nursefinders
524 East Lamar Blvd., Ste. 300
Arlington, Texas 76011

National Grid
Processing Center
Woburn, MA 01807

Omnicare
Corporate Offices
1600 River Center 2
100 East River Center Blvd.
Covington, KY 41011

P & L Sales, Inc.
PO Box 262
Woonsocket, RI 02895

Patriot Disposal Co.
2208 Plainfield Pike
Johnston, RI 02919

Personal Safety Corp.
PO Box 128
Hiawatha, IA 52233

Petro Commercial Services
PO Box 140246
Brooklyn, NY 11214

Elaine Piasecki
45 Glen View Drive
Cranston, RI 02920

Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pitney Bowes Credit Corp. PO Box 856460
Louisville, KY 40285

Positive Promotions
15 Gilpin Avenue
PO Box 18021
Hauppauge, NY 11788

Power Equipment Co.
7 Franklin McKay Drive
Attleboro, MA 02703

Prime Care Services
339 Almond Street
Fall River, MA 02721

PRN Health Services, Inc.
4321 W. College Avenue /
Ste 200
Appleton, WI 54914

Providence Journal
75 Fountain Street
Providence, RI 02901

R.I.M.M.J.U.A.
10 Weybosset Street / Suite 502
Providence, RI 02903

ReadyNurse
Staffing Services
2602 Highlands Blvd. N.
Palm Harbor, FL 34684

Rehab Hospital of RI
116 Eddie Dowling Hwy
No. Smithfield, RI 02896

The Relizon Company
Attention Teresa Williams
220 East Monument Avenue
Dayton, OH 45402-1223

Respiratory Health Service
PO Box 631289
Baltimore, MD 21263

RIET
Employer Tax Section
1 Capitol Hill – Ste 36
Providence, RI 02908

Norma E. Robinson
Robinson Time Service & Sales
1103 Cranston Street
Cranston, RI 02920

S & S Worldwide, Inc.
Accts Receivable
PO Box 210
Hartford, CT 06141

Sammons Preston
PO Box 93040
Chicago, IL 60673

Sara Lee
ATTENTION ANNETTE EDLER
111 Corporate Office Dr., Ste. 200
Earth City, MO 63045

Shred-It
1 Wholesale Way
Cranston, RI 02920

Simplexgrinnell LP
Dept. CH 10320
Palatine, IL 60055

Sizewise Rentals
204 W. 2nd Street
PO Box 320
Ellis, KS 67637

Specialty Medical Group
909 Summer Street
Stoughton, MA 02072

St. Joseph Health Services of RI
PO Box 846087
Boston, MA 02284

Standard Electric
PO Box 5-0652
Woburm, MA 01815

Starkweather & Shepley
60 Catamore Blvd.
E. Providence, RI 02914

Stericycle Inc.
PO Box 9001590
Louisville, KY 40290

Suburban Mortgage Assoc.
4630 Montgomery Avenue / Ste 500
Bethesda, MD 20814

Superior Medical
8524 Hwy 6 North,#315
Houston, TX 77095

State of Rhode Island
Department of Labor & Training
1511 Pontiac Avenue
Cranston, RI 02920

Internal Revenue Service
Special Procedures Function
380 Westminster Street
Providence, RI 02903

The Home Depot Supply
PO Box 509058
San Diego, Ca 92150

The Woonsocket Call
PO Box A
Woonsocket, RI 02895

Tropic Juice Co., Inc.
25 Frost Avenue
Warwick, RI 02888

United Healthcare Ins. Co.
Dept. CH 10151
Palatine, IL 60055

The Valley Breeze
2190 Mendon Road Ste#1
Cumberland, RI 02864

Vanguard H.M.E.
PO Box 846118
Boston, MA 02284

Verizon
PO Box 1
Worcester, MA 01654

W.B. Mason Company
PO Box 111
59 Centre Street
Brockton, MA 02303

Weld/Power Service Co.
14 Technology Drive
Auburn, MA 01501

Wolters Kluwer Financial
6851 Saukview Drive
PO Box 1493
St. Cloud, MN 56302

Woonsocket Supply Co.
PO Box 359
125 So. Main St.
Woonsocket, RI 02895

ZEP Manufacturing Co.
PO Box 3338
Boston, MA 02241

Anchor Printing
578 Smithfield Avenue
Pawtucket, RI 02868

WNRI Radio Station
786 Diamond Hill Road
Woonsocket, RI 02895

NE Surgical
PO Box 470
Fall River, MA 02722

Social Security
Administration
PO Box 3430
Philadelphia, PA 19122-
9985

Blue Cross Blue Shield of RI
Manuell Gaidola
444 Westminster Street
Providence RI 02903-3279

Rawlings Financial Services LLC
United Healthcare of New England
Attn: Erin Jarrett
PO Box 740016
Louisville, KY 40201-9802

The Hartford Life
Retirement Plan Solutions
PO Box 1583
Hartford, CT 06144-1583

Jane E. Joly
Accounting Manager Client Rep
MMJUA of RI
10 Weybosset Street
Providence, RI 02903

Division of Taxation
State of Rhode Island
One Capitol Hill, Suite 7
Providence, RI 02909

