# Proof of Claim for Internal Revenue Taxes

Form 4490

GOVERNMENT EXHIBIT 1

Department of the Treasury/Internal Revenue Service

| | |
|---|---|
| Docket Number | 06-3301 |
| Kind of Proceeding | Receivership |
| Date of Petition | 07/12/2006 |
| Creditor Number | |

In the SUPERIOR Court
for PROVIDENCE, RHODE ISLAND

In the Matter of: MT.ST. FRANCIS ASSOCIATES, L.P.
C/O JOSEPH P. FERRUCCI, ESQ.
55 PINE STREET, SUITE 4
PROVIDENCE, RI 02903

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. MT.ST. FRANCIS ASSOCIATES, L.P. is justly and truly indebted to the United States in the amount of $6,658,415.97 with interest as shown below
2. This debt is for taxes due under the internal revenue laws of the United States as follows:

| *Taxpayer ID Number* | *Kind of Tax* | *Period* | *Tax Due* | *Penalty Due* | *Interest Due* | *Date Tax Lien Arose* |
|---|---|---|---|---|---|---|
| 05-0404824 | WT-FICA | 06/30/1999 | $0.00 | $36,843.26 | $22,869.78 | 09/06/1999 |
| 05-0404824 | WT-FICA | 09/30/1999 | $0.00 | $8,350.59 | $4,323.03 | 12/20/1999 |
| 05-0404824 | WT-FICA | 12/31/1999 | $214,196.13 | $92,363.49 | $119,998.07 | 03/13/2000 |
| 05-0404824 | WT-FICA | 03/31/2000 | $214,196.13 | $92,363.49 | $119,998.07 | 06/12/2000 |
| 05-0404824 | WT-FICA | 06/30/2000 | $164,044.12 | $90,189.87 | $94,061.63 | 10/02/2000 |
| 05-0404824 | WT-FICA | 09/30/2000 | $213,482.78 | $89,465.94 | $101,945.39 | 12/18/2000 |
| 05-0404824 | WT-FICA | 12/31/2000 | $131,164.97 | $68,342.71 | $62,622.29 | 03/19/2001 |
| 05-0404824 | FUTA | 12/31/2000 | $11,821.73 | $6,340.62 | $5,746.53 | 05/07/2001 |
| 05-0404824 | WT-FICA | 03/31/2001 | $207,264.50 | $89,865.49 | $85,457.95 | 06/11/2001 |
| 05-0404824 | WT-FICA | 06/30/2001 | $227,578.71 | $96,795.46 | $86,342.92 | 09/10/2001 |
| 05-0404824 | WT-FICA | 09/30/2001 | $262,302.04 | $109,520.78 | $91,670.89 | 12/17/2001 |
| 05-0404824 | WT-FICA | 12/31/2001 | $321,302.05 | $132,378.80 | $103,935.56 | 03/25/2002 |
| 05-0404824 | WT-FICA | 03/31/2002 | [illegible] | [illegible] | $36,336.59 | 07/08/2002 |
| 05-0404824 | WT-FICA | 06/30/2002 | [illegible] | [illegible] | $27,407.57 | 10/07/2002 |
| 05-0404824 | WT-FICA | 09/30/2002 | [illegible] | $102,562.86 | $62,923.83 | 01/06/2003 |
| 05-0404824 | WT-FICA | 12/31/2002 | $0.00 | $22,775.24 | $4,061.84 | 03/24/2003 |

RECEIPT OF ORIGINAL PROOF OF CLAIM HEREBY ACKNOWLEDGED
(Signature)
9/30/06
(DATE)

(Continued on Page 2)

3. No part of this debt has been paid, and it is now due and payable at the Office of the District Director of Internal Revenue:
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law: See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

**Subscribed and Sworn to Before Me On**

September 29, 2006
Month Day Year

ELENA CAMARDO, Notary Public
My Commission Expires January 16, 2010

Signature

Internal Revenue Service Title
Insolvency Manager

Address Internal Revenue Service
INTERNAL REVENUE SERVICE
68 SEWALL STREET/40 WEST
AUGUSTA, ME 04330-6350



return signed to.P

# Proof of Claim for Internal Revenue Taxes

Form 4490

Department of the Treasury/Internal Revenue Service

In the SUPERIOR Court
for PROVIDENCE, RHODE ISLAND

In the Matter of: MT.ST. FRANCIS ASSOCIATES, L.P.
C/O JOSEPH P. FERRUCCI, ESQ.
55 PINE STREET, SUITE 4
PROVIDENCE, RI 02903

Docket Number
06-3301

Kind of Proceeding
Receivership

Date of Petition
07/12/2006

Creditor Number

(Continued from Page 1)

| *Taxpayer ID Number* | *Kind of Tax* | *Period* | *Tax Due* | *Penalty Due* | *Interest Due* | *Date Tax Lien Arose* |
|---|---|---|---|---|---|---|
| 05-0404824 | FUTA | 12/31/2002 | $773.83 | $193.45 | $159.35 | 03/24/2003 |
| 05-0404824 | WT-FICA | 06/30/2003 | $0.00 | $22,135.08 | $3,649.01 | 09/29/2003 |
| 05-0404824 | WT-FICA | 09/30/2003 | $0.00 | $24,830.13 | $3,978.28 | 12/29/2003 |
| 05-0404824 | WT-FICA | 12/31/2003 | $203,996.04 | $91,629.99 | $36,648.63 | 04/05/2004 |
| 05-0404824 | WT-FICA | 03/31/2004 | $0.00 | $33,398.86 | $4,560.24 | 07/05/2004 |
| 05-0404824 | WT-FICA | 06/30/2004 | $208,317.33 | $89,430.13 | $31,114.57 | 10/04/2004 |
| 05-0404824 | WT-FICA | 09/30/2004 | $287,627.34 | $76,028.22 | $37,008.84 | 12/27/2004 |
| 05-0404824 | WT-FICA | 12/31/2004 | $153,292.93 | $48,598.64 | $17,238.76 | 04/04/2005 |
| 05-0404824 | WT-FICA | 03/31/2005 | $266,643.86 | $86,677.75 | $26,329.36 | 07/04/2005 |
| 05-0404824 | WT-FICA | 06/30/2005 | $228,898.24 | $57,224.56 | $17,390.26 | 09/26/2005 |
| 05-0404824 | WT-FICA | 09/30/2005 | $0.00 | $3,375.69 | $127.09 | 01/02/2006 |
| 05-0404824 | FUTA | 12/31/2005 | $0.00 | $940.10 | $16.42 | 07/10/2006 |
| 05-0404824 | WT-FICA | 03/31/2006 | $0.00 | $12,109.01 | $211.47 | 07/10/2006 |
| | | | $3,768,574.36 | $1,681,707.39 | $1,208,134.22 | |

**Total Amount of Claims:** $6,658,415.97