**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | : | **C.A. No.: 08-048/S** |
| **UNITED STATES OF AMERICA,**<br>**Intervenor-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver,**<br>**Intervenor-Defendants** | : | |

**ASSENTED TO MOTION TO ENLARGE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT IN INTERVENTION**

NOW COME Defendants, Mt. St. Francis Associates, L.P. ("MSF"), by and through its Permanent Receiver, and Joseph P. Ferrucci, Esq., in his capacity as the duly appointed Permanent Receiver of MSF, and not in his individual capacity (the "Receiver") (collectively, the "Defendants"), and each of them, by and through counsel, and hereby move this Court for an order enlarging the time within which the Defendants, and each of them, may answer or otherwise respond to Plaintiff, United States of America's ("United States") Amended Complaint in Intervention in connection with the above-entitled proceeding up to, and including, September 22, 2008.

In support of the within motion the Defendants submit that the United States consents to the relief sought herein.

Respectfully submitted,

Mt. St. Francis Associates, L.P.,
by and through Joseph P. Ferrucci, Esq.,
in his capacity as the duly appointed
Permanent Receiver of
Mt. St. Francis Associates, L.P., and
not in his individual capacity,

By its Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Respectfully submitted,

Joseph P. Ferrucci, Esq., in his capacity as
the duly appointed Permanent Receiver of
Mt. St. Francis Associates, L.P., and not in
his individual capacity

By his Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: August 6, 2008

## CERTIFICATION

I hereby certify that on this 6th day of August, 2008, I served a true and accurate copy of the within via electronic filing upon:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
**James E. Brown, Esq**. – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq.** – javanzato@apslaw.com
**Edward Maggiacomo, Esq.** – emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq.** – ashine@wszlaw.com
**Jon N. Savage, Esq.** – jsavage@shslawfirm.com
**Douglas A. Giron, Esq.** – dag@shslawfirm.com
**Marc Wallick, Esq.** – wallicklaw@aol.com
**Charles A. Lovell, Esq.** – cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq.** – gmillsom@apslaw.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Mark Freel, Esq**. - mfreel@eapdlaw.com
**Robert Stolzman, Esq.** – rstolzman@apslaw.com
**John Leonard, Esq**. – jleonard@mdmc-law.com

In addition, I certify that on that same date the following was served upon **Genevieve M. Martin, Esq**., Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903; **Terry Biafore, Sr.,** Babcock & Hellwell, Inc., 138 Main Street, Wakefield, Rhode Island 02879; **Lisa Daniels-Burgo, Esq**., Housing and Urban Development, 121 South Main Street, Suite 300, Providence, Rhode Island 02903; **Maureen Hobson**, R.I. Department of Health, 3 Capital Hill, Room 404, Providence, Rhode Island 02908; **Jane E. Joly**, Accounting Manager Client Rep, MMJUA of RI, 10 Weybosset Street, Suite 502, Providence, Rhode Island 02903; **Division of Taxation**, State of Rhode Island, One Capitol Hill, Suite 7, Providence, Rhode Island 02909; and **City of Woonsocket** City of Woonsocket, Law Department, 169 Main Street, Woonsocket, RI 02895-4379, via first-class, postage prepaid mail.

/s/ Christopher M. Mulhearn