**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,** **Plaintiff** | : | |
| **v.** | : | **C.A. No.: 08-48/S** |
| **MT. ST. FRANCIS ASSOCIATES, L.P.,** **Defendant** | : | |
| **UNITED STATES OF AMERICA,** **Intervenor-Plaintiff** | : | **(Formerly Rhode Island Superior Court P.M. No.: PB 06-3301)** |
| **v.** | : | |
| **ANTONIO L. GIORDANO, MT. ST. FRANCIS ASSOCIATES, L.P. and JOSEPH FERRUCCI, ESQUIRE, as Receiver,** **Intervenor-Defendants** | : | |

**RECEIVER'S MOTION FOR ORDER ESTABLISHING CLAIMS BAR DATE FOR SECURED AND ADMINISTRATIVE CLAIMS AND FOR PROCEDURE FOR ADJUDICATION OF CLAIMS**

NOW COMES Joseph P. Ferrucci, Esq., (the "Receiver"), in his capacity as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P. ("Mt. St. Francis"), and not in his individual capacity, by and through counsel, and hereby moves this Court for an order (i) establishing a date by which any and all administrative and secured proof of claim against Mt. St. Francis must be filed; (ii) approving the form and content of the proposed Notice and Proof of Claim form; and (iii) establishing a procedure for adjudication of claims in connection with the above-identified proceeding.

## INTRODUCTORY STATEMENT

On March 6, 2008, this Court entered an Order confirming the appointment of the Receiver, together with all other orders previously entered by the Rhode Island Superior Court.

By way of this Motion, the Receiver now seeks approval of the protocol for adjudicating administrative and secured claims, including the establishing of a claims bar date, as a precursor to the review and allowance of claims, and ultimate distribution of proceeds, if any, from the instant receivership estate to allowed claim holders.

## RELIEF REQUESTED

The Receiver requests that this Court establish a so-called claims bar date of October 17, 2008, (the "Bar Date"), for the filing of administrative and secured proofs of claim against Mt. St. Francis.

It is the intent of the Receiver to provide creditors, and interest holders, approximately forty-five (45) days to file a proof of claim from the date of mailing the notice of the Bar Date. Assuming the Court approves this Motion, and enters an Order on or before August 29, 2008, the Receiver will mail the notice of the Bar Date by September 2, 2008.

A copy of the proposed Notice to Creditors of the Claims Bar Date (the "Notice"), and the Proof of Claim form are attached hereto as **Exhibits A and B**, respectively. The Notice and Proof of Claim form provide clear notice and instructions to secured and administrative creditors concerning the contemplated claims process.

The Receiver will mail the Notice and the Proof of Claim form to all administrative creditors known to him, as well as to secured creditors who have recorded liens in either the Land Evidence Records of the City of Woonsocket, Rhode Island or in the Uniform Commercial Code Division of the Office of the Secretary of State for the State of Rhode Island, or both, with respect to Mt. St. Francis.

## SUPPORT FOR REQUESTED RELIEF

The effect upon creditors of the possession by a Receiver of the general assets of a corporation is to add to the creditors already existing rights a right to a proportional share of the impounded assets. 3 Clark, *Law of Receivers*. § 646 (ed. Ed. 1959). The method of determining what creditor claims exist, and their amount, is by the use of a claims procedure. "Since the appointing court, by taking control and possession of the defendant's property, has deprived claimants of their claims against the defendants' property, it must provide a method and procedure to claimants to present and process their claims". 1 Clark at § 125.

The general method to determine existing claims is to require each claimant to assert his claim in the Court in which the Receiver was appointed. Generally, the court issues an order limiting the time within which claims shall be presented and proved in order to facilitate the proceedings and promote dispatch in the settlement of the estate. 3 Clark at § 652. Unless there is a statute providing otherwise, the receivership court, as a court of equity, has the power to fashion the claims procedure as it feels appropriate to promote justice. *See generall*y, Fletcher, *Cyclopedia Corporation,* Receivers, §§ 7898 and 7901 (Perm. Ed. 1979).

The requirement that creditors file proofs of claim subject to review by the Receiver, and objection to improper claims, subject to approval of the Court, similar to the procedures used by the Bankruptcy Court. *See generally*, Federal Rules of Bankruptcy Procedure, 3001 and 3302.

## CONCLUSION

Based on the foregoing, the Receiver requests that this Court issue an Order substantially in the form attached hereto as **Exhibit C** (i) establishing a claims bar date for administrative and secured claims of Mt. St. Francis; (ii) approving the form and content of the Notice and the Proof of Claim form, and (iii) establishing a procedure for adjudication of claims.

