**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Intervenor-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver,**<br>**Intervenor-Defendants** | : | **(Formerly Rhode Island Superior Court**<br>**P.M. No.: PB 06-3301)** |

**NOTICE OF CLAIMS BAR DATE FOR DEADLINE FOR FILING SECURED AND ADMINISTRATIVE CLAIMS: OCTOBER 17, 2008**

PLEASE TAKE NOTICE that the United States District Court for the District of Rhode Island (the "District Court") has entered its Order establishing a deadline of October 17, 2008, by which secured and administrative Proofs of Claim must be submitted to the Receiver, Joseph P. Ferrucci, Esq. (the "Receiver"), by all persons or entities that hold or assert that they have or hold a secured or administrative claim ("Claim") (as defined below) against, or interest in Defendant. **UNLESS THE COURT ORDERS OTHERWISE, ALL PERSONS OR ENTITIES THAT FAIL TO SUBMIT A SECURED/ADMINISTRATIVE PROOF OF CLAIM IN ACCORDANCE HEREWITH SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM RECEIVING DISTRIBUTIONS FROM THE RECEIVER ON ACCOUNT OF SUCH CLAIMS.**

As used in this notice, administrative claim shall mean those claims for which post-receivership services were performed or goods were purchased to benefit the receivership estate and secured claim shall mean those claims for which the claimant has recorded liens in either Land Evidence Records of the City of Woonsocket, Rhode Island or at the Uniform Commercial Code Division of the Office of the Secretary of State for the State of Rhode Island, or both.

**Only those individuals and entities who hold allowed Secured/Administrative Claims will be eligible to receive distributions from the receivership estate**.

All persons or entities holding, or asserting that they hold such a Secured/Administrative Claim or right to distribution, or who otherwise wish to pursue relief relating to such a Secured/Administrative Claim, must do so by filing a Secured/Administrative Proof of Claim as provided herein and in accordance with the Proof of Claim form distributed by the Receiver. **You must submit a Proof of Claim so that it is <u>actually received</u> by the Receiver no later than October 17, 2008.**

**THE BAR DATE NOTICE APPLIES TO (1) EVERY SECURED AND ADMINISTRATIVE CLAIM AGAINST DEFENDANT. UNLESS OTHERWISE ORDERED BY THE COURT, DISTRIBUTION WILL BE MADE ONLY TO PERSONS OR ENTITIES WHO HAVE SUBMITTED ALLOWED CLAIMS**.

When you submit a Proof of Claim form in this case, you consent to the jurisdiction of the United States District Court for Rhode Island for all purposes, including a determination, among other things, as to the validity and amount of your Claim. In submitting a Proof of Claim, you agree to be bound by the actions of the District Court even if that means that your Claim is limited or denied. By submitting a Proof of Claim, you further agree that your participation in any distribution of the receivership estate may exclude you from any other remedies.

In order to assist the Receiver, the District Court, and other parties in interest in reviewing your Claim, you must submit, in addition to your Proof of Claim, a copy of all documents evidencing your Claim, including but not limited to any stock certificates, cancelled checks (front and back), invoices, statements, or other documents evidencing the amount or basis of your Claim, and any document evidencing a security interest, if any. **FAILURE TO SUBMIT APPROPRIATE SUPPORTING DOCUMENTS MAY RESULT IN DENIAL OF YOUR CLAIM**.

You must inform the Receiver if you change your address after you submit your Proof of Claim. In addition, you should also inform the Receiver if the address to which this notice was mailed is incorrect.

**YOU MAY WANT TO CONSULT YOUR OWN ATTORNEY. YOU HAVE THE SOLE RESPONSIBILITY TO CORRECTLY AND TIMELY SUBMIT THE PROOF OF CLAIM FORM**.

Submit the original Proof of Claim to the Receiver at the following address via certified mail, return receipt requested:

Joseph P. Ferrucci, Receiver
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

**PROOFS OF CLAIM WILL BE DEEMED FILED ONLY WHEN ACTUALLY RECEIVED BY THE RECEIVER.**

Respectfully submitted,

/s/ Joseph P. Ferrucci_______

Joseph P. Ferrucci (#4231), as and only
as Permanent Receiver of Mt. St. Francis
Associates, L.P. and not individually
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: jferrucci@frlawri.com

Dated: August __, 2008