**EXHIBIT "B"**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,** | : | |
| **Plaintiff** | : | |
| | : | **C.A. No.: 08-48/S** |
| **v.** | : | |
| | : | |
| **MT. ST. FRANCIS ASSOCIATES, L.P.,** | : | |
| **Defendant** | : | |
| | : | **(Formerly Rhode Island Superior Court** |
| **UNITED STATES OF AMERICA,** | : | **P.M. No.: PB 06-3301)** |
| **Intervenor-Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANTONIO L. GIORDANO,** | : | |
| **MT. ST. FRANCIS ASSOCIATES, L.P.** | : | |
| **and JOSEPH FERRUCCI, ESQUIRE,** | : | |
| **as Receiver,** | : | |
| **Intervenor-Defendants** | : | |

**RECEIVERSHIP PROOF OF CLAIM FORM**

I, ______________________________________________, being duly sworn, depose and say:

_____ (INDIVIDUAL) I am the claimant herein.

_____ (PARTNERSHIP) I am a partner of ____________________________________________ which is the claimant herein.

_____ (CORPORATION) I am an officer, to wit, ___________________________________________ of ___________________________________________________________which is the claimant herein.

The full address of the claimant is ________________________________________________________ ____________________________________________________ (complete address, including zip code).
That on the _______ day of ____________________, ______, **MT. ST. FRANCIS ASSOCIATES, L.P.,** lately doing business at Woonsocket, Rhode Island, did owe and still does owe the claimant a balance of $_____________________________________ dollars, **a statement of which account is attached hereto**.

That such account is just, true and correct, and said balance is now due claimant from debtor.

That no part thereof has been paid or satisfied, and that there are no set-offs, or counterclaims thereto, to the knowledge or belief of deponent.

That the attorneys named on this Proof of Claim are hereby made and constituted attorneys for all purposes whatsoever in connection with this claim with full power of substitution (if an attorney is filing for you).

_______________________________________
(Signature of Claimant)

STATE OF ______________________________

COUNTY OF ____________________________

Subscribed and sworn to before me on this ___________ day of ___________________, 2008.

_______________________________________
Notary Public
My Commission Expires:_________________________