**EXHIBIT "C"**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTONIO L. GIORDANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**MT. ST. FRANCIS ASSOCIATES, L.P.,**<br>**Defendant** | : | **C.A. No.: 08-48/S** |
| **UNITED STATES OF AMERICA,**<br>**Intervenor-Plaintiff**<br><br>**v.**<br><br>**ANTONIO L. GIORDANO,**<br>**MT. ST. FRANCIS ASSOCIATES, L.P.**<br>**and JOSEPH FERRUCCI, ESQUIRE,**<br>**as Receiver,**<br>**Intervenor-Defendants** | : | **(Formerly Rhode Island Superior Court**<br>**P.M. No.: PB 06-3301)** |

**ORDER ESTABLISHING PROOFS OF CLAIM BAR DATE AND NOTICE OF PROOFS OF CLAIM WITH REGARD TO ADMINISTRATIVE AND SECURED CLAIMS**

The above-entitled action having come before the Honorable William E. Smith on this ___ day of August, 2008, upon the Receiver's Motion for Order Establishing Claims Bar Date for Secured and Administrative Claims, and there being no objection asserted in connection therewith, after considering the papers and pleadings in this matter, and the Court being satisfied that notice of said hearing has been given to all interested parties, it is hereby

**ORDERED, ADJUDGED & DECREED:**

1. That the Motion for Order Establishing Claims Bar Date for Secured and Administrative Claims is *GRANTED.*

2. That the form of Notice of Claims Bar Date attached to the Motion as **Exhibit A** is approved, and shall be served by the Receiver.

3. That a Proof of Claim form attached to the Motion as **Exhibit B** is approved and shall be served by the Receiver.

4. That the Receiver shall mail the Notice of Claims Bar Date and the Proof of Claim form to all administrative creditors known to him, as well as to any secured creditors who have recorded liens in either the Land Evidence Records of the City of Woonsocket, Rhode Island, or in the Uniform Commercial Code Division of the Office of the Secretary of State for the State of Rhode Island, or both, with respect to Mt. St. Francis Associates, L.P. ("Mt. St. Francis").

5. That a Proof of Claim must be filed by all persons or entities that hold or assert that they have or hold a secured or administrative claim(s) against, or interest in Mt. St. Francis Associates, L.P. ("Mt. St. Francis").

6. All Proofs of Claim must be filed with the Receiver by no later than 5:00 p.m. (EST), on October 17, 2008 (the "Bar Date").

7. This Order applies to each and every secured or administrative claim that has been, is, or could be asserted, now or in the future, against Mt. St. Francis.

8. All persons or entities that are required by this Order to file a Proof of Claim, but that fail to do so on or before the Bar Date shall forever be barred, estopped and enjoined from (i) asserting any secured or administrative claim(s) that such person or entity may have against this receivership estate, and (ii) receiving any distribution from the estate. This paragraph does not preclude the Court, upon a

motion after the Bar Date by the Receiver or other interested party, from exercising its discretion to authorize the filing of a Proof of Claim out of time.

9. That Proofs of Claim must be submitted to the Receiver at the following address via certified mail, return receipt requested:

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Proofs of Claim shall be deemed filed only when actually received by the Receiver.

10. That the Receiver shall prepare a so-called Registry (the "Claims Registry") of the Secured and Administrative Proofs of Claims submitted to the Receiver. Following the Bar Date, the Receiver will file the Claims Registry with the Court setting forth the identity of each claimant, and the amount of each claim. A copy of the first page of each Proof of Claim form shall be filed as an exhibit to the Claims Registry.

11. That by filing or submitting a Proof of Claim form to the Receiver as provided herein, each claimant is deemed to have submitted to the jurisdiction of this Court for all purposes, including a determination, amount other things, as to the validity and amount of any claim(s); agrees to be bound by this Court's actions and decisions, even if that means that the claimant's claim may be limited and/or denied; and agrees to participate in any distribution form the receivership estate to the exclusion of any other remedies.

12. That nothing in this Order shall be deemed to prejudice the Receiver's right to dispute, or to assert offsets or defenses to, any claim as to amount, liability, classification or otherwise. Nothing in this Order shall be deemed to prejudice the Receiver's right to object to any claim on any grounds. Nothing in this Order shall be deemed to bar, prejudice or in any way preclude the Receiver from pursuing claims on behalf of Mt. St. Francis against all persons or entities.

13. That any claim asserted in a Proof of Claim after the Bar Date will not be entitled to receive a distribution from the assets of Mt. St. Francis or the receivership estate and such claim will be completely barred absent further order of the Court.

SO ORDERED this ___ day of August, 2008.

ENTERED: PER ORDER:

______________________________ ______________________________

Dated: ____, 2008 Dated: ____, 2008

Presented by,

Joseph P. Ferrucci, Esq. in his
capacity as the duly appointed
Permanent Receiver of Mt. St. Francis, L.P.,
and not in his individual capacity

By his Attorneys,

___________________________

Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com