City of Woonsocket
Law Department
169 Main Street
Woonsocket, RI 02879

Evelina Durand
C/o Irene Newlands
37 Olo Street
Woonsocket, RI 02895

Raymond Gagne
c/o Frank A. Lombardi, Esq.
395 Smith Street
Providence, RI 02908

Patricia Austin
165 Overlook Drive
East Greenwich, RI 02818

Corrie Killebrew
C/o Yolanda Johnson
347 Paradis Avenue
Woonsocket, RI 02895

Medora Frechette
C/o Barbara Frechette
38 Rivulet Street
Woonsocket, RI 02895

Gerard Gagnon
C/O Geraldine Gagnon
350 Maple Street
Woonsocket, RI 02895

Alfred Pinocci
1350 Tarkiln Road
Harrisville, RI 02830

Mary Dangelowicz
C/oTheresa Dangelowicz
23 School Street
Providence, RI 02909

Joseph Aguair Jr.
84 Stevens Avenue
W. Warwick, RI 02893

Edgar Ayotte
C/o Roger Ayotte
62 Field View Drive
Warwick, RI 02886

Ernest Benoit
C/o Caroline Lanctot
19 Spring Street
Woonsocket, RI 02895

Rose Campbell
C/o Claire Campbell
120 Pilgrim Parkway / Unit 10
Warwick, RI 02886

Michael Chodorowski
C/o Carol & Lrobert Rayno
65 Pond Road
Cumberland, RI 02864

Margery Copice
C/o Ernie Copice
274 Fairview Avenue
Coventry, RI 02816

Patricia Correira
C/o Diane Kingston
180 Cottage Streeet
Woonsocket, RI 02895

Bertha Duprix
C/o Denise Kilpatrick
2 Arnold Road, Apt. 3
North Attleboro, MA 02760

Peter Erickson
C/o Michael Erickson
1239 Manville Road
Woonsocket, RI 02895

Lucienne Hemond
C/o Rene Hemond
33 Sidney Avenue
Woonsocket, RI 02895

Adrienne Dufresne
C/o Roger Dufresne
222 Phillips Street
Woonsocket, RI 02895

Walter Lauzon
C/o Marc Lauzon
185 Spring Street
Woonsocket, RI 02895

Doris Marini
C/o Gary Marini
161 Warwick Street
Woonsocket, RI 02895

Joseph Dreyer
C/o Robert Dreyer
74 Osage Drive
Warwick, RI 02886

Gracinda Ereio
C/o Al Ereio
3576 Daimond Hill Road
Cumberland, RI 02864

Viola Hourihane
C/o Louise Forestal
80 Elbow Street
Bellingham, MA 02019

Florence Laprade
150 First Avenue
Woonsocket, R. I. 02895

Jeanne Laquerre
C/o Simone Mandaville
19390 Saddlebrook, CT 33903

Barbara Monteiro
C/o Denise Jacobson
103 Rustic Acres
Glocester, RI 02814

Martin Moy
C/o Pat Richmond Jones
30 Colwell Drive
Cumberland, RI 02864

City of Woonsocket
Tax Collector
169 Main Street
Woonsocket, RI 02895-4379

Lillian Peotrowski
C/o Shirly Miller
14 French Street
Pawtucket, RI 02868

Beatrice Ross
C/o Marguerite Duragan
52 St. Barnable Street
Woonsocket, RI 02895

Annette Sirois
C/o Ernest Sirois
71 Evelyn Way
Chepachet, RI 02814

Anna Soloway
C/o John Donahue Jr.
396 Laurel Hill Avenue
Cranston, RI 02920

Theresa Yozura
C/o David Yozura
94 Middle St
Woonsocket, RI 02895

James Almeida
C/o Joseph Almeida
165 Piedmont St
Woonsocket, RI 02895

Rita Blanchette
C/o Mary Batalon
1 Farmcrest Rd
Cumberland, RI 02864

Sarah Brooks
Frank Staples
13 Jenckes Road
Cumberland, RI 02864

Anna Buckley
C/o Genevieve Wiegand
189 Carnation Street
Woonsocket, RI 02895

Dorothy Benoit
C/o David Portman
305 Polly Lane
Woonsocket, RI 02895

Br. Fred Bouchard
685 Steere Farm Rd.
Pascoag, RI 02859-4601

Ms. Lucy Houle
c/o Mr. Paul Trinque
212 Patton Road
Woonsocket, RI 02895

Ms. Lillian Jacobs
C/o Mr. William Jacobs
37 Rand Street
Warwick, RI 02889

Ms. Rene Lefrancois
C/o Mr. Richard Gosselin
619 Cass Avenue
Woonsocket, RI 02895

Ms. Jeanne Lussier
C/o Marc Lussier
64 Mulberry Circle
Johnston, RI 02919

Armand Mercier
C/o Barbara Mercier
136 Roland Street
Cumberland, RI 02864

Adelina Paul
C/o Irene Brown
520 2nd Avenue, Apt. 309B
Woonsocket, RI 02895

Rita Reber
C/o Thomas Reber
19 Circle Street
Woonsocket, RI 02895

Marcel Rivard
C/o Cecile Rivard
547 Clinton Street
Woonsocket, RI 02895

Robert Robidoux
C/o Doris Robidoux
192 Railroad Street
Manville, RI 02838

Philippe Ayotte
C/o Gerarld Ayotte
4 Woonsocket Hill Road
North Smithfield, RI 02896