Respectfully submitted,

Joseph P. Ferrucci, Esq., in his capacity as the duly appointed Permanent Receiver of Mt. St. Francis Associates, L.P. and not in his individual capacity

By his attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: August 21, 2008

# CERTIFICATION

I hereby certify that on this 21st day of August, 2008, I served a true and accurate copy of the within via electronic filing to:

**Dolce Donovan, Esq.** - dulce.donovan@usdoj.gov
**Jeffrey S. Brenner, Esq**. - jbrenner@nixonpeabody.com
**James E. Brown, Esq**. – james.e.brown2@usdoj.gov
**Joseph Avanzato, Esq.** – javanzato@apslaw.com
**Edward Maggiacomo, Esq.** – emaggiacomo@apslaw.com
**Christopher Little, Esq.** - clittle@lmkbw.com
**Ly T. Nguyen, Esq.** - ly.nguyen@usdoj.gov
**Allan M. Shine, Esq.** – ashine@wszlaw.com
**Jon N. Savage, Esq.** – jsavage@shslawfirm.com
**Douglas A. Giron, Esq.** – dag@shslawfirm.com
**Marc Wallick, Esq.** – wallicklaw@aol.com
**Charles A. Lovell, Esq.** – cal@psh.com
**Deborah B. Buffi, Esq.** - Dbuffi@dhs.ri.gov
**Geoffrey W. Millsom, Esq.** – gmillsom@apslaw.com
**James E. Brown, Esq.** – james.e.brown2@usdoj.gov
**Mark Freel, Esq**. - mfreel@eapdlaw.com
**Robert Stolzman, Esq.** – rstolzman@apslaw.com
**John Leonard, Esq**. – jleonard@mdmc-law.com

The following was served upon the following via first-class mail, postage prepaid on the 21st day of August, 2008:

Genevieve M. Martin, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Terry Biafore, Sr.
Babcock & Hellwell, Inc.
138 Main Street
Wakefield, RI 02879

Lisa Daniels Burgo, Esq.
Housing & Urban Development
121 South Main Street

3-D Electronics Systems Lighting
235 Cottage Street
Franklin, MA 02038

A & R Commercial Ent.
A & R Trailer Rental
67 Roy Avenue
Woonsocket, RI 02895

Abacus Business Systems
4 Plain Street East
Berkley, MA 02779

Adler Pollock & Sheehan
1 Citizens Plaza, 8th Fl
Providence, RI 02903

Air Conditioning Services
P.O. Box 10307
Cranston, RI 02910

Altaf A. Girach, MC
20 Cumberland Hill Road
Woonsocket, RI 02895

American Heritage Life
P.O. Box 650514
Dallas, TX 75265

Angell Street Psychiatry
1351 South County Trail
Bldg. 2 Suite 210
East Greenwich, RI 02818

Arcadia Health Care-Prov
P.O. Box 673174
Detroit, MI 48267

Arch Wireless
Attention: Sylvia Sadler
890 East Heinberg Street
Pensacola, FL 32501