Olive Barchiesi
C/o Elaine Enright
3190 Mendon Road
Cumberland, RI 02864

Blanche Bertrand
C/o Raymond Bertrand
5790 Parkview Lane
Orlando, FL 32831-5506

Clara Celentano
C/o Michelle Metzdorf
15604 Sunny Cove Dr.
Olalla, WA 98359

Camille Champagne
C/o Alfred Caron
2970 Mendon Road, Apt. 137
Cumberland, RI 02864

Annette Chandler
C/o Suzanne Laplante
217 Douglas Pike
North Smithfield, RI 02896

James Chatty
C/o Patricia Chatty
236 Bernice Avenue
Woonsocket, RI 02895

Rose Deldeo
C/o Peter Capobianco
5 Karen Circle, Unit 13
Billerica, MA 01821

Elaine Filion
C/o Sherri Chamberland
195 Main Street
Pascoag, RI 02859

Ovila Genereux
C/o Raymond Vadnais
151 Baxter Street
Pawtucket, RI 02861

Lucy Guilbeault
C/o Diane Gelardi
30 East View Avenue
Cranston, RI 02910

Annette Lambert
C/o Theresa Plouffe
121 Earl Street
Woonsocket, RI 02895

Stella Miszkiewicz
C/o Steven Miszkiewicz
36 Farm Drive
Cumberland, RI 02864

Lilia Parenteau
55 Lakeview Avenue
Bellingham, MA 02019

Jenny Tedeschi
C/o Orazio Tedeschi
947 Charles Street, Apt. 22
North Providence, RI 02904

Irma Bachand
C/o Maurice Bachand
83 Elm Street
Blackstone, MA 01504

Flora Bourget
C/o Lucille Rondeau
100 Wood Avenue
Woonsocket, RI 02895

Franklyn Cook
C/o Margaret Hetu
165 Summer Street
Wrentham, MA 02903

Mary Evans
C/o Helene Edmondson
300 Priviledge Street
Woonsocket, RI 02895

Germaine Forestal
C/o Dan Forestal
80 Elbow Street
Bellingham, MA 02819

Fernande Geoffroy
C/o Lucille Donely
18 Robert Hill Drive
North Attleboro, MA 02760

Lillian Godin
C/o Estelle Comire
514 Robinson Street
Woonsocket, RI 02895

Blanche Jencks
C/o Rev. Jefferey Jencks
80 Fisher Road, Apt. 2
Cumberland, RI 02864

Marion Lambert
C/o Kathleen Robinson
44 Gongdon Avenue
North Kingstown, RI 02852

Rodolphe Lauzon
C/o Jacqueline Lauzon
571 Winter Street
Woonsocket, RI 02895

Eva Robidoux
C/o Suzanne Pontbriand
28 Bouvier Avenue
Manville, RI 02838

Loretta Salvadore
C/o Joseph Perry
78 Tremont Street
Central Falls, RI 02863

Willie Bonneau
C/o Lucille Cote
757 Grove Street
Woonsocket, RI 02895

Andre L. Lapre
C/o Theresa Badeau
218 Pond Street
Parkview Manor # 803
Woonsocket, RI 02895

Blanche Martin
C/o Debbie Morgan
847 Read School House Road
Coventry, RI 02816

Hortense Fuller
C/o Nancy Desmarais
431 Bernon Street
Woonsocket, RI 02895

May Cherrette
C/o Connie Mongiofico
104 Village Road, Apt. 6
Woonsocket, RI 02895

Doris Courtens
C/o Richard Courtens
2970-7 Mendon Road
Cumberland, RI 02864

Rita Dennette
C/o William Mellon
40 Brae Burn
Somers, CT 06071

Barbara Gilfillian
C/o Pat Coleman
1 Chamberlain Court
North Smithfield, RI 02896

Robert Guertin
C/o Clara Holding
641 Blackstone Street
Uxbridge, MA 01569-1909

Mary Kucharski
C/o Ray Kucharski
Deerfield Commons
St. Paul Street
North Smithfield, RI 02896

Constance LaFleche
C/o Margaret Carter
218 Fairfield Street
Woonsocket, RI 02895

Elaine Loya
C/o Theresa Smith
14 Washington Street
Woonsocket, RI 02895

Edward Miner
C/o Gary Miner
16 Greene Street
Woonsocket, RI 02895

Blanche Moni
C/o Lynne Horne
606 Mowry Street
Harrisville, RI 02830

Eva Moyen
C/o Darlene Trudeau
80 Summit Street
Woonsocket, RI 02895

Lydia Nadeau
c/o James Bernard
155 Railroad St 1
Manville, RI 02838-1114

Isabel Panknin
C/o Ernest Dias
229 Getchell Avenue
Woonsocket, RI 02895

Anna Rousseau
C/o Claudette Lafond
185 Hunt Street
Central Falls, RI 02863

Elphege Saucier
C/o David & Sandra Saucier
543 Newport Avenue
Attleboro, MA 02703