AT&T
PO box 2969
Omaha, NE 68103

Automatic Heating Equipment
400 Charles Street
Providence, RI 02904

Automatic Laundry Service
45 Border Street
West Newton, MA 02465

Beacon Mutual Insurance
One Beacon Centre
Warwick, R. I. 02886-1378

Bernard Food Industries
PO Box 1497
Evanston, IL 60204

BESAM Automated Entrance
PO Box 827375
Philadelphia, PA 19182

Best Plumbing Specialties
PO Box 480
Frederick, MD 21705

Blackstone V Office Systems
6 Blackstone Valley Place/Ste 203
Lincoln, RI 02865

Boisclair Lock & Safe
439 Rathbun Street
Woonsocket, RI 02895

Boston Orthotics, Inc.
10 Oak Street
Taunton, MA 02780

Briggs Corporation
P.O. Box 1355
Des Moines, IO 50305

Can-Do Products, Inc.
1655 Elmwood Ave.
Cranston, RI 02910

Ceiling Pro
802 Main Street
Warren, RI 02885

Central Scale Company
PO Box 8886
2027 Elmwood Avenue
Warwick, RI 02888

Chamber of Commerce
Northern R.I.
6 Blackstone Valley PL
Lincoln, RI 02865

Chemsearch
PO Box 971269
Dallas TX 75397

City of Woonsocket
Water Division/ Sewer
169 Main Street
Woonsocket, RI 02895

Coast To Coast Computer
P. O. Box 2418
North Hills, CA 91393

Colonial Medical
Assisted Devices
14 Celina Ave. Unit 15
Nashua, NH 03063

Columbus Door Company
1884 Elmwood Avenue
Warwick, RI 02888

Compurent, Inc.
P. O. Box 603333
Providence, RI 02906

Cox Communications
P. O. Box 39
Newark, NJ 07101

Creative Juice Concentration
P. O. Box 5
Woonsocket, RI 02895

| | | |
|---|---|---|
| Crest Healthcare Supply<br>P. O. Box 727<br>195 S. 3rd Street<br>Dassel, MN 55325 | D Larsen & Sons<br>2 Huckleberry Court<br>Warwick, RI 02888 | D & H Therapy<br>100 Smithfield Ave.<br>Pawtucket, RI 02860 |
| Delta Dental<br>PO Box 1176<br>Providence, RI 02901 | Delta Elevator Service<br>100 Minnesota Avenue Unit #6<br>Warwick, RI 02888 | Direct Supply Equipment<br>PO Box 88201<br>Milwaukee, WI 53288 |
| Division of Taxation State of RI<br>1 Capitol Hill Ste 7<br>Providence, RI 02909 | DakotaTek<br>1160 NW Constellation Drive<br>Bend, OR 97701 | East Side Clinical Lab<br>225 Willett Avenue<br>East Providence, RI 02915 |
| ECOLAB<br>PO Box 905327<br>Charlotte, NC 28290 | Energy Electric Co., Inc.<br>1064 South Main Street<br>Bellingham, MA 02019 | F.G. Lees & Son, Inc.<br>161 Admiral Street<br>Providence, RI 02908 |
| Fire Suppression Services<br>70 Bacon Street<br>Pawtucket, RI 02860 | First Colony Life Ins.<br>75 Remittance Dr / Ste 1906<br>Chicago, IL 60675 | First Service New England<br>PO Box 5<br>Fiskeville, RI 02823 |
| Fontana’s Flowers & GHS<br>1098 Diamond Hill Road<br>Woonsocket, RI 02895 | Gaymar Industries<br>PO Box 1308<br>Buffalo, NY 14240 | Geriatric Medical Supply<br>PO Box 9127<br>Chelsea, MA 02150 |
| Grainger<br>430 Central Avenue<br>Pawtucket, RI 02861 | Graybar<br>PO Box 414426<br>Boston, MA 02241 | Haldeman Hydraulics Mfg.<br>1160 Pulaski Blvd<br>Bellingham, MA 02019 |
| Healthcare Services Group<br>3220 Tillman Drive Suite 300<br>Bensalem, PA 19020 | Hill –Rom<br>PO Box 643592<br>Pittsburgh, PA 15264 | Hrdirect<br>PO Box 452019<br>Sunrise, FL 33345 |
| Hubert Company<br>PO Box 631642<br>Cincinnati, OH 45263 | Hygrade Business Group<br>PO Box 48047<br>Newark, NJ 07101 | InteliStaf HealthCare<br>1000 S. Rodney Parham<br>Little Rock, AR 72204 |

J.P. Serpa Creamery, Inc.
PO Box 153
591 Metacom Avenue
Bristol, RI 02809

Jefferson Pilot Financial
PO Box 0821
Carol Stream, IL 60132

KCI USA
Clinical Advantage
PO Box 203086
Houston, TX 77216

Krystal Kleer
PO Box 13604
Philadelphia, PA 19101

Lab Safety Supply
PO Box 5004
Janesville, WI 53547

Maureen Hobson
R.I. Department of Health
3 Capital Hill, Room 404
Providence, RI 02903

Lincoln Pest Control
883 Smithfield Avenue
Lincoln, RI 02865

Long Term Care Psychiatry
345 Blackstone Blvd.
Weld Bldg. – 1st Fl
Providence, RI 02906