Lucien Belisle
C/o Gertrude Gaudette
196 Old River Road, #7C East
Lincoln, RI 02865

Bernadette Bousquet
C/o Loretta Hardy
22 Kossuth Street
Pawtucket, RI 02860-2308

Theodore Chevrette
C/o Florence Brodeur
547 Clinton Street
Apt. 419, Kennedy Man
Woonsocket, RI 02895

Cecillia Chodorowski
C/oCarol & Robert Rayno
65 Pond Road
Cumberland, RI 02864

Ambrose Clarey
C/oMartin F. Clarey
351 New London Avenue
Warwick, RI 02886

Elaine Tellier
675 Pointsettia Drive
Largo, Florida 33770

Patterson Medical Supply, Inc.
d/b/a/Sammons Preston
1000 Remington Blvd, Suite 210
Bolingbrook, Ill 60440

Internal Revenue Service
68 Seawall Street/40 West
Augusta, MA 04330-6350

Rhode Island Dept. of Labor and Training
One Capitol Hill, Suite 36
Providence, RI 02908

City of Woonsocket
Law Department
169 Main Street
Woonsocket, RI 02895-4379

Brother Richard Boucher, SC
c/o Brother Raymond F. Reinsant
685 Steere Farm Road
Pascoag, RI 02895

Donald Aguiar
c/o Joseph Aguiar
84 Stevens Avenue
West Warwick, RI 02893

Geriatric Medical & Surgical Supply Co.
404 3rd Street
Everett, MA 02149

Grancinda Ereio
c/o Enos S. Ereio
37 Columbus Street
Providence, RI 02908

Perkins Paper Inc.
630 John Hancock Road
Taunton, MA 02780

Flora Bourget
Mt. St. Francis Health Center
4 St. Joseph Street
Woonsocket, RI 02895

East Side Clinical Laboratory
10 Risho Avenue
East Providence, RI 02914

Weld Power Service Company
14 Technology Drive
Auburn, MA 01501

Theodore Chevette
c/o Florence Bordeau
547 Clinton Street
Woonsocket, RI 02895

Hygrade Business Group, Inc.
232 Entin Road, Suite 1
Worcester, MA 01607

Besam Entrance Solutions
345 Greenwood Street, Suite 1
Worcester, MA 01607

Medline Industries, Inc.
One Medelein Place
Mundelein, IL 60060

Symphony Diagnostic Services No. 1, Inc. d/b/a Mobilex USA
920 Ridgebrook Road, 2nd Floor
Sparks, MD 21152

Gaymar Industries, Inc.
10 Centre Drive
Orchard Park, NY 14127

Lab Safety Supply
401 S. Wright Road
Janesville, WI 53546

Stericycle, Inc.
2333 Waukegan Road, Suite 300
Bannockburn, IL 60015

Kinetic Concepts, Inc.
8023 Vantage Drive
San Antonio, TX 78230

Lefkowitz, Garfinkel, Champi & DeRienzo P.C.
10 Weybosset Street
Providence, RI 02903

Best Plumbing Specialties, Inc.
3039 Ventrie Court
Myersville, MD 21773

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Irene J. Dumont
c/o Monique J. Marcotte
94 Lonsdale-Main Street
Lincoln, RI 02865

Robert E. Robidoux
c/o Doris R. Robidoux
80 Bouvier Avenue
Manville, RI 02838

Vanguard Home Medical Equipment
155 Jefferson Boulevard
Warwick, RI 02888

New England Surgical, Inc.
P.O. Box 470
Fall River, MA 02722

Nursefinders, Inc.
c/o Mark S. Dugan, Esq.
Burnett Plaza, Suite 2000
801 Cherry Street, Unit #46
Fort Worth, TX 76102

Tyco Healthcare Group LP
(Kendall Healthcare)
15 Hampshire Street
Mansfield, MA 02048

Robert J. Quertin, Sr.
c/o Clara F. Holding
641 Blackstone Street
Uxbridge, MA 01569

Lucy Guilbeault
c/o Diane Lucy Gelardi
30 East View Avenue
Cranston, RI 02920

Thomas O'Connor
Fire Suppression Systems Group
70 Bacon Street
Pawtucket, RI 02860

Annette Elder
c/o Sara Lee Food Service, Inc.
Credit Manager
P.O. Box 70819
Chicago, IL 60673-0819

Nurses PN
c/o Dan Des Jardins
4321 W. College Avenue
#200
Appleton, WI 54914

Ecolab, Inc.
655 Lone Oak Drive
Bldg A-1
Eagan, MN 55121

Frank A. Vizzacco
Northeast Pest Control
52 Benefit Street
Greene, RI 02827

Raymond Lacourse
c/o J.D. Lacourse & Son,
Inc.
260 Middle Street
Pawtucket, RI 02860

Michael J. Larson
c/o National Grid
Sr. Analyst, Credit & Collections
P.O. Box 960
Northborough, MA 01532

Robert McLaren
Controller
c/o Primecare Services
339 Almond Street
Fall River, MA 02721

Tori Marie Toney
Bankruptcy Specialist
c/o Verizon New England
3900 N. Washington Street,
1st Flr.
Wilmington, DE 19802