M & N International
PO Box 64784
St. Paul, MN 55164

Mac-Gray
PO Box 845659
Boston, MA 02284

Marshall Electric Co.
200 Broad Street
Providence, RI 02903

MAS Medical Staffing Corp.
500 Harvey Road, Suite 304
Manchester, NH 03103

Maxim Staffing
ATTENTION ELLEN COBB
7227 Lee DeForest Drive
Columbia, MD 21046

Med Tech Ambulance Service
PO Box 2263
Pawtucket, RI 02861

Medline Industries Inc.
PO Box 92301
Chicago, IL 60675

Mobilex USA
The Highlands
920 Ridgebrook Road
Sparks, MD 21152

Motors, Hoists & Controls
179 Railroad Street
PO Box 1325
Woonsocket RI 02895

McBee Systems, Inc.
2000 S. Thompson Street
Flagstaff, AZ 86001

Neighborcare
PO Box 758844
Baltimore, MD 21275

Neighborcare, Inc. At Home
PO Box 81026
Woburn, MA 01813

Network Services Company
(Perkins)
630 John Hancock Road
Taunton, MA 02780

New England Ambulance
PO Box 8627
Cranston, RI 02920

New England Bariatrics
20 No. Plains Ind. Rd.
Wallingford, CT 06492

New England Gas Co.
1595 Mendon Road
PO Box 7900
Cumberland, RI 02864

New England Line Network
20 Morgan Mill Road
Johnston, RI 02919

North Coast Medical, Inc.
Attn: Acct. Receivable
18305 Sutter Blvd.
Morgan Hill, CA 95037

NorthEast Pest Control
PO Box 5179
Greene, RI 02827

Nursefinders
524 East Lamar Blvd., Ste. 300
Arlington, Texas 76011

National Grid
Processing Center
Woburn, MA 01807

Omnicare
Corporate Offices
1600 River Center 2
100 East River Center Blvd.
Covington, KY 41011

P & L Sales, Inc.
PO Box 262
Woonsocket, RI 02895

Patriot Disposal Co.
2208 Plainfield Pike
Johnston, RI 02919

Personal Safety Corp.
PO Box 128
Hiawatha, IA 52233

Petro Commercial Services
PO Box 140246
Brooklyn, NY 11214

Elaine Piasecki
45 Glen View Drive
Cranston, RI 02920

Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pitney Bowes Credit Corp. PO Box
856460
Louisville, KY 40285

Positive Promotions
15 Gilpin Avenue
PO Box 18021
Hauppauge, NY 11788

Power Equipment Co.
7 Franklin McKay Drive
Attleboro, MA 02703

Prime Care Services
339 Almond Street
Fall River, MA 02721

PRN Health Services, Inc.
4321 W. College Avenue / Ste 200
Appleton, WI 54914

Providence Journal
75 Fountain Street
Providence, RI 02901

R.I.M.M.J.U.A.
10 Weybosset Street / Suite 502
Providence, RI 02903

ReadyNurse
Staffing Services
2602 Highlands Blvd. N.
Palm Harbor, FL 34684

Rehab Hospital of RI
116 Eddie Dowling Hwy
No. Smithfield, RI 02896

The Relizon Company
Attention Teresa Williams
220 East Monument Avenue
Dayton, OH 45402-1223

Respiratory Health Service
PO Box 631289
Baltimore, MD 21263

RIET
Employer Tax Section
1 Capitol Hill – Ste 36
Providence, RI 02908

Norma E. Robinson
Robinson Time Service & Sales
1103 Cranston Street
Cranston, RI 02920

S & S Worldwide, Inc.
Accts Receivable
PO Box 210
Hartford, CT 06141

Sammons Preston
PO Box 93040
Chicago, IL 60673

Sara Lee
ATTENTION ANNETTE EDLER
111 Corporate Office Dr., Ste. 200
Earth City, MO 63045

Shred-It
1 Wholesale Way
Cranston, RI 02920

Simplexgrinnell LP
Dept. CH 10320
Palatine, IL 60055

Sizewise Rentals
204 W. 2nd Street
PO Box 320
Ellis, KS 67637

Specialty Medical Group
909 Summer Street
Stoughton, MA 02072

St. Joseph Health Services of RI
PO Box 846087
Boston, MA 02284

Standard Electric
PO Box 5-0652
Woburm, MA 01815

Starkweather & Shepley
60 Catamore Blvd.
E. Providence, RI 02914

Stericycle Inc.
PO Box 9001590
Louisville, KY 40290

Suburban Mortgage Assoc.
4630 Montgomery Avenue / Ste 500
Bethesda, MD 20814

Superior Medical
8524 Hwy 6 North,#315
Houston, TX 77095

State of Rhode Island
Department of Labor & Training
1511 Pontiac Avenue
Cranston, RI 02920

Internal Revenue Service
Special Procedures Function
380 Westminster Street
Providence, RI 02903