Joseph W. Wilks
c/o Respiratory Health Services, LLC
101 East State Street
Kenneth Square, PA 19348

Midland Loan Services, Inc.
10851 Mastin Street, Suite 700
Overland Park, KS 66210

Health Facilities Associates
c/o Health Concepts
359 Broad Street
Providence, RI 02907

/s/ Joseph P. Ferrucci

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,** <br> **Plaintiff** <br><br> **v.** <br><br> **MT. ST. FRANCIS ASSOCIATES, L.P.,** <br> **Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,** <br> **Intervenor-Plaintiff** <br><br> **v.** <br><br> **ANTONIO L. GIORDANO,** <br> **MT. ST. FRANCIS ASSOCIATES, L.P.** <br> **and JOSEPH FERRUCCI, ESQUIRE,** <br> **as Receiver** | : | **(Formerly Rhode Island Superior Court** <br> **P.M. No.: PB 06-3301)** |

**ORDER GRANTING RECEIVER'S PETITION TO SELL REAL ESTATE AND BUSINESS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

This cause having come on for Hearing on the Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens ("Petition") of the above-named Defendant, and after hearing thereon and upon representations of counsel, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That due and timely notice of said Petition has been given to all parties who have recorded judgments or liens and/or statutory liens against the assets of said Defendant either at the Uniform Commercial Code Division of the Office of the Secretary of State for the State of Rhode Island, or as may be applicable, in the Land Evidence Records of the City of Woonsocket, Rhode Island where Defendant's real estate is located, as set forth on the Schedule of UCC Financing

Statements and Real Estate Lien Recordings, annexed hereto and hereby incorporated herein, and to all other interested parties as set forth in the Affidavit of Notice filed by the Receiver relative to said Petition.

2. That subject to the provisions of Paragraphs 3, 7, 10, and 12 hereof, the Receiver is hereby authorized to sell the Defendant's tangible and intangible personal property and real estate (the "Assets"), as described in the Real Estate Purchase and Sale Agreement, (the "Offer"), attached as Exhibit B to Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens filed June 9, 2008, free and clear of all interests, claims, liens and encumbrances, including but not limited to all statutory liens and claims of all federal, state and local authorities identified on the Schedule of UCC Financing Statements and Real Estate Lien Recordings, annexed hereto, and/or on the certificate of service attached hereto, and including the City of Woonsocket Rhode Island, to American Senior Living Communities RI, I, LLC, or its nominee ("Purchaser"), upon the terms and conditions set forth in the Offer annexed hereto, as modified by this Order, and all such interests, claims, liens and encumbrances against the Assets shall be transferred to the proceeds thereof in the same priority as prior to such transfer. Notwithstanding the foregoing, but subject to the provisions hereof, the Receiver may only sell the Assets free and clear of the United States' federal tax liens if the Internal Revenue Service executes a voluntary discharge of those liens.

3. Notwithstanding anything contained herein, the Promissory Notes and Mortgages currently held by Midland Loan Services, Inc. ("Midland") and being assigned to the United States Department of Housing and Urban Development pursuant to

Paragraph 11 shall be assumed fully and unconditionally by the Purchaser according to their terms, and as more particularly described in the Petition and the Offer and the sale ordered hereby shall be specifically subject to Purchaser assuming said Promissory Notes and Mortgages.

4. That based on the sale and marketing efforts conducted by the Receiver as represented by the Receiver, this Court finds that the sale of the Assets to Purchaser, upon the terms and conditions of the Offer annexed hereto, as modified by this Order, is commercially reasonable, the sale prices and the terms set forth therein are fair and reasonable, the sale is made in good faith and Purchaser is a bona fide good faith purchaser, and that such sale is in the best interest of all creditors of the Defendant wherever located. The procedure for the "break up" fee, so-called, as outlined in Paragraph 13 of the Offer, is hereby approved in the event Purchaser is not the ultimate purchaser of the Assets.

5. That the Receiver is hereby authorized to execute and deliver a Receiver's Bill of Sale, Assignment and Deed conveying all of his right, title and interest as Permanent Receiver in and to the Assets, free and clear of all interests, claims, liens and encumbrances the holders of which are identified on the Schedule of UCC Financing Statements and Real Estate Lien Recordings, annexed hereto, and/or on the certificate of notice annexed hereto, including but not limited to all statutory and other claims of all federal, state and local authorities identified on the Schedule of UCC Financing Statements and Real Estate Lien Recordings, annexed hereto, and/or on the certificate of service attached hereto, subject however to Paragraphs 3, 7, 10 and 12 hereof, to Purchaser, or Purchaser's

nominee, upon the terms and conditions set forth in the Offer annexed hereto, as modified by the Order, and to execute all other documents and take all other measures reasonably necessary to effectuate the within authorized sale. Notwithstanding the foregoing, but subject to the provisions hereof, the Receiver may only convey the Assets free and clear of the United States' federal tax liens if the Internal Revenue Service executes a voluntary discharge of those liens.