The Home Depot Supply
PO Box 509058
San Diego, Ca 92150

The Woonsocket Call
PO Box A
Woonsocket, RI 02895

Tropic Juice Co., Inc.
25 Frost Avenue
Warwick, RI 02888

United Healthcare Ins. Co.
Dept. CH 10151
Palatine, IL 60055

The Valley Breeze
2190 Mendon Road Ste#1
Cumberland, RI 02864

Vanguard H.M.E.
PO Box 846118
Boston, MA 02284

Verizon
PO Box 1
Worcester, MA 01654

W.B. Mason Company
PO Box 111
59 Centre Street
Brockton, MA 02303

Weld/Power Service Co.
14 Technology Drive
Auburn, MA 01501

Wolters Kluwer Financial
6851 Saukview Drive
PO Box 1493
St. Cloud, MN 56302

Woonsocket Supply Co.
PO Box 359
125 So. Main St.
Woonsocket, RI 02895

ZEP Manufacturing Co.
PO Box 3338
Boston, MA 02241

Anchor Printing
578 Smithfield Avenue
Pawtucket, RI 02868

WNRI Radio Station
786 Diamond Hill Road
Woonsocket, RI 02895

NE Surgical
PO Box 470
Fall River, MA 02722

Social Security Administration
PO Box 3430
Philadelphia, PA 19122-9985

Blue Cross Blue Shield of RI
Manuell Gaidola
444 Westminster Street
Providence RI 02903-3279

Rawlings Financial Services LLC
United Healthcare of New England
Attn: Erin Jarrett
PO Box 740016
Louisville, KY 40201-9802

The Hartford Life
Retirement Plan Solutions
PO Box 1583
Hartford, CT 06144-1583

Jane E. Joly
Accounting Manager Client Rep
MMJUA of RI
10 Weybosset Street
Providence, RI 02903

Division of Taxation
State of Rhode Island
One Capitol Hill, Suite 7
Providence, RI 02909

City of Woonsocket
Law Department
169 Main Street
Woonsocket, RI 02879

Evelina Durand
C/o Irene Newlands
37 Olo Street
Woonsocket, RI 02895

Raymond Gagne
c/o Frank A. Lombardi, Esq.
395 Smith Street
Providence, RI 02908

Patricia Austin
165 Overlook Drive
East Greenwich, RI 02818

Corrie Killebrew
C/o Yolanda Johnson
347 Paradis Avenue
Woonsocket, RI 02895

Medora Frechette
C/o Barbara Frechette
38 Rivulet Street
Woonsocket, RI 02895

Gerard Gagnon
C/O Geraldine Gagnon
350 Maple Street
Woonsocket, RI 02895

Alfred Pinocci
1350 Tarkiln Road
Harrisville, RI 02830

Mary Dangelowicz
C/oTheresa Dangelowicz
23 School Street
Providence, RI 02909

Joseph Aguair Jr.
84 Stevens Avenue
W. Warwick, RI 02893

Edgar Ayotte
C/o Roger Ayotte
62 Field View Drive
Warwick, RI 02886

Ernest Benoit
C/o Caroline Lanctot
19 Spring Street
Woonsocket, RI 02895

Rose Campbell
C/o Claire Campbell
120 Pilgrim Parkway / Unit 10
Warwick, RI 02886

Michael Chodorowski
C/o Carol & Lrobert Rayno
65 Pond Road
Cumberland, RI 02864

Margery Copice
C/o Ernie Copice
274 Fairview Avenue
Coventry, RI 02816

Patricia Correira
C/o Diane Kingston
180 Cottage Streeet
Woonsocket, RI 02895

Bertha Duprix
C/o Denise Kilpatrick
2 Arnold Road, Apt. 3
North Attleboro, MA 02760