6. That all parties that assert a claim, interest, lien or encumbrance against the Assets and that are identified on the Schedule of UCC Financing Statements and Real Estate Lien Recordings, annexed hereto, and/or on the certificate of service attached hereto, except as set forth in Paragraph 3 hereof, and subject to the provisions of Paragraphs 7, 10, and 12 hereof, are hereby directed to execute and deliver to the Receiver, within seven days of his written request, mortgage discharges, lien discharges, UCC Financing Termination Statements, and any and all other documents necessary to evidence the discharge of such interests, claims, liens or encumbrances against the Assets, as the Receiver may determine in his sole discretion to be necessary. The execution and delivery of the same shall be without prejudice to or waiver of any and all rights, claims and interests of such parties against the proceeds from the sale of the Assets.

7. The sale shall in all respects be subject to the following sale confirmation process. Immediately upon entry of this order, the Receiver shall run advertisements in *The Wall Street Journal*, *The Providence Journal*, as well as on the website loopnet.com, which advertisements shall contain a summary of the purchase price ordered hereby as well as language soliciting additional higher and better offers

for the Assets. The Receiver has circulated the proposed advertisement in advance hereof and all parties filing objections or responses to the Petition have reviewed and approved the form of advertisement. The final content of the advertisement has been approved by this Court. Higher and/or better offers shall be submitted within thirty (30) days of the running of the first ad, or within any extension period not to exceed twenty (20) days, granted by the Receiver in his sole discretion to any interested and *bona fide* potential offeror.

In the event that no offer is submitted to the Receiver within said thirty (30) day period, upon the Receiver's notice to the Court with copy to the parties filing responses or objections to the Petition of the same, the Offer that is the subject of the Petition shall be deemed the final approved offer for the Assets without further action or notice.

In the event that the Receiver receives an offer other than the Offer which is the subject hereof, then the Receiver shall report the same to the Court and parties in interest in this proceeding. The Internal Revenue Service has agreed to discharge its liens from the Assets to allow a sale pursuant to the Offer to proceed, but only if no other offer is submitted in this proceeding or the IRS determines in its sole discretion that no higher and better offer was made during the sale confirmation process. Thus, if the IRS determines within 1 week of the Receiver's report that an additional offer submitted to the Receiver is higher and better than the Offer, the IRS will not discharge its liens from the Assets to allow a sale pursuant to the Offer to proceed.

If the IRS determines that an additional offer is not higher and better than the Offer, or if the IRS chooses to defer to the Receiver and the Court on this issue, then in the discretion of the Court, with input from all parties in interest, and within one (1) week of the Receiver's report of the same, a hearing may be held to determine whether said offer shall be considered for approval by this Court over the terms of the Offer which is the subject of the Petition. The Court shall consider among other factors whether said new offer would have any material difference in the distribution to secured or unsecured creditors in this proceeding, taking into consideration time, cost and risk inherent in delay associated with consideration of and/or closing of such offer.

In the event that no other offer is submitted to the Receiver, or in the event that the IRS determines that any other offers are not higher and better than the Offer, and if a sale under the Offer closes, the IRS agrees to execute discharges of all of its liens against the Defendant Mt. St. Francis Associates, L.P., arising prior to the closing under the Offer, of any kind, nature, or type whatsoever, recorded or unrecorded, from the Assets. .. The IRS will not levy on any person in an attempt to collect the $300,000 payable by agreement between Purchaser and Giordano, as placed on the record in an order of this date, until the funds have been received by the law firm of Adler Pollock & Sheehan, P.C. ("AP&S"), primarily because no right to payment under that agreement will accrue until the closing. This agreement of the IRS is without prejudice to the IRS position that the anticipated $300,000 payable to AP&S under that agreement is subject to federal tax liens, or any other collection rights of the IRS against Purchaser or any

person. Furthermore, the IRS intends to levy on AP&S immediately after the disbursement of funds at closing, and subsequently as necessary, to collect the entire $300,000 payable to AP&S. Furthermore, the Receiver agrees to provide at least seven (7) days written notice to the Department of Justice Tax Division of the time and place of the closing, to facilitate this levy.

8. That all books and records of the Defendant regarding its business operations, including but not limited to all ledgers, journals, invoices, financial records and statements, employment records, employee benefit records, information and data contained in any computer records, whether or not reduced to hard copy or written record, all sales records and all records pertaining to accounts receivable, (collectively the "Books and Records") shall be delivered to Purchaser upon consummation of the sale of Defendant's operating assets authorized herein. The Books and Records shall be maintained by the Purchaser, in accordance with the requirements of the HUD regulatory agreement, for the benefit of the Receiver, at no charge or cost to the Receiver and the within Receivership Estate. The Receiver and his agents, representatives, employees and designees shall be given reasonable access to the Books and Records upon the Receiver's request, which access shall not interfere with the business operations of the Purchaser. The Purchaser shall not destroy the Books and Records without prior written consent of the Receiver, and the Purchaser shall provide the Receiver with no less than sixty (60) days prior written notice in the event the Purchaser is unable to

continue to maintain the Books and Records during the period that this receivership proceeding remains open.