Peter Erickson
C/o Michael Erickson
1239 Manville Road
Woonsocket, RI 02895

Lucienne Hemond
C/o Rene Hemond
33 Sidney Avenue
Woonsocket, RI 02895

Adrienne Dufresne
C/o Roger Dufresne
222 Phillips Street
Woonsocket, RI 02895

Walter Lauzon
C/o Marc Lauzon
185 Spring Street
Woonsocket, RI 02895

Doris Marini
C/o Gary Marini
161 Warwick Street
Woonsocket, RI 02895

Joseph Dreyer
C/o Robert Dreyer
74 Osage Drive
Warwick, RI 02886

Gracinda Ereio
C/o Al Ereio
3576 Daimond Hill Road
Cumberland, RI 02864

Viola Hourihane
C/o Louise Forestal
80 Elbow Street
Bellingham, MA 02019

Florence Laprade
150 First Avenue
Woonsocket, R. I. 02895

Jeanne Laquerre
C/o Simone Mandaville
19390 Saddlebrook, CT 33903

Barbara Monteiro
C/o Denise Jacobson
103 Rustic Acres
Glocester, RI 02814

Martin Moy
C/o Pat Richmond Jones
30 Colwell Drive
Cumberland, RI 02864

City of Woonsocket
Tax Collector
169 Main Street
Woonsocket, RI 02895-4379

Lillian Peotrowski
C/o Shirly Miller
14 French Street
Pawtucket, RI 02868

Beatrice Ross
C/o Marguerite Duragan
52 St. Barnable Street
Woonsocket, RI 02895

Annette Sirois
C/o Ernest Sirois
71 Evelyn Way
Chepachet, RI 02814

Anna Soloway
C/o John Donahue Jr.
396 Laurel Hill Avenue
Cranston, RI 02920

Theresa Yozura
C/o David Yozura
94 Middle St
Woonsocket, RI 02895

James Almeida
C/o Joseph Almeida
165 Piedmont St
Woonsocket, RI 02895

Rita Blanchette
C/o Mary Batalon
1 Farmcrest Rd
Cumberland, RI 02864

Sarah Brooks
Frank Staples
13 Jenckes Road
Cumberland, RI 02864

Anna Buckley
C/o Genevieve Wiegand
189 Carnation Street
Woonsocket, RI 02895

Dorothy Benoit
C/o David Portman
305 Polly Lane
Woonsocket, RI 02895

Br. Fred Bouchard
685 Steere Farm Rd.
Pascoag, RI 02859-4601

Ms. Lucy Houle
c/o Mr. Paul Trinque
212 Patton Road
Woonsocket, RI 02895

Ms. Lillian Jacobs
C/o Mr. William Jacobs
37 Rand Street
Warwick, RI 02889

Ms. Rene Lefrancois
C/o Mr. Richard Gosselin
619 Cass Avenue
Woonsocket, RI 02895

Ms. Jeanne Lussier
C/o Marc Lussier
64 Mulberry Circle
Johnston, RI 02919

Armand Mercier
C/o Barbara Mercier
136 Roland Street
Cumberland, RI 02864

Adelina Paul
C/o Irene Brown
520 2nd Avenue, Apt. 309B
Woonsocket, RI 02895

Rita Reber
C/o Thomas Reber
19 Circle Street
Woonsocket, RI 02895

Marcel Rivard
C/o Cecile Rivard
547 Clinton Street
Woonsocket, RI 02895

Robert Robidoux
C/o Doris Robidoux
192 Railroad Street
Manville, RI 02838

Philippe Ayotte
C/o Gerarld Ayotte
4 Woonsocket Hill Road
North Smithfield, RI 02896

Olive Barchiesi
C/o Elaine Enright
3190 Mendon Road
Cumberland, RI 02864

Blanche Bertrand
C/o Raymond Bertrand
5790 Parkview Lane
Orlando, FL 32831-5506

Clara Celentano
C/o Michelle Metzdorf
15604 Sunny Cove Dr.
Olalla, WA 98359

Camille Champagne
C/o Alfred Caron
2970 Mendon Road, Apt. 137
Cumberland, RI 02864

Annette Chandler
C/o Suzanne Laplante
217 Douglas Pike
North Smithfield, RI 02896

James Chatty
C/o Patricia Chatty
236 Bernice Avenue
Woonsocket, RI 02895

Rose Deldeo
C/o Peter Capobianco
5 Karen Circle, Unit 13
Billerica, MA 01821

Elaine Filion
C/o Sherri Chamberland
195 Main Street
Pascoag, RI 02859

Ovila Genereux
C/o Raymond Vadnais
151 Baxter Street
Pawtucket, RI 02861

Lucy Guilbeault
C/o Diane Gelardi
30 East View Avenue
Cranston, RI 02910

Annette Lambert
C/o Theresa Plouffe
121 Earl Street
Woonsocket, RI 02895

Stella Miszkiewicz
C/o Steven Miszkiewicz
36 Farm Drive
Cumberland, RI 02864

Lilia Parenteau
55 Lakeview Avenue
Bellingham, MA 02019

Jenny Tedeschi
C/o Orazio Tedeschi
947 Charles Street, Apt. 22
North Providence, RI 02904