9. That the Receiver and the Purchaser have agreed that this Court shall retain jurisdiction over the sale of the Assets to Purchaser pursuant to the Offer annexed hereto, and this Court shall have sole and exclusive jurisdiction (subject to rights of appeal) over any issues or disputes regarding the sale of the Assets and the Offer, including but not limited to, such jurisdiction to (i) adjudicate any and all issues arising from or relating to said Offer, (ii) the interpretation of any provisions of said Offer, and (iii) the enforcement of any provisions of said Offer and any provisions of this Order. The United States is bound to the provisions of this order to the extent that it has waived its sovereign immunity. Nothing in this order constitutes a determination that the United States has waived its sovereign immunity with respect to any provision.

10. This Order is being entered contemporaneously with, and subject to, that certain Order addressing Antonio L. Giordano's Opposition to Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens.

11. The Order is being entered contemporaneously with and expressly subject to, that certain Consent Order between and among the United States Department of Housing and Urban Development, Midland Loan Services, Inc., Mt. St. Francis Associates, L.P. and American Senior Living Communities RI, I, LLC (the "Consent Order"). This Order in no way modifies, supersedes, or amends that Consent Order.

12. The $900,000 cash portion of the Offer (referred to in the offer as the "Closing Payment") shall be paid at closing to the Receiver and shall not be reduced by any administrative fees and expenses of the Receiver in this proceeding (except as otherwise provided in this Order or by order of this Court), by any municipal lien amounts owing to the City of Woonsocket, or by any other purported claims against the Closing Payment. Furthermore, Purchaser's obligations to make the Closing Payment and to close shall not be conditioned on any payments to the City of Woonsocket, or on Court approval of the alleged unpaid management fees of Purchaser as an administrative expense.

The $900,000 cash portion of the Offer (or such other cash amount as outlined in any higher and better offer approved by this Court) shall be subject to a separate order of this Court in connection with a Receiver's Motion to Establish Claims Bar Date for Administrative and Secured Claims and for Procedure for Adjudication of Claims. The Order shall, at a minimum, direct all creditors asserting a lien on the Assets or an administrative claim, to file a proof of claim or an application for compensation within forty-five (45) days of the date of such Order. The Court will then, prior to the closing of the Assets which are the subject hereof, determine the allowance and amount of such claims (subject to supplement for amounts which continue to accrue). As soon as practicable after the closing on the Assets, the Court shall conduct a hearing as to the priority of allowed claims which determination by the Court shall be final and binding in all respects (subject to rights of appeal except as to the determination of reasonableness and priority of the Receiver's fees and expenses) upon the parties.

Notwithstanding anything contained herein, the direct costs of the sale confirmation process described in paragraph 7, above, including, but not limited to, advertising costs, copying costs, bid package production and the reasonable expenses of the Receiver directly incurred in the advertisement and bidding process shall be paid from the proceeds of sale before any other claims. The $150,000.00 payment referred to in the Offer, for the Receiver's fees and expenses shall be paid at closing to the Receiver and the Receiver shall be entitled to apply such amount at closing, on account, to his fees and expenses, ultimately subject to final court approval.

Prepared by,

/s/ Joseph P. Ferrucci
Joseph P. Ferrucci (#4231), as and only
as Permanent Receiver of Mt. St. Francis Associates, L.P.
and not individually
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
jferrucci@frlawri.com

ENTERED:

Wendy Seib
Dated: July 31, 2008

PER ORDER:

WSomme
Dated: July 31, 2008

**CERTIFICATION**

I hereby certify that on this ____ day of _____, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq.** - jbrenner@nixonpeabody.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq.** – javanzato@apslaw.com
**Edward Maggiacomo, Esq.** – emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq.** – ashine@wszlaw.com
**Jon N. Savage, Esq.** – jsavage@shslawfirm.com
**Douglas A. Giron, Esq.** – dag@shslawfirm.com
**Marc Wallick, Esq.** – wallicklaw@aol.com
**Charles A. Lovell, Esq.** – cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq.** – gmillsom@apslaw.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Mark Freel, Esq.** - mfreel@eapdlaw.com
**Robert Stolzman, Esq.** – rstolzman@apslaw.com
**John Leonard, Esq.** – jleonard@mdmc-law.com

The following was served upon **Genevieve M. Martin, Esq.**, Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903, **Terry Biafore, Sr.**, Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879, **Lisa Daniels-Burgo, Esq.**, Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903, **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908, **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903, **Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909, via first-class mail, postage prepaid.

/s/ Joseph P. Ferrucci

List of Creditors Attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 08-48-S |
| MT. ST. FRANCIS ASSOCIATES, L.P., | : | |
| Defendant. | : | |

**ORDER**

This matter came before the Court upon the Receiver's Petition to Sell Real Estate and Business Assets Free and Clear of Liens (the "Receiver's Petition"). Antonio L. Giordano ("Mr. Giordano") filed an Opposition to the Receiver's Petition. In his Opposition, Mr. Giordano asserts, under principles of judicial estoppel and promissory estoppel, that American Senior Living Corporation ("ASLC") or any affiliated entity (collectively ASLC or Affiliates") are estopped from purchasing the assets of this Receivership (the "Assets") pursuant to the terms set forth in the Receiver's Petition and based upon Mr. Giordano's Opposition

It is hereby

ORDERED, ADJUDGED and DECREED

as follows:

1. ASLC or Affiliates are estopped from acquiring the Assets unless and until they collectively pay the sum of $300,000 to Adler Pollock and Sheehan P.C. (AP&S") in consideration of certain attorneys' fees incurred in connection with ASLC or Affiliates acquisition of the Assets.