Irma Bachand
C/o Maurice Bachand
83 Elm Street
Blackstone, MA 01504

Flora Bourget
C/o Lucille Rondeau
100 Wood Avenue
Woonsocket, RI 02895

Franklyn Cook
C/o Margaret Hetu
165 Summer Street
Wrentham, MA 02903

Mary Evans
C/o Helene Edmondson
300 Priviledge Street
Woonsocket, RI 02895

Germaine Forestal
C/o Dan Forestal
80 Elbow Street
Bellingham, MA 02819

Fernande Geoffroy
C/o Lucille Donely
18 Robert Hill Drive
North Attleboro, MA 02760

Lillian Godin
C/o Estelle Comire
514 Robinson Street
Woonsocket, RI 02895

Blanche Jencks
C/o Rev. Jefferey Jencks
80 Fisher Road, Apt. 2
Cumberland, RI 02864

Marion Lambert
C/o Kathleen Robinson
44 Gongdon Avenue
North Kingstown, RI 02852

Rodolphe Lauzon
C/o Jacqueline Lauzon
571 Winter Street
Woonsocket, RI 02895

Eva Robidoux
C/o Suzanne Pontbriand
28 Bouvier Avenue
Manville, RI 02838

Loretta Salvadore
C/o Joseph Perry
78 Tremont Street
Central Falls, RI 02863

Willie Bonneau
C/o Lucille Cote
757 Grove Street
Woonsocket, RI 02895

Andre L. Lapre
C/o Theresa Badeau
218 Pond Street
Parkview Manor # 803
Woonsocket, RI 02895

Blanche Martin
C/o Debbie Morgan
847 Read School House Road
Coventry, RI 02816

Hortense Fuller
C/o Nancy Desmarais
431 Bernon Street
Woonsocket, RI 02895

May Cherrette
C/o Connie Mongiofico
104 Village Road, Apt. 6
Woonsocket, RI 02895

Doris Courtens
C/o Richard Courtens
2970-7 Mendon Road
Cumberland, RI 02864

Rita Dennette
C/o William Mellon
40 Brae Burn
Somers, CT 06071

Barbara Gilfillian
C/o Pat Coleman
1 Chamberlain Court
North Smithfield, RI 02896

Robert Guertin
C/o Clara Holding
641 Blackstone Street
Uxbridge, MA 01569-1909

Mary Kucharski
C/o Ray Kucharski
Deerfield Commons
St. Paul Street
North Smithfield, RI 02896

Constance LaFleche
C/o Margaret Carter
218 Fairfield Street
Woonsocket, RI 02895

Elaine Loya
C/o Theresa Smith
14 Washington Street
Woonsocket, RI 02895

Edward Miner
C/o Gary Miner
16 Greene Street
Woonsocket, RI 02895

Blanche Moni
C/o Lynne Horne
606 Mowry Street
Harrisville, RI 02830

Eva Moyen
C/o Darlene Trudeau
80 Summit Street
Woonsocket, RI 02895

Lydia Nadeau
c/o James Bernard
155 Railroad St 1
Manville, RI 02838-1114

Isabel Panknin
C/o Ernest Dias
229 Getchell Avenue
Woonsocket, RI 02895

Anna Rousseau
C/o Claudette Lafond
185 Hunt Street
Central Falls, RI 02863

Elphege Saucier
C/o David & Sandra Saucier
543 Newport Avenue
Attleboro, MA 02703

Lucien Belisle
C/o Gertrude Gaudette
196 Old River Road, #7C East
Lincoln, RI 02865

Bernadette Bousquet
C/o Loretta Hardy
22 Kossuth Street
Pawtucket, RI 02860-2308

Theodore Chevrette
C/o Florence Brodeur
547 Clinton Street
Apt. 419, Kennedy Man
Woonsocket, RI 02895

Cecillia Chodorowski
C/oCarol & Robert Rayno
65 Pond Road
Cumberland, RI 02864

Ambrose Clarey
C/oMartin F. Clarey
351 New London Avenue
Warwick, RI 02886

Elaine Tellier
675 Pointsettia Drive
Largo, Florida 33770

Patterson Medical Supply, Inc.
d/b/a/Sammons Preston
1000 Remington Blvd, Suite 210
Bolingbrook, Ill 60440

Internal Revenue Service
68 Seawall Street/40 West
Augusta, MA 04330-6350

Rhode Island Dept. of Labor and Training
One Capitol Hill, Suite 36
Providence, RI 02908

City of Woonsocket
Law Department
169 Main Street
Woonsocket, RI 02895-4379

Brother Richard Boucher, SC
c/o Brother Raymond F. Reinsant
685 Steere Farm Road
Pascoag, RI 02895