2. The payment of $300,000 to AP&S shall be made at the closing on the sale of the Assets, as follows:

a. $150,000 in current or certified funds; and

b. the balance of $150,000 by delivery to AP&S of a promissory note in said amount which shall have an interest rate of 6.00% per annum payable in 60 equal monthly installments of principal and interest, having the customary provisions of a typical commercial promissory note; provided, however, that if ASLC or Affiliates form another affiliated entity to own and/or operate the Assets then such affiliated entity or both shall also be joint and severally liable on said promissory note.

3. At the closing on the sale of the Assets, Mr. Giordano, ASLC or Affiliates and the Receiver shall provide each other a Release of any and all manner of actions, causes of action, suits, obligations, covenants, contracts, agreements, promises, claims and demands whatsoever, whether in law or equity or otherwise which anyone of them or their heirs, successors, assigns, affiliated entities or subsidiaries ever had, now have, or they shall or may have against one another, arising out of any acts, transactions, losses, contracts, claims, agreements or any other matter or thing done form the beginning of time to the present date relating to the management and/or purchase of the Assets or the nursing home facility known as the Mt. St. Francis Heath Center or otherwise related the subject of these receivership proceedings

WESmith

The Honorable William E. Smith
Judge, U.S. District Court, District of Rhode Island
7/31/08

*461905_1.doc*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTONIO L. GIORDANO, | : | |
| | : | |
| Plaintiff, | : | CA. No. 08-0048-S |
| | : | |
| v. | : | |
| | : | |
| MT. ST. FRANCIS ASSOCIATES, L.P. | : | |
| | : | |
| Defendant. | : | (Formerly Rhode Island Superior Court |
| | : | P.M. No. P.B. 06-3301) |

**CONSENT ORDER**

This matter arose as a result of discussions with the Court in chambers on July 2, 2008, and July 7, 2008. In accordance with those discussions, and upon the agreement and consent of the undersigned parties, it is hereby

ORDERED

that:

1. Notwithstanding any prior Order or Stipulation entered by this Court to date, Midland Loan Services, Inc. (including its participants and affiliates) (collectively "Midland") shall proceed with submitting its elections to assign the first and second mortgages (the "Mortgages") on the subject property located at 4 St. Joseph Street, Woonsocket, Rhode Island (the "Property") to the U.S. Department of Housing and Urban Development ("HUD"), and HUD shall approve the elections to assign as soon as practicable. The remainder of the assignment process will be completed in accordance with any and all applicable contractual, statutory, regulatory or administrative procedures. The assignments themselves will not result in any acceleration of the note balances.

2. Any sale of the Property (including associated business operations) to American

Senior Living Communities RI I, LLC or its nominee ("ASLC"), as currently proposed to this Court by the Receiver and ASLC, shall include a complete and unconditional assumption of the Mortgages by ASLC. ASLC agrees to make the mortgages current with respect to all accrued and delinquent principal by the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement).

3. With regard to debenture interest, HUD will not curtail debenture interest pursuant to 24 C.F.R. § 207.259(b)(1)(iii) during the period of time in which the FHA-insured Mortgages were not assigned to HUD pursuant to the instructions of the Court.

4. ASLC agrees that the amount of all accrued and delinquent interest on the Mortgages through the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement) shall be paid in full to HUD, as Assignee, by ASLC pursuant to the terms of the Mortgages and associated Notes, in the form of a balloon payment added to the final payment of the current mortgage amortization schedule.

5. HUD agrees that it will not put the notes into a note sale until after the Closing date of September 30, 2008, or up to December 31, 2008 (in the event that the existing Purchase and Sale Agreement is extended pursuant to paragraph 5 of the Purchase and Sale Agreement).

6. If the existing Purchase and Sale Agreement between ASLC and the Receiver is terminated for any reason, or the closing does not occur by December 31, 2008, Paragraphs 4 and 5 above, concerning the payment of delinquent interest and the agreement to not include these notes in a note sale, shall terminate. At such time, HUD agrees to consider the terms of any new purchase and sale agreement and make a timely decision as to whether it remains in

HUD's best interest to modify the payment of delinquent interest or to hold these notes.

7. Except as specifically modified with respect to Midland's submission of the elections to assign, and HUD's approval of the elections to assign, the prior Joint Stipulation between Midland and HUD entered by this Court on June 16, 2008 shall remain in full force and effect.

ENTER: Wendy Geil

MIDLAND LOAN SERVICES, INC.

By its Attorney,

Mark W. Freel (#4003)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

ORDER: WSMM 7/31/08

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

By its Attorneys,

Ly T. Nguyen
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza
8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)

MT. ST. FRANCIS ASSOCIATES, L.P.

By the Receiver,

Joseph P. Ferrucci (#4231)
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (Fax)

AMERICAN SENIOR LIVING COMMUNITIES RI I, LLC

By its Attorneys,

Douglas A. Giron ~~Jonathan N. Savage~~ (#2943)
Schechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403