Donald Aguiar
c/o Joseph Aguiar
84 Stevens Avenue
West Warwick, RI 02893

Geriatric Medical & Surgical Supply Co.
404 3rd Street
Everett, MA 02149

Grancinda Ereio
c/o Enos S. Ereio
37 Columbus Street
Providence, RI 02908

Perkins Paper Inc.
630 John Hancock Road
Taunton, MA 02780

Flora Bourget
Mt. St. Francis Health Center
4 St. Joseph Street
Woonsocket, RI 02895

East Side Clinical Laboratory
10 Risho Avenue
East Providence, RI 02914

Weld Power Service Company
14 Technology Drive
Auburn, MA 01501

Theodore Chevette
c/o Florence Bordeau
547 Clinton Street
Woonsocket, RI 02895

Hygrade Business Group, Inc.
232 Entin Road, Suite 1
Worcester, MA 01607

Besam Entrance Solutions
345 Greenwood Street, Suite 1
Worcester, MA 01607

Medline Industries, Inc.
One Medelein Place
Mundelein, IL 60060

Symphony Diagnostic Services No. 1, Inc.
d/b/a Mobilex USA
920 Ridgebrook Road, 2nd Floor
Sparks, MD 21152

Gaymar Industries, Inc.
10 Centre Drive
Orchard Park, NY 14127

Lab Safety Supply
401 S. Wright Road
Janesville, WI 53546

Stericycle, Inc.
2333 Waukegan Road, Suite 300
Bannockburn, IL 60015

Kinetic Concepts, Inc.
8023 Vantage Drive
San Antonio, TX 78230

Lefkowitz, Garfinkel, Champi & DeRienzo P.C.
10 Weybosset Street
Providence, RI 02903

Best Plumbing Specialties, Inc.
3039 Ventrie Court
Myersville, MD 21773

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Irene J. Dumont
c/o Monique J. Marcotte
94 Lonsdale-Main Street
Lincoln, RI 02865

Robert E. Robidoux
c/o Doris R. Robidoux
80 Bouvier Avenue
Manville, RI 02838

Vanguard Home Medical Equipment
155 Jefferson Boulevard
Warwick, RI 02888

New England Surgical, Inc.
P.O. Box 470
Fall River, MA 02722

Nursefinders, Inc.
c/o Mark S. Dugan, Esq.
Burnett Plaza, Suite 2000
801 Cherry Street, Unit #46
Fort Worth, TX 76102

Tyco Healthcare Group LP
(Kendall Healthcare)
15 Hampshire Street
Mansfield, MA 02048

Robert J. Quertin, Sr.
c/o Clara F. Holding
641 Blackstone Street
Uxbridge, MA 01569

Lucy Guilbeault
c/o Diane Lucy Gelardi
30 East View Avenue
Cranston, RI 02920

Thomas O'Connor
Fire Suppression Systems Group
70 Bacon Street
Pawtucket, RI 02860

Annette Elder
c/o Sara Lee Food Service, Inc.
Credit Manager
P.O. Box 70819
Chicago, IL 60673-0819

Nurses PN
c/o Dan Des Jardins
4321 W. College Avenue #200
Appleton, WI 54914

Ecolab, Inc.
655 Lone Oak Drive
Bldg A-1
Eagan, MN 55121

Frank A. Vizzacco
Northeast Pest Control
52 Benefit Street
Greene, RI 02827

Raymond Lacourse
c/o J.D. Lacourse & Son, Inc.
260 Middle Street
Pawtucket, RI 02860

Michael J. Larson
c/o National Grid
Sr. Analyst, Credit & Collections
P.O. Box 960
Northborough, MA 01532

Robert McLaren
Controller
c/o Primecare Services
339 Almond Street
Fall River, MA 02721

Tori Marie Toney
Bankruptcy Specialist
c/o Verizon New England
3900 N. Washington Street, 1st Flr.
Wilmington, DE 19802

Joseph W. Wilks
c/o Respiratory Health Services, LLC
101 East State Street
Kenneth Square, PA 19348

Midland Loan Services, Inc.
10851 Mastin Street, Suite 700
Overland Park, KS 66210

Health Facilities Associates
c/o Health Concepts
359 Broad Street
Providence, RI 02907

Sal Corio
SJ Corio Company
22 Dewey Avenue # 6
Warwick, RI 02889

/s/ Christopher M. Mulhearn